BRIAN D. CHASE, Esq. (SBN 164109)
bchase@bisnarchase.com
JERUSALEM F. BELIGAN, Esq. (SBN 211258)
jbeligan@bisnarchase.com
BISNAR|CHASE LLP
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777

Attorneys for Plaintiffs and Putative Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLYN SALI and DEBORAH SPRIGGS, on behalf of themselves, all others situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>UHS OF DELAWARE, INC.; and UHS-CORONA, INC.,<br><br>Defendants. | Case No. 14-CV-00985 PSG (JPRx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF ERRATA AND CORRECTION TO PLAINTIFFS' COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' REPLY FOR CLASS CERTIFICATION (Doc. No. 112-2)**<br><br>Judge:  Hon. Philip S. Gutierrez<br>Date:   June 1, 2015<br>Time:   1:30 p.m.<br>Crtrm:  880—Roybal |

**NOTICE OF ERRATA AND CORRECTION TO PLAINTIFFS' COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' REPLY FOR CLASS CERTIFICATION (Doc. No. 112-2)**

TO THE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Marlyn Sali and Deborah Spriggs ("Plaintiffs") hereby provide notice of errata and correction as follows:

On May 18, 2015, Plaintiffs filed their "Compendium of Evidence in Support of Plaintiffs' Reply for Class Certification (Doc. No. 112-2)" without filing Exhibits 1 to 41. A corrected "Compendium of Evidence in Support of Plaintiffs' Reply for Class Certification" with Exhibits 1 to 41 is attached hereto as Exhibit A.

Dated: May 21, 2015                         BISNAR|CHASE, LLP


                                    By: /s/  *Jerusalem F. Beligan*
                                        BRIAN D. CHASE
                                        JERUSALEM F. BELIGAN
                                        Attorneys for Plaintiffs and Putative Class

NOTICE OF ERRATA AND CORRECTION TO PLAINTIFFS'
COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' REPLY
FOR CLASS CERTIFICATION (Doc. No. 112-2)