# EXHIBIT A

1 BRIAN D. CHASE, Esq. (SBN 164109)
bchase@bisnarchase.com
2 JERUSALEM F. BELIGAN, Esq. (SBN 211258)
jbeligan@bisnarchase.com
3 BISNAR|CHASE LLP
1301 Dove Street, Suite 120
4 Newport Beach, CA 92660
Telephone: (949) 752-2999
5 Facsimile: (949) 752-2777

6 Attorneys for Plaintiffs and Putative Class

8                                    ...T COURT
9                         CENTRAL DISTRICT OF CALIFORNIA

11 | MARLYN SALI and DEBORAH | Case No. 14-CV-00985 PSG (JPRx)
SPRIGGS, on behalf of themselves, all
12 | others situated and the general public, | **CLASS ACTION**

13 | | COMPENDIUM OF
| Plaintiffs, | EVIDENCE IN SUPPORT OF
14 | | PLAINTIFFS' REPLY FOR
15 | v. | CLASS CERTIFICATION

16 | UHS OF DELAWARE, INC.; and | Judge: Hon. Philip S. Gutierrez
UHS-CORONA, INC., | Date: June 1, 2015
17 | | Time: 1:30 p.m.
| | Crtrm: 880—Roybal
18 | Defendants.

TO THE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Attached to this Compendium of Evidence ("CE") are the summaries of evidence, declarations from 37 putative class members (15 of which were executed after the Motion For Class Certification was filed), and summary of Plaintiffs' testimony establishing typicality, which are cited in Plaintiffs' Reply.

| Exhibit No. | Description |
|---|---|
| 1. | Rebuttal to Defendants' "Cherry-Picked" Testimony And Summary of Omitted Testimony |
| 2. | Summary of Defendants' Witness Testimony That Supports Certification |
| 3. | Declaration of Lynette Okada in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 4. | Declaration of Claudia Avila in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 5. | Declaration of Matthew Tran in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 6. | Declaration of Marie Narisma in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 7. | Declaration of Melody Fernandez in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 8. | Declaration of Rosella Marx in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 9. | Declaration of Kimberly Hayde in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 10. | Declaration of Diane Arreola in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 11. | Declaration of Heather Girratano in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 12. | Declaration of Sandra De La Cruz in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 13. | Declaration of Jessica Steyers-Lucens in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 14. | Declaration of Natividad Lacson in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 15. | Declaration of Nathaniel Garduque in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |

COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' REPLY FOR CLASS CERTIFICATION

| | |
|---|---|
| 16. | Declaration of Michelle Arguson in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 17. | Declaration of Tiffani Poole in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 18. | Declaration of Raymond Bradley in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 19. | Declaration of Maria Hermosilla in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 20. | Declaration of Filipinas Fernandez in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 21. | Declaration of Traci Rancier in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 22. | Declaration of Eric Noriega in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 23. | Declaration of Cynthia Jordan in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 24. | Declaration of Afia Enin in Support of Plaintiffs' Motion For Class Certification (Previously Filed, Doc. No. 77) |
| 25. | Declaration of Agusto Lozada in Support of Plaintiffs' Motion For Class Certification (New Declaration) |
| 26. | Declaration of Amelita Navarro in Support of Plaintiffs' Motion For Class Certification (New Declaration) |
| 27. | Declaration of Anastacia Jackson in Support of Plaintiffs' Motion For Class Certification (New Declaration) |
| 28. | Declaration of Andrew Kowalski in Support of Plaintiffs' Motion For Class Certification (New Declaration) |
| 29. | Declaration of Dana Datan in Support of Plaintiffs' Motion For Class Certification (New Declaration) |
| 30. | Declaration of Herbert Hess in Support of Plaintiffs' Motion For Class Certification (New Declaration) |
| 31. | Declaration of Jamila Booker in Support of Plaintiffs' Motion For Class Certification (New Declaration) |
| 32. | Declaration of Jeanne Duss in Support of Plaintiffs' Motion For Class Certification (New Declaration) |
| 33. | Declaration of Karen Voyer in Support of Plaintiffs' Motion For Class Certification (New Declaration) |
| 34. | Declaration of Kennetta Redd in Support of Plaintiffs' Motion For Class Certification (New Declaration) |
| 35. | Declaration of Kimberly Gephart in Support of Plaintiffs' Motion For Class Certification (New Declaration) |

COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' REPLY FOR CLASS CERTIFICATION

| 36. | Declaration of Lillian Goyette in Support of Plaintiffs' Motion For Class Certification (New Declaration) |
|---|---|
| 37. | Declaration of Paul Punzalan in Support of Plaintiffs' Motion For Class Certification (New Declaration) |
| 38. | Declaration of Rosemary Kinney in Support of Plaintiffs' Motion For Class Certification (New Declaration) |
| 39. | Declaration of Wayne Hoo in Support of Plaintiffs' Motion For Class Certification (New Declaration) |
| 40. | Excel Spreadsheets Re Kimberly Hayde |
| 41. | Summary of Plaintiffs' Testimony Establishing Typicality |

By: /s/ *Jerusalem F. Beligan*
BRIAN D. CHASE
JERUSALEM F. BELIGAN
Attorneys for Plaintiffs and Putative Class