EXHIBIT 21

Case 5:14-cv-00985-PSG-JPR   Document 77-5   Filed 02/16/15   Page 113 of 134   Page ID
Case 5:14-cv-00985-PSG-JPR   Document 70-5   Filed 06/23/15   Page 2 of 142   Page ID
#:7094
#:7094

1  BRIAN D. CHASE, Esq. (SBN 164109)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN, Esq. (SBN 211258)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, CA 92660
   Telephone: (949) 752-2999
5  Facsimile: (949) 752-2777

6  Attorneys for Plaintiffs and Putative Class

7

8              UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT COURT OF CALIFORNIA

10  MARLYN SALI and DEBORAH          Case No. 14-CV-00985 PSG (JPRx)
    SPRIGGS, on behalf of themselves, all
11  others situated and the general public,   DECLARATION OF TRACI
                                              RANCIER IN SUPPORT OF
12              Plaintiffs,                    PLAINTIFFS' MOTION FOR CLASS
                                              CERTIFICATION
13
    v.
14                                            Judge:   Hon. Philip S. Gutierrez
    UNIVERSAL HEALTH SERVICES               Crtrm:   880—Roybal
15  OF RANCHO SPRINGS, INC.;
    UNIVERSAL HEALTH SERVICES
16  OF PALMDALE, INC.; UHS-
    CORONA, INC.; INLAND VALLEY
17  MEDICAL CENTER; RANCHO
    SPRINGS MEDICAL CENTER;
18  PALMDALE REGIONAL MEDICAL
    CENTER; TEMECULA VALLEY
19  HOSPITAL; UHS OF DELAWARE,
    INC.; and DOES 2 to 100, inclusive,
20
                Defendants.
21

22

23       I, TRACI RANCIER, declare:

24       1.    I am an adult, over 18-years old.  I am a prospective class member

25  in the case of *Marilyn Sali, et al. v. Universal Health Services of Rancho*

26  *Springs, Inc., et al.*, Case no. 14-CV-00985 PSG (JPRx), pending in the United

27  States District Court—Central District Court of California.  I have personal

28  knowledge of the matters stated herein, and if called to testify about these facts, I

could and would do so in a competent and truthful manner.

## Background

2.    I am a former employee of Corona Regional Medical Center ("Corona") and worked for Corona as a Registered Nurse ("RN").

3.    While employed at Corona, I worked an Alternative Workweek Schedule ("AWS").  I was regularly scheduled to work three 12-hour shifts a week.  I clocked in and out for each shift and each meal break using my employee badge at a magnetic-strip reader located in my unit of the hospital.  I was paid an hourly wage.

## "Rounding Time" Policy

4.    I was instructed by Corona that our mission is to deliver high quality service to our patients through regular attendance and promptness. I would usually and regularly arrive minutes before my scheduled shift and accurately clock in to receive briefing from nurses completing the prior shift.  I would also regularly leave minutes after my scheduled shift to debrief the nurses relieving me.  I was not aware that Corona was rounding my actual time punches to avoid overtime.  I did not know that I was not being fully paid for all the regular and overtime hours I worked.

## "Flexing" Off Policy

5.    Corona has a policy of "flexing" off nurses before completing their AWS shift, or calling nurses before their shift to instruct them not to show up to work, due to low patient census.  I have experienced both situations.  I have been "flexed" off before completing my AWS shift, and I have been called before my scheduled shift and instructed not to show up for that particular shift.

6.    On the occasions I was called before my shift began and instructed not to show up to work due to low patient census, I was given two options. First, I was told that if I wanted to get paid for the lost hours because I was "flexed"

Case 5:14-cv-00985-PSG-JPR  Document 77  Filed 02/16/15  Page 115 of 134  Page ID
Case 5:14-cv-00985-PSG-JPR  Document 120-1  Filed 05/21/15  Page 4 of 142  Page ID
#:7036

off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to compensate myself for the lost hours.  Second, if I did not want to cash out my PTO or if I had no PTO to use, I could claim the lost shift as a Hospital Convenience Day ("HCD") to maintain my benefits; however, I would receive no pay for that shift.

7.    On the occasions I reported to work and then told to go home before completing my AWS shift, I was usually and regularly "flexed" off involuntarily due to low patient census.  I was not told that I was entitled to overtime on occasions I worked over 8 hours but less than my scheduled 12-hour shift.  I was not told about "short-shift" penalties.  The employee handbook provided to me does not discuss short shifts or what I am entitled to when I am not provided a full AWS shift.  I was not told during my new hire process or new hire orientation about short shifts and my entitlement to overtime if I am "flexed" off after 8 hours of work, but before completing my AWS shift.  I was not given any written policies on short shifts or "short-shift" penalties.  Corona did not make me fully aware of my entitlement to "short-shift" penalties.  Therefore, I do not believe I was paid overtime for all the hours I was "flexed" off after 8 hours of work, but before completing my 12-hour shift.

### "Meal Waiver" Policy

8.    I had to participate in a new hire process prior to working at Corona.  During the new hire process, I was presented with a packet of paperwork to sign, including a Meal Period Waiver.  I was told that I had to fill out and sign all of the documents as a condition of employment.  If I did not fill out and sign all of the documents, including the Meal Period Waiver, my hiring process would be labeled "incomplete" and I could not work.  I do not believe I signed the Meal Period Waiver voluntarily.  I had to sign it if I wanted to work for Corona.

DECLARATION OF TRACI RANCIER ISO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

Case 5:14-cv-00985-PSG-JPR Document 120-2 Filed 05/15/15 Page 5 of 142 Page ID #:7037

9.     In addition, Corona characterized second meal breaks in a negative and false light to deter me from wanting to take a second meal break. I was told that for me to be entitled to a second meal I would have to work 13 hours. I did not know that if I had not signed the Meal Period Waiver, I would be actually working only 12 hours with two 30-minute meal breaks. To put further pressure on me, I was told that all the nurses have signed the Meal Period Waiver and that I should sign it as well. I did not take a second meal during my employment with Corona.

### Lack of "Break" or "Relief" Nurses

10.     I did not take rest breaks, or when I tried to take one it was interrupted, because I had to be continuously ready and able to assist and attend to my patients during my entire shift. My other colleagues in my unit are also assigned patients, and if they are too busy taking care of their patients or handling an emergency, I could not take a rest break or had to cut my break short to attend to my patients or emergencies. Corona does not have enough "Break" or "Relief" nurses to relieve me so I can take a 10-minute, uninterrupted break. This problem is compounded when Corona "flexes" off nurses in my unit due to low patient census. Corona would schedule "Break" or "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief" nurse. Corona does not hire specific "Break" or "Relief" nurses to ensure nurses in each unit are provided with 10-minute, uninterrupted rest breaks. Therefore, I do not believe I was authorized or permitted to take 10-minute, uninterrupted rest breaks because I was never fully relieved of all of my duties. I had to constantly be on my toes, ready to respond to patient calls or emergencies.

### Inaccurate Employer Name

11.     I did not know I was employed by UHS-Corona, Inc. My paystubs

Case 5:14-cv-00985-PSG-JPR   Document 77   Filed 02/16/15   Page 117 of 134   Page ID
Case 5:14-cv-00985-PSG-JPR   Document 120-5   Filed 05/22/15   Page 6 of 142   Page ID
#:7098

1  indicate that my employer is Corona Regional Medical Center.

2      I declare under the penalty of perjury under the laws of the United States of

3  America that the foregoing is true and correct.  Executed on February 14th, 2015, in

4  Riverside, California.

5

6                                    TRACI RANCIER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF TRACI RANCIER ISO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

# EXHIBIT 22

1  BRIAN D. CHASE, Esq. (SBN 164109)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN, Esq. (SBN 211258)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, CA 92660
   Telephone: (949) 752-2999
5  Facsimile: (949) 752-2777

6  Attorneys for Plaintiffs and Putative Class

7

8          UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT COURT OF CALIFORNIA

10 MARLYN SALI and DEBORAH          Case No. 14-CV-00985 PSG (JPRx)
   SPRIGGS, on behalf of themselves, all
11 others situated and the general public,    DECLARATION OF ERIC NORIEGA
                                              IN SUPPORT OF PLAINTIFFS'
12              Plaintiffs,                    MOTION FOR CLASS
                                              CERTIFICATION
13 v.
                                              Judge:  Hon. Philip S. Gutierrez
14 UNIVERSAL HEALTH SERVICES         Crtrm.  880—Roybal
   OF RANCHO SPRINGS, INC.;
15 UNIVERSAL HEALTH SERVICES
   OF PALMDALE, INC.; UHS-
16 CORONA, INC.; INLAND VALLEY
   MEDICAL CENTER: RANCHO
17 SPRINGS MEDICAL CENTER;
   PALMDALE REGIONAL MEDICAL
18 CENTER; TEMECULA VALLEY
   HOSPITAL; UHS OF DELAWARE,
19 INC.; and DOES 2 to 100, inclusive,
20
               Defendants.
21

22

23     I, ERIC NORIEGA, declare:

24        1.    I am an adult, over 18-years old.  I am a prospective class member

25 in the case of *Marilyn Sali, et al. v. Universal Health Services of Rancho*

26 *Springs, Inc., et al.*, Case no. 14-CV-00985 PSG (JPRx), pending in the United

27 States District Court—Central District Court of California.  I have personal

28 knowledge of the matters stated herein, and if called to testify about these facts, I

DECLARATION OF ERIC NORIEGA ISO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

1 | could and would do so in a competent and truthful manner.

## Background

2.    I am a former employee of Corona Regional Medical Center ("Corona") and worked for Corona as a Registered Nurse ("RN") from approximately November 2013 to January 2015.

3.    While employed at Corona, I worked an Alternative Workweek Schedule ("AWS"). I was regularly scheduled to work three 12-hour shifts a week. I clocked in and out for each shift and each meal break using my employee badge at a magnetic-strip reader located in my unit of the hospital. I was paid an hourly wage.

## "Rounding Time" Policy

4.    I was instructed by Corona that our mission is to deliver high quality service to our patients through regular attendance and promptness. I would usually and regularly arrive minutes before my scheduled shift and accurately clock in to receive briefing from nurses completing the prior shift. I would also regularly leave minutes after my scheduled shift to debrief the nurses relieving me. I was not aware that Corona was rounding my actual time punches to avoid overtime. I did not know that I was not being fully paid for all the regular and overtime hours I worked.

## "Flexing" Off Policy

5.    Corona has a policy of "flexing" off nurses before completing their AWS shift, or calling nurses before their shift to instruct them not to show up to work, due to low patient census. I have experienced both situations. I have been "flexed" off before completing my AWS shift, and I have been called before my scheduled shift and instructed not to show up for that particular shift.

6.    On the occasions I was called before my shift began and instructed not to show up to work due to low patient census, I was given two options. First,

1    I was told that if I wanted to get paid for the lost hours because I was "flexed"

2    off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to

3    compensate myself for the lost hours. Second, if I did not want to cash out my

4    PTO or if I had no PTO to use, I could claim the lost shift as a Hospital

5    Convenience Day ("HCD") to maintain my benefits; however, I would receive

6    no pay for that shift.

7          7.    On the occasions I reported to work and then told to go home before

8    completing my AWS shift, I was usually and regularly "flexed" off involuntarily

9    due to low patient census. I was not told that I was entitled to overtime on

10   occasions I worked over 8 hours but less than my scheduled 12-hour shift. I was

11   not told about "short-shift" penalties. The employee handbook provided to me

12   does not discuss short shifts or what I am entitled to when I am not provided a

13   full AWS shift. I was not told during my new hire process or new hire

14   orientation about short shifts and my entitlement to overtime if I am "flexed" off

15   after 8 hours of work, but before completing my AWS shift. I was not given any

16   written policies on short shifts or "short-shift" penalties. Corona did not make

17   me fully aware of my entitlement to "short-shift" penalties. Therefore, I do not

18   believe I was paid overtime for all the hours I was "flexed" off after 8 hours of

19   work, but before completing my 12-hour shift.

20

21                        "Meal Waiver" Policy

22         8.    I had to participate in a new hire process prior to working at

23   Corona. During the new hire process, I was presented with a packet of

24   paperwork to sign, including a Meal Period Waiver. I was told that I had to fill

25   out and sign all of the documents as a condition of employment. If I did not fill

26   out and sign all of the documents, including the Meal Period Waiver, my hiring

27   process would be labeled "incomplete" and I could not work. I do not believe I

28   signed the Meal Period Waiver voluntarily. I had to sign it if I wanted to work

DECLARATION OF ERIC NORIEGA ISO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

1 | for Corona.

2 |      9.    In addition, Corona characterized second meal breaks in a negative

3 | and false light to deter me from wanting to take a second meal break.  I was told

4 | that for me to be entitled to a second meal I would have to work 13 hours.  I did

5 | not know that if I had not signed the Meal Period Waiver, I would be actually

6 | working only 12 hours with two 30-minute meal breaks.  To put further pressure

7 | on me, I was told that all the nurses have signed the Meal Period Waiver and

8 | that I should sign it as well.  I did not take a second meal during my

9 | employment with Corona.

10 | <u>Lack of "Break" or "Relief" Nurses</u>

11 |      10.   I did not take rest breaks, or when I tried to take one it was

12 | interrupted, because I had to be continuously ready and able to assist and attend

13 | to my patients during my entire shift.  My other colleagues in my unit are also

14 | assigned patients, and if they are too busy taking care of their patients or

15 | handling an emergency, I could not take a rest break or had to cut my break

16 | short to attend to my patients or emergencies.  Corona does not have enough

17 | "Break" or "Relief" nurses to relieve me so I can take a 10-minute,

18 | uninterrupted break.  This problem is compounded when Corona "flexes" off

19 | nurses in my unit due to low patient census.  Corona would schedule "Break" or

20 | "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief"

21 | nurse.  Corona does not hire specific "Break" or "Relief" nurses to ensure

22 | nurses in each unit are provided with 10-minute, uninterrupted rest breaks.

23 | Therefore, I do not believe I was authorized or permitted to take 10-minute,

24 | uninterrupted rest breaks because I was never fully relieved of all of my duties.

25 | I had to constantly be on my toes, ready to respond to patient calls or

26 | emergencies.

27 | <u>Inaccurate Employer Name</u>

28 |

DECLARATION OF ERIC NORIEGA ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

11.   I did not know I was employed by UHS-Corona, Inc.  My paystubs indicate that my employer is Corona Regional Medical Center.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 11th, 2015, in Anaheim, California.

_____
ERIC NORIEGA

# EXHIBIT 23

1  BRIAN D. CHASE, Esq. (SBN 164109)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN, Esq. (SBN 211258)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, CA 92660
   Telephone: (949) 752-2999
5  Facsimile: (949) 752-2777

6  Attorneys for Plaintiffs and Putative Class

7

8              UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT COURT OF CALIFORNIA

10 MARLYN SALI and DEBORAH          Case No. 14-CV-00985 PSG (JPRx)
   SPRIGGS, on behalf of themselves, all
11 others situated and the general public,    DECLARATION OF CYNTHIA
                                              JORDAN IN SUPPORT OF
12            Plaintiffs,                      PLAINTIFFS' MOTION FOR CLASS
                                              CERTIFICATION
13 v.
                                              Judge:  Hon. Philip S. Gutierrez
14 UNIVERSAL HEALTH SERVICES           Crtrm:  880—Roybal
15 OF RANCHO SPRINGS, INC.;
   UNIVERSAL HEALTH SERVICES
16 OF PALMDALE, INC.; UHS-
   CORONA, INC.; INLAND VALLEY
17 MEDICAL CENTER; RANCHO
   SPRINGS MEDICAL CENTER;
18 PALMDALE REGIONAL MEDICAL
   CENTER; TEMECULA VALLEY
19 HOSPITAL; UHS OF DELAWARE,
   INC.; and DOES 2 to 100, inclusive,
20
              Defendants.
21

22

23      I, CYNTHIA JORDAN, declare:

24      1.   I am an adult, over 18-years old.  I am a prospective class member

25 in the case of *Marilyn Sali, et al. v. Universal Health Services of Rancho

26 Springs, Inc., et al.*, Case no. 14-CV-00985 PSG (JPRx), pending in the United

27 States District Court—Central District Court of California.  I have personal

28 knowledge of the matters stated herein, and if called to testify about these facts, I

could and would do so in a competent and truthful manner.

## Background

2.    I am a former employee of Corona Regional Medical Center ("Corona") and worked for Corona as a Registered Nurse ("RN") from approximately August 2008 to June 2011.

3.    While employed at Corona, I work[ed] an Alternative Workweek Schedule ("AWS"). I was regularly scheduled to work three 12-hour shifts a week. I clocked in and out for each shift and each meal break using my employee badge at a magnetic-strip reader located in my unit of the hospital. I was paid an hourly wage.

## "Rounding Time" Policy

4.    I was instructed by Corona that our mission is to deliver high quality service to our patients through regular attendance and promptness. I would usually and regularly arrive minutes before my scheduled shift and accurately clock in to receive briefing from nurses completing the prior shift. I would also regularly leave minutes after my scheduled shift to debrief the nurses relieving me. I was not aware that Corona was rounding my actual time punches to avoid overtime. I did not know that I was not being fully paid for all the regular and overtime hours I worked.

## "Flexing" Off Policy

5.    Corona has a policy of "flexing" off nurses before completing their AWS shift, or calling nurses before their shift to instruct them not to show up to work, due to low patient census. I have experienced both situations. I have been "flexed" off before completing my AWS shift, and I have been called before my scheduled shift and instructed not to show up for that particular shift.

6.    On the occasions I was called before my shift began and instructed not to show up to work due to low patient census, I was given two options. First,

DECLARATION OF CYNTHIA JORDAN ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1  I was told that if I wanted to get paid for the lost hours because I was "flexed"
2  off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to
3  compensate myself for the lost hours. Second, if I did not want to cash out my
4  PTO or if I had no PTO to use, I could claim the lost shift as a Hospital
5  Convenience Day ("HCD") to maintain my benefits; however, I would receive
6  no pay for that shift.

7      7.   On the occasions I reported to work and then told to go home before
8  completing my AWS shift, I was usually and regularly "flexed" off involuntarily
9  due to low patient census. I was not told that I was entitled to overtime on
10  occasions I worked over 8 hours but less than my scheduled 12-hour shift. I was
11  not told about "short-shift" penalties. The employee handbook provided to me
12  does not discuss short shifts or what I am entitled to when I am not provided a
13  full AWS shift. I was not told during my new hire process or new hire
14  orientation about short shifts and my entitlement to overtime if I am "flexed" off
15  after 8 hours of work, but before completing my AWS shift. I was not given any
16  written policies on short shifts or "short-shift" penalties. Corona did not make
17  me fully aware of my entitlement to "short-shift" penalties. Therefore, I do not
18  believe I was paid overtime for all the hours I was "flexed" off after 8 hours of
19  work, but before completing my 12-hour shift.

20                        "Meal Waiver" Policy

21      8.   I had to participate in a new hire process prior to working at
22  Corona. During the new hire process, I was presented with a packet of
23  paperwork to sign, including a Meal Period Waiver. I was told that I had to fill
24  out and sign all of the documents as a condition of employment. If I did not fill
25  out and sign all of the documents, including the Meal Period Waiver, my hiring
26  process would be labeled "incomplete" and I could not work. I do not believe I
27  signed the Meal Period Waiver voluntarily. I had to sign it if I wanted to work

1 | for Corona.

2 | 9. In addition, Corona characterized second meal breaks in a negative

3 | and false light to deter me from wanting to take a second meal break. I was told

4 | that for me to be entitled to a second meal I would have to work 13 hours. I did

5 | not know that if I had not signed the Meal Period Waiver, I would be actually

6 | working only 12 hours with two 30-minute meal breaks. To put further pressure

7 | on me, I was told that all the nurses have signed the Meal Period Waiver and

8 | that I should sign it as well. I did not take a second meal during my

9 | employment with Corona.

### Lack of "Break" or "Relief" Nurses

10. I did not take rest breaks, or when I tried to take one it was interrupted, because I had to be continuously ready and able to assist and attend to my patients during my entire shift. My other colleagues in my unit are also assigned patients, and if they are too busy taking care of their patients or handling an emergency, I could not take a rest break or had to cut my break short to attend to my patients or emergencies. Corona does not have enough "Break" or "Relief" nurses to relieve me so I can take a 10-minute, uninterrupted break. This problem is compounded when Corona "flexes" off nurses in my unit due to low patient census. Corona would schedule "Break" or "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief" nurse. Corona does not hire specific "Break" or "Relief" nurses to ensure nurses in each unit are provided with 10-minute, uninterrupted rest breaks. Therefore, I do not believe I was authorized or permitted to take 10-minute, uninterrupted rest breaks because I was never fully relieved of all of my duties. I had to constantly be on my toes, ready to respond to patient calls or emergencies.

### Inaccurate Employer Name

DECLARATION OF CYNTHIA JORDAN ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

11.    I did not know I was employed by UHS-Corona, Inc.  My paystubs indicate that my employer is Corona Regional Medical Center.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 14th, 2015, in Lake Elsinore, California.

CYNTHIA JORDAN

# EXHIBIT 24

1  BRIAN D. CHASE, Esq. (SBN 164109)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN, Esq. (SBN 211258)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, CA 92660
   Telephone: (949) 752-2999
5  Facsimile: (949) 752-2777

6  Attorneys for Plaintiffs and Putative Class

7

8              UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT COURT OF CALIFORNIA

10 MARLYN SALI and DEBORAH            Case No. 14-CV-00985 PSG (JPRx)
   SPRIGGS, on behalf of themselves, all
11 others situated and the general public,   DECLARATION OF AFIA ENIN IN
                                             SUPPORT OF PLAINTIFFS'
12            Plaintiffs,                     MOTION FOR CLASS
                                             CERTIFICATION
13
   v.
14                                           Judge:  Hon. Philip S. Gutierrez
   UNIVERSAL HEALTH SERVICES              Crtrm:  880—Roybal
15 OF RANCHO SPRINGS, INC.;
   UNIVERSAL HEALTH SERVICES
16 OF PALMDALE, INC.; UHS-
   CORONA, INC.; INLAND VALLEY
17 MEDICAL CENTER; RANCHO
   SPRINGS MEDICAL CENTER;
18 PALMDALE REGIONAL MEDICAL
   CENTER; TEMECULA VALLEY
19 HOSPITAL; UHS OF DELAWARE,
   INC.; and DOES 2 to 100, inclusive,
20
            Defendants.
21

22

23         I, AFIA ENIN, declare:

24         1.     I am an adult, over 18-years old.  I am a prospective class member

25 in the case of *Marilyn Sali, et al. v. Universal Health Services of Rancho

26 Springs, Inc., et al.,* Case no. 14-CV-00985 PSG (JPRx), pending in the United

27 States District Court—Central District Court of California.  I have personal

28 knowledge of the matters stated herein, and if called to testify about these facts, I

could and would do so in a competent and truthful manner.

## Background

2.    I am a former employee of Corona Regional Medical Center ("Corona") and worked for Corona as a Registered Nurse ("RN") from approximately March 2014 to May 2014.

3.    While employed at Corona, I worked an Alternative Workweek Schedule ("AWS"). I was regularly scheduled to work three 12-hour shifts a week. I clocked in and out for each shift and each meal break using my employee badge at a magnetic-strip reader located in my unit of the hospital. I was paid an hourly wage.

## "Rounding Time" Policy

4.    I was instructed by Corona that our mission is to deliver high quality service to our patients through regular attendance and promptness. I would usually and regularly arrive minutes before my scheduled shift and accurately clock in to receive briefing from nurses completing the prior shift. I would also regularly leave minutes after my scheduled shift to debrief the nurses relieving me. I was not aware that Corona was rounding my actual time punches to avoid overtime. I did not know that I was not being fully paid for all the regular and overtime hours I worked.

## "Meal Waiver" Policy

5.    I had to participate in a new hire process prior to working at Corona. During the new hire process, I was presented with a packet of paperwork to sign, including a Meal Period Waiver. I was told that I had to fill out and sign all of the documents as a condition of employment. If I did not fill out and sign all of the documents, including the Meal Period Waiver, my hiring process would be labeled "incomplete" and I could not work. I do not believe I

DECLARATION OF AFIA ENIN ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

signed the Meal Period Waiver voluntarily. I had to sign it if I wanted to work for Corona.

6.     In addition, Corona characterized second meal breaks in a negative and false light to deter me from wanting to take a second meal break. I was told that for me to be entitled to a second meal I would have to work 13 hours. I did not know that if I had not signed the Meal Period Waiver, I would be actually working only 12 hours with two 30-minute meal breaks. To put further pressure on me, I was told that all the nurses have signed the Meal Period Waiver and that I should sign it as well. I did not take a second meal during my employment with Corona.

### Lack of "Break" or "Relief" Nurses

7.     I did not take rest breaks, or when I tried to take one it was interrupted, because I had to be continuously ready and able to assist and attend to my patients during my entire shift. My other colleagues in my unit are also assigned patients, and if they are too busy taking care of their patients or handling an emergency, I could not take a rest break or had to cut my break short to attend to my patients or emergencies. Corona does not have enough "Break" or "Relief" nurses to relieve me so I can take a 10-minute, uninterrupted break. This problem is compounded when Corona "flexes" off nurses in my unit due to low patient census. Corona would schedule "Break" or "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief" nurse. Corona does not hire specific "Break" or "Relief" nurses to ensure nurses in each unit are provided with 10-minute, uninterrupted rest breaks. Therefore, I do not believe I was authorized or permitted to take 10-minute, uninterrupted rest breaks because I was never fully relieved of all of my duties. I had to constantly be on my toes, ready to respond to patient calls or emergencies.

DECLARATION OF AFIA ENIN ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1

## Inaccurate Employer Name

2       8.    I did not know I was employed by UHS-Corona, Inc. My paystubs

3 indicate that my employer is Corona Regional Medical Center.

4       I declare under the penalty of perjury under the laws of the United States of

5 America that the foregoing is true and correct. Executed on February 13th, 2015, in

6 Rancho Cucamonga, California.

7                             _____

8                      AFIA ENIN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF AFIA ENIN ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# EXHIBIT 25

1  BRIAN D. CHASE, Esq. (SBN 164109)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN, Esq. (SBN 211258)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, CA 92660
   Telephone: (949) 752-2999
5  Facsimile: (949) 752-2777

6  Attorneys for Plaintiffs and Putative Class

7

8                  UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT COURT OF CALIFORNIA

10  MARLYN SALI and DEBORAH          Case No. 14-CV-00985 PSG (JPRx)
    SPRIGGS, on behalf of themselves, all
11  others situated and the general public,  DECLARATION OF AGUSTO
                                     LOZADA IN SUPPORT OF
12              Plaintiffs,          PLAINTIFFS' MOTION FOR CLASS
                                     CERTIFICATION
13  v.
                                     Judge:  Hon. Philip S. Gutierrez
14  UNIVERSAL HEALTH SERVICES        Crtrm:  880—Roybal
15  OF RANCHO SPRINGS, INC.;
    UNIVERSAL HEALTH SERVICES
16  OF PALMDALE, INC.; UHS-
    CORONA, INC.; INLAND VALLEY
17  MEDICAL CENTER; RANCHO
    SPRINGS MEDICAL CENTER;
18  PALMDALE REGIONAL MEDICAL
    CENTER; TEMECULA VALLEY
19  HOSPITAL; UHS OF DELAWARE,
    INC.; and DOES 2 to 100, inclusive,
20
                Defendants.
21

22

23         I, AGUSTO LOZADA, declare:

24         1.    I am an adult, over 18-years old.  I am a prospective class member

25  in the case of Marilyn Sali, et al. v. Universal Health Services of Rancho

26  Springs, Inc., et al., Case no. 14-CV-00985 PSG (JPRx), pending in the United

27  States District Court—Central District Court of California.  I have personal

28  knowledge of the matters stated herein, and if called to testify about these facts, I

could and would do so in a competent and truthful manner.

### Background

2.     I am a former employee of Corona Regional Medical Center ("Corona") and worked for Corona as a Registered Nurse ("RN") from approximately February 2013 to July 2013.

3.     While employed at Corona, I worked an Alternative Workweek Schedule ("AWS").  I was regularly scheduled to work three 12-hour shifts a week.  I clocked in and out for each shift and each meal break using my employee badge at a magnetic-strip reader located in my unit of the hospital.  I was paid an hourly wage.

### "Rounding Time" Policy

4.     I was instructed by Corona that our mission is to deliver high quality service to our patients through regular attendance and promptness. I would usually and regularly arrive minutes before my scheduled shift and accurately clock in to receive briefing from nurses completing the prior shift.  I would also regularly leave minutes after my scheduled shift to debrief the nurses relieving me.  I was not aware that Corona was rounding my actual time punches to avoid overtime.  I did not know that I was not being fully paid for all the regular and overtime hours I worked.

### "Flexing" Off Policy

5.     Corona has a policy of "flexing" off nurses before completing their AWS shift, or calling nurses before their shift to instruct them not to show up to work, due to low patient census. I have experienced both situations.  I have been "flexed" off before completing my AWS shift, and I have been called before my scheduled shift and instructed not to show up for that particular shift.

6.     On the occasions I was called before my shift began and instructed not to show up to work due to low patient census, I was given two options.  First,

I was told that if I wanted to get paid for the lost hours because I was "flexed" off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to compensate myself for the lost hours. Second, if I did not want to cash out my PTO or if I had no PTO to use, I could claim the lost shift as a Hospital Convenience Day ("HCD") to maintain my benefits; however, I would receive no pay for that shift.

7.     On the occasions I reported to work and then told to go home before completing my AWS shift, I was usually and regularly "flexed" off involuntarily due to low patient census. I was not told that I was entitled to overtime on occasions I worked over 8 hours but less than my scheduled 12-hour shift. I was not told about "short-shift" penalties. The employee handbook provided to me does not discuss short shifts or what I am entitled to when I am not provided a full AWS shift. I was not told during my new hire process or new hire orientation about short shifts and my entitlement to overtime if I am "flexed" off after 8 hours of work, but before completing my AWS shift. I was not given any written policies on short shifts or "short-shift" penalties. Corona did not make me fully aware of my entitlement to "short-shift" penalties. Therefore, I do not believe I was paid overtime for all the hours I was "flexed" off after 8 hours of work, but before completing my 12-hour shift.

### "Meal Waiver" Policy

8.     I had to participate in a new hire process prior to working at Corona. During the new hire process, I was presented with a packet of paperwork to sign, including a Meal Period Waiver. I was told that I had to fill out and sign all of the documents as a condition of employment. If I did not fill out and sign all of the documents, including the Meal Period Waiver, my hiring process would be labeled "incomplete" and I could not work. I do not believe I signed the Meal Period Waiver voluntarily. I had to sign it if I wanted to work

DECLARATION OF AUGUSTO LOZADA ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

for Corona.

9.     In addition, Corona characterized second meal breaks in a negative and false light to deter me from wanting to take a second meal break.  I was told that for me to be entitled to a second meal I would have to work 13 hours.  I did not know that if I had not signed the Meal Period Waiver, I would be actually working only 12 hours with two 30-minute meal breaks.  To put further pressure on me, I was told that all the nurses have signed the Meal Period Waiver and that I should sign it as well.   I did not take a second meal during my employment with Corona.

### Lack of "Break" or "Relief" Nurses

10.     I did not take rest breaks, or when I tried to take one it was interrupted, because I had to be continuously ready and able to assist and attend to my patients during my entire shift.  My other colleagues in my unit are also assigned patients, and if they are too busy taking care of their patients or handling an emergency, I could not take a rest break or had to cut my break short to attend to my patients or emergencies.  Corona does not have enough "Break" or "Relief" nurses to relieve me so I can take a 10-minute, uninterrupted break.  This problem is compounded when Corona "flexes" off nurses in my unit due to low patient census.  Corona would schedule "Break" or "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief" nurse.   Corona does not hire specific "Break" or "Relief" nurses to ensure nurses in each unit are provided with 10-minute, uninterrupted rest breaks.  Therefore, I do not believe I was authorized or permitted to take 10-minute, uninterrupted rest breaks because I was never fully relieved of all of my duties.  I had to constantly be on my toes, ready to respond to patient calls or emergencies.

## **Inaccurate Employer Name**

11.     I did not know I was employed by UHS-Corona, Inc.  My paystubs indicate that my employer is Corona Regional Medical Center.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 15, 2015, at Lake Elsinore, California.

_____
AGUSTO LOZADA

# EXHIBIT 26

1  BRIAN D. CHASE, Esq. (SBN 164109)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN, Esq. (SBN 211258)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, CA 92660
   Telephone: (949) 752-2999
5  Facsimile: (949) 752-2777

6  Attorneys for Plaintiffs and Putative Class

7

8                    UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT COURT OF CALIFORNIA

10 | MARLYN SALI and DEBORAH            | Case No. 14-CV-00985 PSG (JPRx)
   | SPRIGGS, on behalf of themselves, all |
11 | others situated and the general public, | **DECLARATION OF AMELITA
   |                                         | NAVARRO IN SUPPORT OF**
12 |          Plaintiffs,                    | **PLAINTIFFS' MOTION FOR CLASS
   |                                         | CERTIFICATION**
13 | v.                                      |
14 |                                         | Judge:  Hon. Philip S. Gutierrez
   | UNIVERSAL HEALTH SERVICES              | Crtrm:  880—Roybal
15 | OF RANCHO SPRINGS, INC.;               |
   | UNIVERSAL HEALTH SERVICES              |
16 | OF PALMDALE, INC.; UHS-                |
   | CORONA, INC.; INLAND VALLEY            |
17 | MEDICAL CENTER; RANCHO                 |
   | SPRINGS MEDICAL CENTER;                |
18 | PALMDALE REGIONAL MEDICAL              |
   | CENTER; TEMECULA VALLEY                |
19 | HOSPITAL; UHS OF DELAWARE,             |
   | INC.; and DOES 2 to 100, inclusive,    |
20 |                                         |
21 |          Defendants.                    |

22

23       I, AMELITA NAVARRO, declare:

24       1.      I am an adult, over 18-years old.  I am a prospective class member

25 in the case of *Marilyn Sali, et al. v. Universal Health Services of Rancho

26 Springs, Inc., et al.*, Case no. 14-CV-00985 PSG (JPRx), pending in the United

27 States District Court—Central District Court of California.  I have personal

28 knowledge of the matters stated herein, and if called to testify about these facts, I

DECLARATION OF AMELITA NAVARRO ISO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION

1  could and would do so in a competent and truthful manner.

2  Background

3  2.    I am currently employed by Corona Regional Medical Center

4  ("Corona") as a Registered Nurse ("RN") and have worked for Corona since

5  2007.

6  3.    As an employee of Corona, I work an Alternative Workweek

7  Schedule ("AWS").  I am regularly scheduled to work three 12-hour shifts a

8  week.  I clock in and out for each shift and each meal break using my employee

9  badge at a magnetic-strip reader located in my unit of the hospital.  I am paid an

10  hourly wage.

11  "Rounding Time" Policy

12

13  4.    I was instructed by Corona that our mission is to deliver high

14  quality service to our patients through regular attendance and promptness.  I

15  would usually and regularly arrive minutes before my scheduled shift and

16  accurately clock in to receive briefing from nurses completing the prior shift.  I

17  would also regularly leave minutes after my scheduled shift to debrief the nurses

18  relieving me.  I was not aware that Corona was rounding my actual time punches

19  to avoid overtime.  I did not know that I was not being fully paid for all the

20  regular and overtime hours I worked.

21  "Flexing" Off Policy

22  5.    Corona has a policy of "flexing" off nurses before completing their

23  AWS shift, or calling nurses before their shift to instruct them not to show up to

24  work, due to low patient census. I have experienced both situations. I have been

25  "flexed" off before completing my AWS shift, and I have been called before my

26  scheduled shift and instructed not to show up for that particular shift.

27  6.    On the occasions I was called before my shift began and instructed

28  not to show up to work due to low patient census, I was given two options.  First,

DECLARATION OF AMELITA NAVARRO ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I was told that if I wanted to get paid for the lost hours because I was "flexed" off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to compensate myself for the lost hours. Second, if I did not want to cash out my PTO or if I had no PTO to use, I could claim the lost shift as a Hospital Convenience Day ("HCD") to maintain my benefits; however, I would receive no pay for that shift.

7.     On the occasions I reported to work and then told to go home before completing my AWS shift, I was usually and regularly "flexed" off involuntarily due to low patient census. I was not told that I was entitled to overtime on occasions I worked over 8 hours but less than my scheduled 12-hour shift. I was not told about "short-shift" penalties. The employee handbook provided to me does not discuss short shifts or what I am entitled to when I am not provided a full AWS shift. I was not told during my new hire process or new hire orientation about short shifts and my entitlement to overtime if I am "flexed" off after 8 hours of work, but before completing my AWS shift. I was not given any written policies on short shifts or "short-shift" penalties. Corona did not make me fully aware of my entitlement to "short-shift" penalties. Therefore, I do not believe I was paid overtime for all the hours I was "flexed" off after 8 hours of work, but before completing my 12-hour shift.

### "Meal Waiver" Policy

8.     I had to participate in a new hire process prior to working at Corona. During the new hire process, I was presented with a packet of paperwork to sign, including a Meal Period Waiver. I was told that I had to fill out and sign all of the documents as a condition of employment. If I did not fill out and sign all of the documents, including the Meal Period Waiver, my hiring process would be labeled "incomplete" and I could not work. I do not believe I signed the Meal Period Waiver voluntarily. I had to sign it if I wanted to work

DECLARATION OF AMELITA NAVARRO ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

for Corona.

9.     In addition, Corona characterized second meal breaks in a negative and false light to deter me from wanting to take a second meal break. I was told that for me to be entitled to a second meal I would have to work 13 hours. I did not know that if I had not signed the Meal Period Waiver, I would be actually working only 12 hours with two 30-minute meal breaks. To put further pressure on me, I was told that all the nurses have signed the Meal Period Waiver and that I should sign it as well. I did not take a second meal during my employment with Corona.

### Lack of "Break" or "Relief" Nurses

10.     I did not take rest breaks, or when I tried to take one it was interrupted, because I had to be continuously ready and able to assist and attend to my patients during my entire shift. My other colleagues in my unit are also assigned patients, and if they are too busy taking care of their patients or handling an emergency, I could not take a rest break or had to cut my break short to attend to my patients or emergencies. Corona does not have enough "Break" or "Relief" nurses to relieve me so I can take a 10-minute, uninterrupted break. This problem is compounded when Corona "flexes" off nurses in my unit due to low patient census. Corona would schedule "Break" or "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief" nurse. Corona does not hire specific "Break" or "Relief" nurses to ensure nurses in each unit are provided with 10-minute, uninterrupted rest breaks. Therefore, I do not believe I was authorized or permitted to take 10-minute, uninterrupted rest breaks because I was never fully relieved of all of my duties. I had to constantly be on my toes, ready to respond to patient calls or emergencies.

### Inaccurate Employer Name

**DECLARATION OF AMELITA NAVARRO ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1    11.    I did not know I am employed by UHS-Corona, Inc.  My paystubs

2    indicate that my employer is Corona Regional Medical Center.

3           I declare under the penalty of perjury under the laws of the United States of

4    America that the foregoing is true and correct.  Executed on February 27th, 2015, in

5    Chino Hills, California.

6

7                                    AMELITA NAVARRO

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF AMELITA NAVARRO ISO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION

# EXHIBIT 27

1   BRIAN D. CHASE. Esq. (SBN 164109)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN, Esq. (SBN 211258)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, CA 92660
    Telephone: (949) 752-2999
5   Facsimile: (949) 752-2777

6   Attorneys for Plaintiffs and Putative Class

7

8                  UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT COURT OF CALIFORNIA

10  MARLYN SALI and DEBORAH          Case No. 14-CV-00985 PSG (JPRx)
    SPRIGGS, on behalf of themselves, all
11  others situated and the general public,   DECLARATION OF ANASTACIA
                                              JACKSON IN SUPPORT OF
12              Plaintiffs,                    PLAINTIFFS' MOTION FOR CLASS
                                              CERTIFICATION
13  v.
                                              Judge:  Hon. Philip S. Gutierrez
14  UNIVERSAL HEALTH SERVICES         Crtrm:  880—Roybal
15  OF RANCHO SPRINGS, INC.;
    UNIVERSAL HEALTH SERVICES
16  OF PALMDALE, INC.; UHS-
    CORONA, INC.; INLAND VALLEY
17  MEDICAL CENTER; RANCHO
    SPRINGS MEDICAL CENTER;
18  PALMDALE REGIONAL MEDICAL
    CENTER; TEMECULA VALLEY
19  HOSPITAL; UHS OF DELAWARE,
    INC.; and DOES 2 to 100, inclusive,
20
21              Defendants.

22

23      I, ANASTACIA JACKSON, declare:

24      1.      I am an adult, over 18-years old.  I am a prospective class member

25  in the case of *Marilyn Sali, et al. v. Universal Health Services of Rancho*

26  *Springs, Inc., et al.*, Case no. 14-CV-00985 PSG (JPRx), pending in the United

27  States District Court—Central District Court of California.  I have personal

28  knowledge of the matters stated herein, and if called to testify about these facts, I

1   could and would do so in a competent and truthful manner.

2   <u>Background</u>

3       2.    I am a former employee of Corona Regional Medical Center

4   ("Corona") and worked for Corona as a Registered Nurse ("RN") from

5   approximately January 2012 to March 2013.

6       3.    While employed at Corona, I work[ed] an Alternative Workweek

7   Schedule ("AWS"). I was regularly scheduled to work three 12-hour shifts a

8   week. I clocked in and out for each shift and each meal break using my

9   employee badge at a magnetic-strip reader located in my unit of the hospital. I

10   was paid an hourly wage.

11   "Rounding Time" Policy

12

13       4.    I was instructed by Corona that our mission is to deliver high

14   quality service to our patients through regular attendance and promptness. I

15   would usually and regularly arrive minutes before my scheduled shift and

16   accurately clock in to receive briefing from nurses completing the prior shift. I

17   would also regularly leave minutes after my scheduled shift to debrief the nurses

18   relieving me. I was not aware that Corona was rounding my actual time punches

19   to avoid overtime. I did not know that I was not being fully paid for all the

20   regular and overtime hours I worked.

21   "Flexing" Off Policy

22       5.    Corona has a policy of "flexing" off nurses before completing their

23   AWS shift, or calling nurses before their shift to instruct them not to show up to

24   work, due to low patient census. I have experienced both situations. I have been

25   "flexed" off before completing my AWS shift, and I have been called before my

26   scheduled shift and instructed not to show up for that particular shift.

27       6.    On the occasions I was called before my shift began and instructed

28   not to show up to work due to low patient census, I was given two options. First,

DECLARATION OF ANASTACIA JACKSON ISO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION

I was told that if I wanted to get paid for the lost hours because I was "flexed" off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to compensate myself for the lost hours. Second, if I did not want to cash out my PTO or if I had no PTO to use, I could claim the lost shift as a Hospital Convenience Day ("HCD") to maintain my benefits; however, I would receive no pay for that shift.

7.     On the occasions I reported to work and then told to go home before completing my AWS shift, I was usually and regularly "flexed" off involuntarily due to low patient census. I was not told that I was entitled to overtime on occasions I worked over 8 hours but less than my scheduled 12-hour shift. I was not told about "short-shift" penalties. The employee handbook provided to me does not discuss short shifts or what I am entitled to when I am not provided a full AWS shift. I was not told during my new hire process or new hire orientation about short shifts and my entitlement to overtime if I am "flexed" off after 8 hours of work, but before completing my AWS shift. I was not given any written policies on short shifts or "short-shift" penalties. Corona did not make me fully aware of my entitlement to "short-shift" penalties. Therefore, I do not believe I was paid overtime for all the hours I was "flexed" off after 8 hours of work, but before completing my 12-hour shift.

### "Meal Waiver" Policy

8.     I had to participate in a new hire process prior to working at Corona. During the new hire process, I was presented with a packet of paperwork to sign, including a Meal Period Waiver. I was told that I had to fill out and sign all of the documents as a condition of employment. If I did not fill out and sign all of the documents, including the Meal Period Waiver, my hiring process would be labeled "incomplete" and I could not work. I do not believe I signed the Meal Period Waiver voluntarily. I had to sign it if I wanted to work

1  for Corona.

2      9.    In addition, Corona characterized second meal breaks in a negative

3  and false light to deter me from wanting to take a second meal break.  I was told

4  that for me to be entitled to a second meal I would have to work 13 hours.  I did

5  not know that if I had not signed the Meal Period Waiver, I would be actually

6  working only 12 hours with two 30-minute meal breaks.  To put further pressure

7  on me, I was told that all the nurses have signed the Meal Period Waiver and

8  that I should sign it as well.   I did not take a second meal during my

9  employment with Corona.

10                   Lack of "Break" or "Relief" Nurses

11      10.   I did not take rest breaks, or when I tried to take one it was

12  interrupted, because I had to be continuously ready and able to assist and attend

13  to my patients during my entire shift.  My other colleagues in my unit are also

14  assigned patients, and if they are too busy taking care of their patients or

15  handling an emergency, I could not take a rest break or had to cut my break

16  short to attend to my patients or emergencies.  Corona does not have enough

17  "Break" or "Relief" nurses to relieve me so I can take a 10-minute,

18  uninterrupted break.  This problem is compounded when Corona "flexes" off

19  nurses in my unit due to low patient census.  Corona would schedule "Break" or

20  "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief"

21  nurse.   Corona does not hire specific "Break" or "Relief" nurses to ensure

22  nurses in each unit are provided with 10-minute, uninterrupted rest breaks.

23  Therefore, I do not believe I was authorized or permitted to take 10-minute,

24  uninterrupted rest breaks because I was never fully relieved of all of my duties.

25  I had to constantly be on my toes, ready to respond to patient calls or

26  emergencies.

27                   Inaccurate Employer Name

28

11.    I did not know I was employed by UHS-Corona, Inc.  My paystubs indicate that my employer is Corona Regional Medical Center.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 14th, 2015, in Norco, California.

ANASTACIA JACKSON

DECLARATION OF ANASTACIA JACKSON ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# EXHIBIT 28

1   BRIAN D. CHASE, Esq. (SBN 164109)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN, Esq. (SBN 211258)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, CA 92660
    Telephone: (949) 752-2999
5   Facsimile: (949) 752-2777

6   Attorneys for Plaintiffs and Putative Class

7
                    UNITED STATES DISTRICT COURT
8
                CENTRAL DISTRICT COURT OF CALIFORNIA
9

10  MARLYN SALI and DEBORAH            Case No. 14-CV-00985 PSG (JPRx)
    SPRIGGS, on behalf of themselves, all
11  others situated and the general public,  DECLARATION OF ANDREW
                                         KOWALSKI IN SUPPORT OF
12           Plaintiffs,                 PLAINTIFFS' MOTION FOR CLASS
                                         CERTIFICATION
13  v.
                                         Judge:   Hon. Philip S. Gutierrez
14                                       Crtrm:   880—Roybal
    UNIVERSAL HEALTH SERVICES
15  OF RANCHO SPRINGS, INC.;
    UNIVERSAL HEALTH SERVICES
16  OF PALMDALE, INC.; UHS-
    CORONA, INC.; INLAND VALLEY
17  MEDICAL CENTER; RANCHO
    SPRINGS MEDICAL CENTER;
18  PALMDALE REGIONAL MEDICAL
    CENTER; TEMECULA VALLEY
19  HOSPITAL; UHS OF DELAWARE,
    INC.; and DOES 2 to 100, inclusive,
20
             Defendants.
21

22

23          I, ANDREW KOWALSKI, declare:

24          1.      I am an adult, over 18-years old.  I am a prospective class member

25  in the case of *Marilyn Sali, et al. v. Universal Health Services of Rancho*

26  *Springs, Inc., et al.*, Case no. 14-CV-00985 PSG (JPRx), pending in the United

27  States District Court—Central District Court of California.  I have personal

28  knowledge of the matters stated herein, and if called to testify about these facts, I

Page 1

**DECLARATION OF ANDREW KOWALSKI ISO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

1   could and would do so in a competent and truthful manner.

2                        Background

3       2.    I am a former employee of Corona Regional Medical Center

4   ("Corona") and worked for Corona as a Registered Nurse ("RN") from

5   approximately 2 years.

6       3.    While employed at Corona, I worked an Alternative Workweek

7   Schedule ("AWS"). I was regularly scheduled to work three 12-hour shifts a

8   week. I clocked in and out for each shift and each meal break using my

9   employee badge at a magnetic-strip reader located in my unit of the hospital. I

10  was paid an hourly wage.

11                    "Rounding Time" Policy

12

13      4.    I was instructed by Corona that our mission is to deliver high

14  quality service to our patients through regular attendance and promptness. I

15  would usually and regularly arrive minutes before my scheduled shift and

16  accurately clock in to receive briefing from nurses completing the prior shift. I

17  would also regularly leave minutes after my scheduled shift to debrief the nurses

18  relieving me. I was not aware that Corona was rounding my actual time punches

19  to avoid overtime. I did not know that I was not being fully paid for all the

20  regular and overtime hours I worked.

21                     "Flexing" Off Policy

22      5.    Corona has a policy of "flexing" off nurses before completing their

23  AWS shift, or calling nurses before their shift to instruct them not to show up to

24  work, due to low patient census. I have experienced both situations. I have been

25  "flexed" off before completing my AWS shift, and I have been called before my

26  scheduled shift and instructed not to show up for that particular shift.

27      6.    On the occasions I was called before my shift began and instructed

28  not to show up to work due to low patient census, I was given two options. First,

DECLARATION OF ANDREW KOWALSKI ISO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION

I was told that if I wanted to get paid for the lost hours because I was "flexed" off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to compensate myself for the lost hours. Second, if I did not want to cash out my PTO or if I had no PTO to use, I could claim the lost shift as a Hospital Convenience Day ("HCD") to maintain my benefits; however, I would receive no pay for that shift.

7.      On the occasions I reported to work and then told to go home before completing my AWS shift, I was usually and regularly "flexed" off involuntarily due to low patient census. I was not told that I was entitled to overtime on occasions I worked over 8 hours but less than my scheduled 12-hour shift. I was not told about "short-shift" penalties. The employee handbook provided to me does not discuss short shifts or what I am entitled to when I am not provided a full AWS shift. I was not told during my new hire process or new hire orientation about short shifts and my entitlement to overtime if I am "flexed" off after 8 hours of work, but before completing my AWS shift. I was not given any written policies on short shifts or "short-shift" penalties. Corona did not make me fully aware of my entitlement to "short-shift" penalties. Therefore, I do not believe I was paid overtime for all the hours I was "flexed" off after 8 hours of work, but before completing my 12-hour shift.

### "Meal Waiver" Policy

8.      I had to participate in a new hire process prior to working at Corona. During the new hire process, I was presented with a packet of paperwork to sign, including a Meal Period Waiver. I was told that I had to fill out and sign all of the documents as a condition of employment. If I did not fill out and sign all of the documents, including the Meal Period Waiver, my hiring process would be labeled "incomplete" and I could not work. I do not believe I signed the Meal Period Waiver voluntarily. I had to sign it if I wanted to work

**DECLARATION OF ANDREW KOWALSKI ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

for Corona.

9.    In addition, Corona characterized second meal breaks in a negative and false light to deter me from wanting to take a second meal break. I was told that for me to be entitled to a second meal I would have to work 13 hours. I did not know that if I had not signed the Meal Period Waiver, I would be actually working only 12 hours with two 30-minute meal breaks. To put further pressure on me, I was told that all the nurses have signed the Meal Period Waiver and that I should sign it as well. I did not take a second meal during my employment with Corona.

### Lack of "Break" or "Relief" Nurses

10.    I did not take rest breaks, or when I tried to take one it was interrupted, because I had to be continuously ready and able to assist and attend to my patients during my entire shift. My other colleagues in my unit are also assigned patients, and if they are too busy taking care of their patients or handling an emergency, I could not take a rest break or had to cut my break short to attend to my patients or emergencies. Corona does not have enough "Break" or "Relief" nurses to relieve me so I can take a 10-minute, uninterrupted break. This problem is compounded when Corona "flexes" off nurses in my unit due to low patient census. Corona would schedule "Break" or "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief" nurse. Corona does not hire specific "Break" or "Relief" nurses to ensure nurses in each unit are provided with 10-minute, uninterrupted rest breaks. Therefore, I do not believe I was authorized or permitted to take 10-minute, uninterrupted rest breaks because I was never fully relieved of all of my duties. I had to constantly be on my toes, ready to respond to patient calls or emergencies.

### Inaccurate Employer Name

DECLARATION OF ANDREW KOWALSKI ISO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION

1      11.    I did not know I was employed by UHS-Corona, Inc. My paystubs

2  indicate that my employer is Corona Regional Medical Center.

3      I declare under the penalty of perjury under the laws of the United States of

4  America that the foregoing is true and correct. Executed on February 9th, 2015, in

5  Mission Viejo, California.

6

7               ANDREW KOWALSKI

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 29

BRIAN D. CHASE, Esq. (SBN 164109)
bchase@bisnarchase.com
JERUSALEM F. BELIGAN, Esq. (SBN 211258)
jbeligan@bisnarchase.com
BISNAR|CHASE LLP
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777

Attorneys for Plaintiffs and Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| MARLYN SALI and DEBORAH SPRIGGS, on behalf of themselves, all others situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES OF RANCHO SPRINGS, INC.; UNIVERSAL HEALTH SERVICES OF PALMDALE, INC.; UHS-CORONA, INC.; INLAND VALLEY MEDICAL CENTER; RANCHO SPRINGS MEDICAL CENTER; PALMDALE REGIONAL MEDICAL CENTER; TEMECULA VALLEY HOSPITAL; UHS OF DELAWARE, INC.; and DOES 2 to 100, inclusive,<br><br>Defendants. | Case No. 14-CV-00985 PSG (JPRx)<br><br>DECLARATION OF DANA DATAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Judge:   Hon. Philip S. Gutierrez<br>Crtrm:   880—Roybal |

I, DANA DATAN, declare:

1.      I am an adult, over 18-years old.  I am a prospective class member in the case of *Marilyn Sali, et al. v. Universal Health Services of Rancho Springs, Inc., et al.*, Case no. 14-CV-00985 PSG (JPRx), pending in the United States District Court—Central District Court of California.  I have personal knowledge of the matters stated herein, and if called to testify about these facts, I

could and would do so in a competent and truthful manner.

Background

2.     I am a former employee of Corona Regional Medical Center ("Corona") and worked for Corona as a Registered Nurse ("RN") from approximately February 2011 to June 2013.

3.     While employed at Corona, I worked an Alternative Workweek Schedule ("AWS"). I was regularly scheduled to work three 12-hour shifts a week. I clocked in and out for each shift and each meal break using my employee badge at a magnetic-strip reader located in my unit of the hospital. I was paid an hourly wage.

"Rounding Time" Policy

4.     I was instructed by Corona that our mission is to deliver high quality service to our patients through regular attendance and promptness. I would usually and regularly arrive minutes before my scheduled shift and accurately clock in to receive briefing from nurses completing the prior shift. I would also regularly leave minutes after my scheduled shift to debrief the nurses relieving me. I was not aware that Corona was rounding my actual time punches to avoid overtime. I did not know that I was not being fully paid for all the regular and overtime hours I worked.

"Flexing" Off Policy

5.     Corona has a policy of "flexing" off nurses before completing their AWS shift, or calling nurses before their shift to instruct them not to show up to work, due to low patient census. I have experienced both situations. I have been "flexed" off before completing my AWS shift, and I have been called before my scheduled shift and instructed not to show up for that particular shift.

6.     On the occasions I was called before my shift began and instructed not to show up to work due to low patient census, I was given two options. First,

Page 2

DECLARATION OF DANA DATAN ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1   I was told that if I wanted to get paid for the lost hours because I was "flexed"
2   off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to
3   compensate myself for the lost hours.  Second, if I did not want to cash out my
4   PTO or if I had no PTO to use, I could claim the lost shift as a Hospital
5   Convenience Day ("HCD") to maintain my benefits; however, I would receive
6   no pay for that shift.

7       7.      On the occasions I reported to work and then told to go home before
8   completing my AWS shift, I was usually and regularly "flexed" off involuntarily
9   due to low patient census.  I was not told that I was entitled to overtime on
10  occasions I worked over 8 hours but less than my scheduled 12-hour shift.  I was
11  not told about "short-shift" penalties.  The employee handbook provided to me
12  does not discuss short shifts or what I am entitled to when I am not provided a
13  full AWS shift.  I was not told during my new hire process or new hire
14  orientation about short shifts and my entitlement to overtime if I am "flexed" off
15  after 8 hours of work, but before completing my AWS shift.  I was not given any
16  written policies on short shifts or "short-shift" penalties.  Corona did not make
17  me fully aware of my entitlement to "short-shift" penalties.  Therefore, I do not
18  believe I was paid overtime for all the hours I was "flexed" off after 8 hours of
19  work, but before completing my 12-hour shift.
20
21                          "Meal Waiver" Policy
22      8.      I had to participate in a new hire process prior to working at
23  Corona.  During the new hire process, I was presented with a packet of
24  paperwork to sign, including a Meal Period Waiver.  I was told that I had to fill
25  out and sign all of the documents as a condition of employment.  If I did not fill
26  out and sign all of the documents, including the Meal Period Waiver, my hiring
27  process would be labeled "incomplete" and I could not work.  I do not believe I
28  signed the Meal Period Waiver voluntarily.  I had to sign it if I wanted to work

1   for Corona.

2   9.   In addition, Corona characterized second meal breaks in a negative
3   and false light to deter me from wanting to take a second meal break. I was told
4   that for me to be entitled to a second meal I would have to work 13 hours. I did
5   not know that if I had not signed the Meal Period Waiver, I would be actually
6   working only 12 hours with two 30-minute meal breaks. To put further pressure
7   on me, I was told that all the nurses have signed the Meal Period Waiver and
8   that I should sign it as well.   I did not take a second meal during my
9   employment with Corona.

10                    Lack of "Break" or "Relief" Nurses

11  10.   I did not take rest breaks, or when I tried to take one it was
12  interrupted, because I had to be continuously ready and able to assist and attend
13  to my patients during my entire shift. My other colleagues in my unit are also
14  assigned patients, and if they are too busy taking care of their patients or
15  handling an emergency, I could not take a rest break or had to cut my break
16  short to attend to my patients or emergencies. Corona does not have enough
17  "Break" or "Relief" nurses to relieve me so I can take a 10-minute,
18  uninterrupted break. This problem is compounded when Corona "flexes" off
19  nurses in my unit due to low patient census. Corona would schedule "Break" or
20  "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief"
21  nurse. Corona does not hire specific "Break" or "Relief" nurses to ensure
22  nurses in each unit are provided with 10-minute, uninterrupted rest breaks.
23  Therefore, I do not believe I was authorized or permitted to take 10-minute,
24  uninterrupted rest breaks because I was never fully relieved of all of my duties.
25  I had to constantly be on my toes, ready to respond to patient calls or
26  emergencies.

27

28                        Inaccurate Employer Name

11.   I did not know I was employed by UHS-Corona, Inc.  My paystubs indicate that my employer is Corona Regional Medical Center.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 19th, 2015, in Anaheim, California.

DANA DATAN

# EXHIBIT 30

1 | BRIAN D. CHASE, Esq. (SBN 164109)
bchase@bisnarchase.com
2 | JERUSALEM F. BELIGAN, Esq. (SBN 211258)
jbeligan@bisnarchase.com
3 | BISNAR|CHASE LLP
1301 Dove Street, Suite 120
4 | Newport Beach, CA 92660
Telephone: (949) 752-2999
5 | Facsimile: (949) 752-2777

6 | Attorneys for Plaintiffs and Putative Class

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT COURT OF CALIFORNIA

10 | MARLYN SALI and DEBORAH | Case No. 14-CV-00985 PSG (JPRx)
SPRIGGS, on behalf of themselves, all
11 | others situated and the general public, | DECLARATION OF HERBERT
HESS IN SUPPORT OF
12 | Plaintiffs, | PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION
13 |
v. | Judge:  Hon. Philip S. Gutierrez
14 | Crtrm:  880—Roybal
UNIVERSAL HEALTH SERVICES
15 | OF RANCHO SPRINGS, INC.;
UNIVERSAL HEALTH SERVICES
16 | OF PALMDALE, INC.; UHS-
CORONA, INC.; INLAND VALLEY
17 | MEDICAL CENTER; RANCHO
SPRINGS MEDICAL CENTER;
18 | PALMDALE REGIONAL MEDICAL
CENTER; TEMECULA VALLEY
19 | HOSPITAL; UHS OF DELAWARE,
INC.; and DOES 2 to 100, inclusive,
20 |
Defendants.
21 |

22

23 | I, HERBERT HESS, declare:

24 | 1. I am an adult, over 18-years old. I am a prospective class member

25 | in the case of Marilyn Sali, et al. v. Universal Health Services of Rancho

26 | Springs, Inc., et al., Case no. 14-CV-00985 PSG (JPRx), pending in the United

27 | States District Court—Central District Court of California. I have personal

28 | knowledge of the matters stated herein, and if called to testify about these facts, I

1   could and would do so in a competent and truthful manner.

2   **Background**

3       2.    I am a former employee of Corona Regional Medical Center

4   ("Corona") and worked for Corona as a Registered Nurse ("RN") from

5   approximately March 25, 2012 to April 15, 2013.

6       3.    While employed at Corona, I worked an Alternative Workweek

7   Schedule ("AWS"). I was regularly scheduled to work three 12-hour shifts a

8   week. I clocked in and out for each shift and each meal break using my

9   employee badge at a magnetic-strip reader located in my unit of the hospital. I

10  was paid an hourly wage.

11  **"Rounding Time" Policy**

12      4.    I was instructed by Corona that our mission is to deliver high

13  quality service to our patients through regular attendance and promptness. I

14  would usually and regularly arrive minutes before my scheduled shift and

15  accurately clock in to receive briefing from nurses completing the prior shift. I

16  would also regularly leave minutes after my scheduled shift to debrief the nurses

17  relieving me. I was not aware that Corona was rounding my actual time punches

18  to avoid overtime. I did not know that I was not being fully paid for all the

19  regular and overtime hours I worked.

20  **"Meal Waiver" Policy**

21      5.    I had to participate in a new hire process prior to working at

22  Corona. During the new hire process, I was presented with a packet of

23  paperwork to sign, including a Meal Period Waiver. I was told that I had to fill

24  out and sign all of the documents as a condition of employment. If I did not fill

25  out and sign all of the documents, including the Meal Period Waiver, my hiring

26  process would be labeled "incomplete" and I could not work. I do not believe I

27  signed the Meal Period Waiver voluntarily. I had to sign it if I wanted to work

28

**DECLARATION OF HERBERT HESS ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1  for Corona.

2      6.      In addition, Corona characterized second meal breaks in a negative

3  and false light to deter me from wanting to take a second meal break. I was told

4  that for me to be entitled to a second meal I would have to work 13 hours. I did

5  not know that if I had not signed the Meal Period Waiver, I would be actually

6  working only 12 hours with two 30-minute meal breaks. To put further pressure

7  on me, I was told that all the nurses have signed the Meal Period Waiver and

8  that I should sign it as well. I did not take a second meal during my

9  employment with Corona.

10                  **Lack of "Break" or "Relief" Nurses**

11      7.      I did not take rest breaks, or when I tried to take one it was

12  interrupted, because I had to be continuously ready and able to assist and attend

13  to my patients during my entire shift. My other colleagues in my unit are also

14  assigned patients, and if they are too busy taking care of their patients or

15  handling an emergency, I could not take a rest break or had to cut my break

16  short to attend to my patients or emergencies. Corona does not have enough

17  "Break" or "Relief" nurses to relieve me so I can take a 10-minute,

18  uninterrupted break. This problem is compounded when Corona "flexes" off

19  nurses in my unit due to low patient census. Corona would schedule "Break" or

20  "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief"

21  nurse. Corona does not hire specific "Break" or "Relief" nurses to ensure

22  nurses in each unit are provided with 10-minute, uninterrupted rest breaks.

23  Therefore, I do not believe I was authorized or permitted to take 10-minute,

24  uninterrupted rest breaks because I was never fully relieved of all of my duties.

25  I had to constantly be on my toes, ready to respond to patient calls or

26  emergencies. There were instances where if I tried to take my rest break or my

27  second meal break I was scolded and told to continue working by Tami and

28

Page 3

**DECLARATION OF HERBERT HESS ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1  Mark Price.  Sometimes I felt like I needed to take another break but since I had

2  already taken my first meal break I would not be allowed to go on break again.

3  **Inaccurate Employer Name**

4  8.     I did not know I was employed by UHS-Corona, Inc.  My paystubs

5  indicate that my employer is Corona Regional Medical Center.

6      I declare under the penalty of perjury under the laws of the United States of

7  America that the foregoing is true and correct.  Executed on May  8   , 2015, at

8  Victorville, California.

9

10

11  HERBERT HESS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 31

1    BRIAN D. CHASE, Esq. (SBN 164109)
     bchase@bisnarchase.com
2    JERUSALEM F. BELIGAN, Esq. (SBN 211258)
     jbeligan@bisnarchase.com
3    BISNAR|CHASE LLP
     1301 Dove Street, Suite 120
4    Newport Beach, CA 92660
     Telephone: (949) 752-2999
5    Facsimile: (949) 752-2777

6    Attorneys for Plaintiffs and Putative Class

7

8            UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT COURT OF CALIFORNIA

10   MARLYN SALI and DEBORAH    Case No. 14-CV-00985 PSG (JPRx)
     SPRIGGS, on behalf of themselves, all
11   others situated and the general public,    DECLARATION OF JAMILA
                            BOOKER IN SUPPORT OF
12            Plaintiffs,          PLAINTIFFS' MOTION FOR CLASS
                            CERTIFICATION
13   v.

14                             Judge:   Hon. Philip S. Gutierrez
   UNIVERSAL HEALTH SERVICES    Crtrm:   880—Roybal
15   OF RANCHO SPRINGS, INC.;
   UNIVERSAL HEALTH SERVICES
16   OF PALMDALE, INC.; UHS-
   CORONA, INC.; INLAND VALLEY
17   MEDICAL CENTER; RANCHO
   SPRINGS MEDICAL CENTER;
18   PALMDALE REGIONAL MEDICAL
   CENTER; TEMECULA VALLEY
19   HOSPITAL; UHS OF DELAWARE,
   INC.; and DOES 2 to 100, inclusive,
20

21            Defendants.

22

23      I, JAMILA BOOKER, declare:

24        1.     I am an adult, over 18-years old. I am a prospective class member

25   in the case of Marilyn Sali, et al. v. Universal Health Services of Rancho

26   Springs, Inc., et al., Case no. 14-CV-00985 PSG (JPRx), pending in the United

27   States District Court—Central District Court of California. I have personal

28   knowledge of the matters stated herein, and if called to testify about these facts, I

1  could and would do so in a competent and truthful manner.

2  ## Background

3  2.    I am currently employed by Corona Regional Medical Center
4  ("Corona") as a Registered Nurse ("RN") and have worked for Corona since
5  August 2014.

6  3.    As an employee of Corona, I work an Alternative Workweek
7  Schedule ("AWS").  I am regularly scheduled to work three 12-hour shifts a
8  week. I clock in and out for each shift and each meal break using my employee
9  badge at a magnetic-strip reader located in my unit of the hospital.  I am paid an
10  hourly wage.

11
12  ## "Rounding Time" Policy

13  4.    I was instructed by Corona that our mission is to deliver high
14  quality service to our patients through regular attendance and promptness. I
15  would usually and regularly arrive minutes before my scheduled shift and
16  accurately clock in to receive briefing from nurses completing the prior shift.  I
17  would also regularly leave minutes after my scheduled shift to debrief the nurses
18  relieving me.  I was not aware that Corona was rounding my actual time punches
19  to avoid overtime.  I did not know that I was not being fully paid for all the
20  regular and overtime hours I worked.

21  ## "Flexing" Off Policy

22  5.    Corona has a policy of "flexing" off nurses before completing their
23  AWS shift, or calling nurses before their shift to instruct them not to show up to
24  work, due to low patient census. I have experienced both situations. I have been
25  "flexed" off before completing my AWS shift, and I have been called before my
26  scheduled shift and instructed not to show up for that particular shift.

27  6.    On the occasions I was called before my shift began and instructed
28  not to show up to work due to low patient census, I was given two options.  First,

I was told that if I wanted to get paid for the lost hours because I was "flexed" off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to compensate myself for the lost hours. Second, if I did not want to cash out my PTO or if I had no PTO to use, I could claim the lost shift as a Hospital Convenience Day ("HCD") to maintain my benefits; however, I would receive no pay for that shift.

7. On the occasions I reported to work and then told to go home before completing my AWS shift, I was usually and regularly "flexed" off involuntarily due to low patient census. I was not told that I was entitled to overtime on occasions I worked over 8 hours but less than my scheduled 12-hour shift. I was not told about "short-shift" penalties. The employee handbook provided to me does not discuss short shifts or what I am entitled to when I am not provided a full AWS shift. I was not told during my new hire process or new hire orientation about short shifts and my entitlement to overtime if I am "flexed" off after 8 hours of work, but before completing my AWS shift. I was not given any written policies on short shifts or "short-shift" penalties. Corona did not make me fully aware of my entitlement to "short-shift" penalties. Therefore, I do not believe I was paid overtime for all the hours I was "flexed" off after 8 hours of work, but before completing my 12-hour shift.

## "Meal Waiver" Policy

8. I had to participate in a new hire process prior to working at Corona. During the new hire process, I was presented with a packet of paperwork to sign, including a Meal Period Waiver. I was told that I had to fill out and sign all of the documents as a condition of employment. If I did not fill out and sign all of the documents, including the Meal Period Waiver, my hiring process would be labeled "incomplete" and I could not work. I do not believe I signed the Meal Period Waiver voluntarily. I had to sign it if I wanted to work

for Corona.

9.   In addition, Corona characterized second meal breaks in a negative and false light to deter me from wanting to take a second meal break. I was told that for me to be entitled to a second meal I would have to work 13 hours. I did not know that if I had not signed the Meal Period Waiver, I would be actually working only 12 hours with two 30-minute meal breaks. To put further pressure on me, I was told that all the nurses have signed the Meal Period Waiver and that I should sign it as well.   I did not take a second meal during my employment with Corona.

### Lack of "Break" or "Relief" Nurses

10.   I did not take rest breaks, or when I tried to take one it was interrupted, because I had to be continuously ready and able to assist and attend to my patients during my entire shift. My other colleagues in my unit are also assigned patients, and if they are too busy taking care of their patients or handling an emergency, I could not take a rest break or had to cut my break short to attend to my patients or emergencies. Corona does not have enough "Break" or "Relief" nurses to relieve me so I can take a 10-minute, uninterrupted break. This problem is compounded when Corona "flexes" off nurses in my unit due to low patient census. Corona would schedule "Break" or "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief" nurse.   Corona does not hire specific "Break" or "Relief" nurses to ensure nurses in each unit are provided with 10-minute, uninterrupted rest breaks. Therefore, I do not believe I was authorized or permitted to take 10-minute, uninterrupted rest breaks because I was never fully relieved of all of my duties. I had to constantly be on my toes, ready to respond to patient calls or emergencies.

DECLARATION OF JAMILA BOOKER ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1    I declare under the penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.   Executed on April 8, 2015, at

3  Murrieta, California.

4

5                                        _____

6                                        JAMILA BOOKER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JAMILA BOOKER ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

EXHIBIT 32

BRIAN D. CHASE, Esq. (SBN 164109)
bchase@bisnarchase.com
JERUSALEM F. BELIGAN, Esq. (SBN 211258)
jbeligan@bisnarchase.com
BISNAR|CHASE LLP
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777

Attorneys for Plaintiffs and Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| MARLYN SALI and DEBORAH SPRIGGS, on behalf of themselves, all others situated and the general public, | Case No. 14-CV-00985 PSG (JPRx) |
| Plaintiffs, | DECLARATION OF JEANNE DUSS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| v. | |
| UNIVERSAL HEALTH SERVICES OF RANCHO SPRINGS, INC.; UNIVERSAL HEALTH SERVICES OF PALMDALE, INC.; UHS-CORONA, INC.; INLAND VALLEY MEDICAL CENTER; RANCHO SPRINGS MEDICAL CENTER; PALMDALE REGIONAL MEDICAL CENTER; TEMECULA VALLEY HOSPITAL; UHS OF DELAWARE, INC.; and DOES 2 to 100, inclusive, | Judge:  Hon. Philip S. Gutierrez<br>Crtrm:  880—Roybal |
| Defendants. | |

I, JEANNE DUSS, declare:

     1.    I am an adult, over 18-years old.  I am a prospective class member in the case of Marilyn Sali, et al. v. Universal Health Services of Rancho Springs, Inc., et al., Case no. 14-CV-00985 PSG (JPRx), pending in the United States District Court—Central District Court of California.  I have personal knowledge of the matters stated herein, and if called to testify about these facts, I

1  could and would do so in a competent and truthful manner.

2                              Background

3       2.    I am a former employee of Corona Regional Medical Center

4  ("Corona") and worked for Corona as a Registered Nurse ("RN") from

5  approximately 2005 to January 2010.

6       3.    While employed at Corona, I worked an Alternative Workweek

7  Schedule ("AWS").  I was regularly scheduled to work three 12-hour shifts a

8  week.  I clocked in and out for each shift and each meal break using my

9  employee badge at a magnetic-strip reader located in my unit of the hospital.  I

10 was paid an hourly wage.

11                        "Rounding Time" Policy

12      4.    I was instructed by Corona that our mission is to deliver high

13 quality service to our patients through regular attendance and promptness. I

14 would usually and regularly arrive minutes before my scheduled shift and

15 accurately clock in to receive briefing from nurses completing the prior shift. I

16 would also regularly leave minutes after my scheduled shift to debrief the nurses

17 relieving me. I was not aware that Corona was rounding my actual time punches

18 to avoid overtime.  I did not know that I was not being fully paid for all the

19 regular and overtime hours I worked.

20

21                         "Flexing" Off Policy

22      5.    Corona has a policy of "flexing" off nurses before completing their

23 AWS shift, or calling nurses before their shift to instruct them not to show up to

24 work, due to low patient census

25      6.    I was not told that I was entitled to overtime on occasions I worked

26 over 8 hours but less than my scheduled 12-hour shift.  I was not told about

27 "short-shift" penalties.  The employee handbook provided to me does not discuss

28 short shifts or what I am entitled to when I am not provided a full AWS shift.  I

DECLARATION OF JEANNE DUSS ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

was not told during my new hire process or new hire orientation about short shifts and my entitlement to overtime if I am "flexed" off after 8 hours of work, but before completing my AWS shift. I was not given any written policies on short shifts or "short-shift" penalties. Corona did not make me fully aware of my entitlement to "short-shift" penalties. Therefore, I do not believe I was paid overtime for all the hours I was "flexed" off after 8 hours of work, but before completing my 12-hour shift.

### "Meal Waiver" Policy

7.    During my employment, I was presented with a Meal Period Waiver. I was told I had to fill out and sign the waiver, which made it seem as a condition of employment. Therefore, I did not signed the Meal Period Waiver voluntarily.

8.    In addition, Corona characterized second meal breaks in a negative and false light to deter me from wanting to take a second meal break. I was told that for me to be entitled to a second meal I would have to work 13 hours. I did not know that if I had not signed the Meal Period Waiver, I would be actually working only 12 hours with two 30-minute meal breaks. To put further pressure on me, I was told that all the nurses have signed the Meal Period Waiver and that I should sign it as well. I did not take a second meal during my employment with Corona.

### Lack of "Break" or "Relief" Nurses

9.    I did not take rest breaks, or when I tried to take one it was interrupted, because I had to be continuously ready and able to assist and attend to my patients during my entire shift. My other colleagues in my unit are also assigned patients, and if they are too busy taking care of their patients or handling an emergency, I could not take a rest break or had to cut my break short to attend to my patients or emergencies. Corona does not have enough

"Break" or "Relief" nurses to relieve me so I can take a 10-minute, uninterrupted break. Corona would schedule "Break" or "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief" nurse. Corona does not hire specific "Break" or "Relief" nurses to ensure nurses in each unit are provided with 10-minute, uninterrupted rest breaks. Therefore, I do not believe I was authorized or permitted to take 10-minute, uninterrupted rest breaks because I was never fully relieved of all of my duties. I had to constantly be on my toes, ready to respond to patient calls or emergencies.

10. During my employment many times, there weren't any "Break" or "Relief" nurses to relieve me from my duties. If nurses wanted to take rest-breaks, Defendant would advise that we relieve each other, which would result in our patient load being unsafe and out of ratio. The normal patient ratio is four patients to one nurse, but instead we would have eight patients to one nurse. Furthermore, nurses had two Intensive Care Unit ("ICU") patient holds which require a ratio of two patients to one nurse but many times we would remain at four patients to one nurse besides our ICU patient holds.

<u>Inaccurate Employer Name</u>

11. I did not know I was employed by UHS-Corona, Inc. My paystubs indicate that my employer is Corona Regional Medical Center.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 04/22/2015 2015, at Corona, California.

*Jeanne Duss*

JEANNE DUSS

# EXHIBIT 33

1  BRIAN D. CHASE, Esq. (SBN 164109)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN, Esq. (SBN 211258)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, CA 92660
   Telephone: (949) 752-2999
5  Facsimile: (949) 752-2777

6  Attorneys for Plaintiffs and Putative Class

7

8              UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT COURT OF CALIFORNIA

10  MARLYN SALI and DEBORAH          Case No. 14-CV-00985 PSG (JPRx)
    SPRIGGS, on behalf of themselves, all
11  others situated and the general public,   DECLARATION OF KAREN VOYER
                                              IN SUPPORT OF PLAINTIFFS'
12              Plaintiffs,                    MOTION FOR CLASS
                                              CERTIFICATION
13  v.
                                     Judge:  Hon. Philip S. Gutierrez
14  UNIVERSAL HEALTH SERVICES        Crtrm:  880—Roybal
15  OF RANCHO SPRINGS, INC.;
    UNIVERSAL HEALTH SERVICES
16  OF PALMDALE, INC.; UHS-
    CORONA, INC.; INLAND VALLEY
17  MEDICAL CENTER; RANCHO
    SPRINGS MEDICAL CENTER;
18  PALMDALE REGIONAL MEDICAL
    CENTER; TEMECULA VALLEY
19  HOSPITAL; UHS OF DELAWARE,
    INC.; and DOES 2 to 100, inclusive,
20
                Defendants.
21

22

23     I, KAREN VOYER, declare:

24         1.     I am an adult, over 18-years old.  I am a prospective class member

25  in the case of Marilyn Sali, et al. v. Universal Health Services of Rancho

26  Springs, Inc., et al., Case no. 14-CV-00985 PSG (JPRx), pending in the United

27  States District Court—Central District Court of California.  I have personal

28  knowledge of the matters stated herein, and if called to testify about these facts, I

1    could and would do so in a competent and truthful manner.

2                                    Background

3         2.    I am a former employee of Corona Regional Medical Center

4    ("Corona") and worked for Corona as a Charge Nurse ("CN") from

5    approximately 1982 to January 2014.

6         3.    While employed at Corona, I worked an Alternative Workweek

7    Schedule ("AWS"). I was regularly scheduled to work three 12-hour shifts a

8    week. I clocked in and out for each shift and each meal break using my

9    employee badge at a magnetic-strip reader located in my unit of the hospital. I

10   was paid an hourly wage.

11                              "Rounding Time" Policy

12        4.    I was instructed by Corona that our mission is to deliver high

13   quality service to our patients through regular attendance and promptness. I

14   would usually and regularly arrive minutes before my scheduled shift and

15   accurately clock in to receive briefing from nurses completing the prior shift. I

16   would also regularly leave minutes after my scheduled shift to debrief the nurses

17   relieving me. I was not aware that Corona was rounding my actual time punches

18   to avoid overtime. I did not know that I was not being fully paid for all the

19   regular and overtime hours I worked.

20

21                               "Flexing" Off Policy

22        5.    Corona has a policy of "flexing" off nurses before completing their

23   AWS shift, or calling nurses before their shift to instruct them not to show up to

24   work, due to low patient census. I have experienced both situations. I have been

25   "flexed" off before completing my AWS shift, and I have been called before my

26   scheduled shift and instructed not to show up for that particular shift.

27        6.    On the occasions I was called before my shift began and instructed

28   not to show up to work due to low patient census, I was given two options. First,

DECLARATION OF KAREN VOYER ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I was told that if I wanted to get paid for the lost hours because I was "flexed" off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to compensate myself for the lost hours.  Second, if I did not want to cash out my PTO or if I had no PTO to use, I could claim the lost shift as a Hospital Convenience Day ("HCD") to maintain my benefits; however, I would receive no pay for that shift.

7.    On the occasions I reported to work and then told to go home before completing my AWS shift, I was usually and regularly "flexed" off involuntarily due to low patient census.  I was not told that I was entitled to overtime on occasions I worked over 8 hours but less than my scheduled 12-hour shift.  I was not told about "short-shift" penalties.  The employee handbook provided to me does not discuss short shifts or what I am entitled to when I am not provided a full AWS shift.  I was not told during my new hire process or new hire orientation about short shifts and my entitlement to overtime if I am "flexed" off after 8 hours of work, but before completing my AWS shift.  I was not given any written policies on short shifts or "short-shift" penalties.  Corona did not make me fully aware of my entitlement to "short-shift" penalties.  Therefore, I do not believe I was paid overtime for all the hours I was "flexed" off after 8 hours of work, but before completing my 12-hour shift.

**"Meal Waiver" Policy**

8.    I had to participate in a new hire process prior to working at Corona.  During the new hire process, I was presented with a packet of paperwork to sign, including a Meal Period Waiver.  I was told that I had to fill out and sign all of the documents as a condition of employment.  If I did not fill out and sign all of the documents, including the Meal Period Waiver, my hiring process would be labeled "incomplete" and I could not work.  I do not believe I signed the Meal Period Waiver voluntarily.  I had to sign it if I wanted to work

1     for Corona.

2        9.      In addition, Corona characterized second meal breaks in a negative

3 and false light to deter me from wanting to take a second meal break. I was told

4 that for me to be entitled to a second meal I would have to work 13 hours. I did

5 not know that if I had not signed the Meal Period Waiver, I would be actually

6 working only 12 hours with two 30-minute meal breaks. To put further pressure

7 on me, I was told that all the nurses have signed the Meal Period Waiver and

8 that I should sign it as well. I did not take a second meal during my

9 employment with Corona, I was lucky to even get my first lunch break. As a

10 CN I was supposed to relieve my nurse's for meal breaks but was never able to

11 because we were always under staffed.

12

13 <u>Lack of "Break" or "Relief" Nurses</u>

14        10.     Rest breaks were rarely given in the emergency room, when I tried

15 to take one it was interrupted, because I had to be continuously ready and able

16 to assist and attend to my patients during my entire shift. My other colleagues

17 in my unit are also assigned patients, and if they were too busy taking care of

18 their patients or handling an emergency, I could not take a rest break or had to

19 cut my break short to attend to my patients or emergencies as the emergency

20 room was constantly under staffed. Corona does not have enough "Break" or

21 "Relief" nurses to relieve me so I can take a 10-minute, uninterrupted break.

22 Corona would schedule "Break" or "Relief" nurses only if other nurses

23 volunteered to be a "Break" or "Relief" nurse. Corona does not hire specific

24 "Break" or "Relief" nurses to ensure nurses in each unit are provided with 10-

25 minute, uninterrupted rest breaks. As a CN I was responsible to schedule rest

26 breaks but was never able to relieve my nurses because I had my own patients.

27 Therefore, I do not believe I or my nurses were authorized or permitted to take

28 10-minute, uninterrupted rest breaks because I was never fully relieved of all of

my duties.  I had to constantly be on my toes, ready to respond to patient calls or emergencies.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 23 , 2015. at Quail Valley, California.

_____
KAREN VOYER

EXHIBIT 34

1   BRIAN D. CHASE, Esq. (SBN 164109)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN, Esq. (SBN 211258)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, CA 92660
    Telephone: (949) 752-2999
5   Facsimile: (949) 752-2777

6   Attorneys for Plaintiffs and Putative Class

7

8                   UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT COURT OF CALIFORNIA

10  MARLYN SALI and DEBORAH              Case No. 14-CV-00985 PSG (JPRx)
    SPRIGGS, on behalf of themselves, all
11  others situated and the general public,   DECLARATION OF KENNETTA
                                          REDD IN SUPPORT OF
12                 Plaintiffs,            PLAINTIFFS' MOTION FOR CLASS
                                          CERTIFICATION
13  v.
                                          Judge:  Hon. Philip S. Gutierrez
14                                        Crtrm:  880—Roybal
    UNIVERSAL HEALTH SERVICES
15  OF RANCHO SPRINGS, INC.;
    UNIVERSAL HEALTH SERVICES
16  OF PALMDALE, INC.; UHS-
    CORONA, INC.; INLAND VALLEY
17  MEDICAL CENTER; RANCHO
    SPRINGS MEDICAL CENTER;
18  PALMDALE REGIONAL MEDICAL
    CENTER; TEMECULA VALLEY
19  HOSPITAL; UHS OF DELAWARE,
    INC.; and DOES 2 to 100, inclusive,
20
                   Defendants.
21

22

23       I, KENNETTA REDD, declare:

24       1.     I am an adult, over 18-years old.  I am a prospective class member

25  in the case of *Marilyn Sali, et al. v. Universal Health Services of Rancho

26  Springs, Inc., et al.,* Case no. 14-CV-00985 PSG (JPRx), pending in the United

27  States District Court—Central District Court of California.   I have personal

28  knowledge of the matters stated herein, and if called to testify about these facts, I

---
Page 1

DECLARATION OF KENNETTA REDD ISO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

could and would do so in a competent and truthful manner.

Background

2.    I am a former employee of Corona Regional Medical Center ("Corona") and worked for Corona as a Registered Nurse ("RN") from approximately April 2009 to June 2011.

3.    While employed at Corona, I worked an Alternative Workweek Schedule ("AWS"). I was regularly scheduled to work three 12-hour shifts a week. I clocked in and out for each shift and each meal break using my employee badge at a magnetic-strip reader located in my unit of the hospital. I was paid an hourly wage.

## "Rounding Time" Policy

4.    I was instructed by Corona that our mission is to deliver high quality service to our patients through regular attendance and promptness. I would usually and regularly arrive minutes before my scheduled shift and accurately clock in to receive briefing from nurses completing the prior shift. I would also regularly leave minutes after my scheduled shift to debrief the nurses relieving me. I was not aware that Corona was rounding my actual time punches to avoid overtime. I did not know that I was not being fully paid for all the regular and overtime hours I worked.

## "Flexing" Off Policy

5.    Corona has a policy of "flexing" off nurses before completing their AWS shift, or calling nurses before their shift to instruct them not to show up to work, due to low patient census. I have experienced both situations. I have been "flexed" off before completing my AWS shift, and I have been called before my scheduled shift and instructed not to show up for that particular shift.

6.    On the occasions I was called before my shift began and instructed not to show up to work due to low patient census, I was given two options. First,

DECLARATION OF KENNETTA REDD ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I was told that if I wanted to get paid for the lost hours because I was "flexed" off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to compensate myself for the lost hours. Second, if I did not want to cash out my PTO or if I had no PTO to use, I could claim the lost shift as a Hospital Convenience Day ("HCD") to maintain my benefits; however, I would receive no pay for that shift.

7. On the occasions I reported to work and then told to go home before completing my AWS shift, I was usually and regularly "flexed" off involuntarily due to low patient census. I was not told that I was entitled to overtime on occasions I worked over 8 hours but less than my scheduled 12-hour shift. I was not told about "short-shift" penalties. The employee handbook provided to me does not discuss short shifts or what I am entitled to when I am not provided a full AWS shift. I was not told during my new hire process or new hire orientation about short shifts and my entitlement to overtime if I am "flexed" off after 8 hours of work, but before completing my AWS shift. I was not given any written policies on short shifts or "short-shift" penalties. Corona did not make me fully aware of my entitlement to "short-shift" penalties. Therefore, I do not believe I was paid overtime for all the hours I was "flexed" off after 8 hours of work, but before completing my 12-hour shift.

## "Meal Waiver" Policy

8. I had to participate in a new hire process prior to working at Corona. During the new hire process, I was presented with a packet of paperwork to sign, including a Meal Period Waiver. I was told that I had to fill out and sign all of the documents as a condition of employment. If I did not fill out and sign all of the documents, including the Meal Period Waiver, my hiring process would be labeled "incomplete" and I could not work. I do not believe I signed the Meal Period Waiver voluntarily. I had to sign it if I wanted to work

for Corona.

9.      In addition, Corona characterized second meal breaks in a negative and false light to deter me from wanting to take a second meal break. I was told that for me to be entitled to a second meal I would have to work 13 hours. I did not know that if I had not signed the Meal Period Waiver, I would be actually working only 12 hours with two 30-minute meal breaks. To put further pressure on me, I was told that all the nurses have signed the Meal Period Waiver and that I should sign it as well.  I did not take a second meal during my employment with Corona.

### Lack of "Break" or "Relief" Nurses

10.     I did not take rest breaks, or when I tried to take one it was interrupted, because I had to be continuously ready and able to assist and attend to my patients during my entire shift.  My other colleagues in my unit are also assigned patients, and if they are too busy taking care of their patients or handling an emergency, I could not take a rest break or had to cut my break short to attend to my patients or emergencies.  Corona does not have enough "Break" or "Relief" nurses to relieve me so I can take a 10-minute, uninterrupted break.  This problem is compounded when Corona "flexes" off nurses in my unit due to low patient census.  Corona would schedule "Break" or "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief" nurse.  Corona does not hire specific "Break" or "Relief" nurses to ensure nurses in each unit are provided with 10-minute, uninterrupted rest breaks. Therefore, I do not believe I was authorized or permitted to take 10-minute, uninterrupted rest breaks because I was never fully relieved of all of my duties. I had to constantly be on my toes, ready to respond to patient calls or emergencies.

### Inaccurate Employer Name

DECLARATION OF KENNETTA REDD ISO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

11.    I did not know I was employed by UHS-Corona, Inc.  My paystubs indicate that my employer is Corona Regional Medical Center.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 12th, 2015, in Corona, California.

_Kennetta Redd_

KENNETTA REDD

# EXHIBIT 35

1   BRIAN D. CHASE, Esq. (SBN 164109)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN, Esq. (SBN 211258)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, CA 92660
    Telephone: (949) 752-2999
5   Facsimile: (949) 752-2777

6   Attorneys for Plaintiffs and Putative Class

7

8                   UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT COURT OF CALIFORNIA

10  MARLYN SALI and DEBORAH          Case No. 14-CV-00985 PSG (JPRx)
    SPRIGGS, on behalf of themselves, all
11  others situated and the general public,   DECLARATION OF KIMBERLY
                                     GEPHART IN SUPPORT OF
12              Plaintiffs,           PLAINTIFFS' MOTION FOR CLASS
                                     CERTIFICATION
13  v.
                                     Judge:   Hon. Philip S. Gutierrez
14  UNIVERSAL HEALTH SERVICES        Crtrm:   880—Roybal
15  OF RANCHO SPRINGS, INC.;
    UNIVERSAL HEALTH SERVICES
16  OF PALMDALE, INC.; UHS-
    CORONA, INC.; INLAND VALLEY
17  MEDICAL CENTER: RANCHO
    SPRINGS MEDICAL CENTER;
18  PALMDALE REGIONAL MEDICAL
    CENTER: TEMECULA VALLEY
19  HOSPITAL; UHS OF DELAWARE,
    INC.; and DOES 2 to 100, inclusive,
20
                Defendants.
21

22

23  I, KIMBERLY GEPHART, declare:

24      1.   I am an adult, over 18-years old.  I am a prospective class member

25  in the case of *Marlyn Sali, et al. v. Universal Health Services of Rancho*

26  *Springs, Inc., et al.*, Case no. 14-CV-00985 PSG (JPRx), pending in the United

27  States District Court—Central District Court of California.  I have personal

28  knowledge of the matters stated herein, and if called to testify about these facts, I

1    could and would do so in a competent and truthful manner.

2    <u>Background</u>

3        2.    I am a former employee of Corona Regional Medical Center
4    ("Corona") and worked for Corona as a Registered Nurse ("RN") from
5    approximately January 2012 to November 2013.

6        3.    While employed at Corona, I worked an Alternative Workweek
7    Schedule ("AWS"). I was regularly scheduled to work three 12-hour shifts a
8    week. I clocked in and out for each shift and each meal break using my
9    employee badge at a magnetic-strip reader located in my unit of the hospital. I
10   was paid an hourly wage.

11   <u>"Rounding Time" Policy</u>

12
13       4.    I was instructed by Corona that our mission is to deliver high
14   quality service to our patients through regular attendance and promptness. I
15   would usually and regularly arrive minutes before my scheduled shift and
16   accurately clock in to receive briefing from nurses completing the prior shift. I
17   would also regularly leave minutes after my scheduled shift to debrief the nurses
18   relieving me. I was not aware that Corona was rounding my actual time punches
19   to avoid overtime. I did not know that I was not being fully paid for all the
20   regular and overtime hours I worked.

21   <u>"Flexing" Off Policy</u>

22       5.    Corona has a policy of "flexing" off nurses before completing their
23   AWS shift, or calling nurses before their shift to instruct them not to show up to
24   work, due to low patient census. I have experienced both situations. I have been
25   "flexed" off before completing my AWS shift, and I have been called before my
26   scheduled shift and instructed not to show up for that particular shift.

27       6.    On the occasions I was called before my shift began and instructed
28   not to show up to work due to low patient census, I was given two options. First,

1  I was told that if I wanted to get paid for the lost hours because I was "flexed"

2  off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to

3  compensate myself for the lost hours. Second, if I did not want to cash out my

4  PTO or if I had no PTO to use, I could claim the lost shift as a Hospital

5  Convenience Day ("HCD") to maintain my benefits; however, I would receive

6  no pay for that shift.

7       7.    On the occasions I reported to work and then told to go home before

8  completing my AWS shift, I was usually and regularly "flexed" off involuntarily

9  due to low patient census. I was not told that I was entitled to overtime on

10  occasions I worked over 8 hours but less than my scheduled 12-hour shift. I was

11  not told about "short-shift" penalties. The employee handbook provided to me

12  does not discuss short shifts or what I am entitled to when I am not provided a

13  full AWS shift. I was not told during my new hire process or new hire

14  orientation about short shifts and my entitlement to overtime if I am "flexed" off

15  after 8 hours of work, but before completing my AWS shift. I was not given any

16  written policies on short shifts or "short-shift" penalties. Corona did not make

17  me fully aware of my entitlement to "short-shift" penalties. Therefore, I do not

18  believe I was paid overtime for all the hours I was "flexed" off after 8 hours of

19  work, but before completing my 12-hour shift.

20

21                     "Meal Waiver" Policy

22       8.    I had to participate in a new hire process prior to working at

23  Corona. During the new hire process, I was presented with a packet of

24  paperwork to sign, including a Meal Period Waiver. I was told that I had to fill

25  out and sign all of the documents as a condition of employment. If I did not fill

26  out and sign all of the documents, including the Meal Period Waiver, my hiring

27  process would be labeled "incomplete" and I could not work. I do not believe I

28  signed the Meal Period Waiver voluntarily. I had to sign it if I wanted to work

for Corona.

9.　　In addition, Corona characterized second meal breaks in a negative and false light to deter me from wanting to take a second meal break. I was told that for me to be entitled to a second meal I would have to work 13 hours. I did not know that if I had not signed the Meal Period Waiver, I would be actually working only 12 hours with two 30-minute meal breaks. To put further pressure on me, I was told that all the nurses have signed the Meal Period Waiver and that I should sign it as well. I did not take a second meal during my employment with Corona.

### Lack of "Break" or "Relief" Nurses

10.　　I did not take rest breaks, or when I tried to take one it was interrupted, because I had to be continuously ready and able to assist and attend to my patients during my entire shift. My other colleagues in my unit are also assigned patients, and if they are too busy taking care of their patients or handling an emergency, I could not take a rest break or had to cut my break short to attend to my patients or emergencies. Corona does not have enough "Break" or "Relief" nurses to relieve me so I can take a 10-minute, uninterrupted break. This problem is compounded when Corona "flexes" off nurses in my unit due to low patient census. Corona would schedule "Break" or "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief" nurse. Corona does not hire specific "Break" or "Relief" nurses to ensure nurses in each unit are provided with 10-minute, uninterrupted rest breaks. Therefore, I do not believe I was authorized or permitted to take 10-minute, uninterrupted rest breaks because I was never fully relieved of all of my duties. I had to constantly be on my toes, ready to respond to patient calls or emergencies.

### Inaccurate Employer Name

11.   I did not know I was employed by UHS-Corona, Inc.  My paystubs indicate that my employer is Corona Regional Medical Center.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 12th, 2015, in Mission Viejo, California.

KIMBERLY GEPHART

EXHIBIT 36

1  BRIAN D. CHASE, Esq. (SBN 164109)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN, Esq. (SBN 211258)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, CA 92660
   Telephone: (949) 752-2999
5  Facsimile: (949) 752-2777

6  Attorneys for Plaintiffs and Putative Class

7

8              UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT COURT OF CALIFORNIA

10 MARLYN SALI and DEBORAH          Case No. 14-CV-00985 PSG (JPRx)
   SPRIGGS, on behalf of themselves, all
11 others situated and the general public,   DECLARATION OF LILLIAN
                                             GOYETTE IN SUPPORT OF
12           Plaintiffs,                     PLAINTIFFS' MOTION FOR CLASS
                                             CERTIFICATION
13 v.
                                             Judge:  Hon. Philip S. Gutierrez
14 UNIVERSAL HEALTH SERVICES            Crtrm:  880—Roybal
15 OF RANCHO SPRINGS, INC.;
   UNIVERSAL HEALTH SERVICES
16 OF PALMDALE, INC.; UHS-
   CORONA, INC.; INLAND VALLEY
17 MEDICAL CENTER; RANCHO
   SPRINGS MEDICAL CENTER;
18 PALMDALE REGIONAL MEDICAL
   CENTER; TEMECULA VALLEY
19 HOSPITAL; UHS OF DELAWARE,
   INC.; and DOES 2 to 100, inclusive,
20
             Defendants.
21

22

23      I, LILLIAN GOYETTE, declare:

24      1.      I am an adult, over 18-years old.  I am a prospective class member

25 in the case of *Marilyn Sali, et al. v. Universal Health Services of Rancho*

26 *Springs, Inc., et al.,* Case no. 14-CV-00985 PSG (JPRx), pending in the United

27 States District Court—Central District Court of California.  I have personal

28 knowledge of the matters stated herein, and if called to testify about these facts, I

1  could and would do so in a competent and truthful manner.

Background

2        2.    I am a former employee of Corona Regional Medical Center
3   ("Corona") and worked for Corona as a Registered Nurse ("RN") from
4   approximately April 2013 to September 2013.

5        3.    While employed at Corona, I worked an Alternative Workweek
6   Schedule ("AWS"). I was regularly scheduled to work three 12-hour shifts a
7   week. I clocked in and out for each shift and each meal break using my
8   employee badge at a magnetic-strip reader located in my unit of the hospital. I
9   was paid an hourly wage.

"Rounding Time" Policy

10       4.    I was instructed by Corona that our mission is to deliver high
11  quality service to our patients through regular attendance and promptness. I
12  would usually and regularly arrive minutes before my scheduled shift and
13  accurately clock in to receive briefing from nurses completing the prior shift. I
14  would also regularly leave minutes after my scheduled shift to debrief the nurses
15  relieving me. I was not aware that Corona was rounding my actual time punches
16  to avoid overtime. I did not know that I was not being fully paid for all the
17  regular and overtime hours I worked.

"Flexing" Off Policy

18       5.    Corona has a policy of "flexing" off nurses before completing their
19  AWS shift, or calling nurses before their shift to instruct them not to show up to
20  work, due to low patient census. I have experienced both situations. I have been
21  "flexed" off before completing my AWS shift, and I have been called before my
22  scheduled shift and instructed not to show up for that particular shift.

23       6.    On the occasions I was called before my shift began and instructed
24  not to show up to work due to low patient census, I was given two options. First,

Page 2

I was told that if I wanted to get paid for the lost hours because I was "flexed"
off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to
compensate myself for the lost hours.  Second, if I did not want to cash out my
PTO or if I had no PTO to use, I could claim the lost shift as a Hospital
Convenience Day ("HCD") to maintain my benefits; however, I would receive
no pay for that shift.

7.     On the occasions I reported to work and then told to go home before
completing my AWS shift, I was usually and regularly "flexed" off involuntarily
due to low patient census.  I was not told that I was entitled to overtime on
occasions I worked over 8 hours but less than my scheduled 12-hour shift.  I was
not told about "short-shift" penalties.  The employee handbook provided to me
does not discuss short shifts or what I am entitled to when I am not provided a
full AWS shift.  I was not told during my new hire process or new hire
orientation about short shifts and my entitlement to overtime if I am "flexed" off
after 8 hours of work, but before completing my AWS shift.  I was not given any
written policies on short shifts or "short-shift" penalties.  Corona did not make
me fully aware of my entitlement to "short-shift" penalties.  Therefore, I do not
believe I was paid overtime for all the hours I was "flexed" off after 8 hours of
work, but before completing my 12-hour shift.

## "Meal Waiver" Policy

8.     I had to participate in a new hire process prior to working at
Corona.  During the new hire process, I was presented with a packet of
paperwork to sign, including a Meal Period Waiver.  I was told that I had to fill
out and sign all of the documents as a condition of employment.  If I did not fill
out and sign all of the documents, including the Meal Period Waiver, my hiring
process would be labeled "incomplete" and I could not work.  I do not believe I
signed the Meal Period Waiver voluntarily.  I had to sign it if I wanted to work

for Corona.

9. In addition, Corona characterized second meal breaks in a negative and false light to deter me from wanting to take a second meal break. I was told that for me to be entitled to a second meal I would have to work 13 hours. I did not know that if I had not signed the Meal Period Waiver, I would be actually working only 12 hours with two 30-minute meal breaks. To put further pressure on me, I was told that all the nurses have signed the Meal Period Waiver and that I should sign it as well. I did not take a second meal during my employment with Corona.

Lack of "Break" or "Relief" Nurses

10. I did not take rest breaks, or when I tried to take one it was interrupted, because I had to be continuously ready and able to assist and attend to my patients during my entire shift. My other colleagues in my unit are also assigned patients, and if they are too busy taking care of their patients or handling an emergency, I could not take a rest break or had to cut my break short to attend to my patients or emergencies. Corona does not have enough "Break" or "Relief" nurses to relieve me so I can take a 10-minute, uninterrupted break. This problem is compounded when Corona "flexes" off nurses in my unit due to low patient census. Corona would schedule "Break" or "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief" nurse. Corona does not hire specific "Break" or "Relief" nurses to ensure nurses in each unit are provided with 10-minute, uninterrupted rest breaks. Therefore, I do not believe I was authorized or permitted to take 10-minute, uninterrupted rest breaks because I was never fully relieved of all of my duties. I had to constantly be on my toes, ready to respond to patient calls or emergencies.

DECLARATION OF LILLIAN GOYETTE ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1    I declare under the penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct. Executed on February 27th, 2015, in

3  Pomona, California.

4

5                                    LILIAN GOYETTE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 37

1   BRIAN D. CHASE, Esq. (SBN 164109)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN, Esq. (SBN 211258)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, CA 92660
    Telephone: (949) 752-2999
5   Facsimile: (949) 752-2777

6   Attorneys for Plaintiffs and Putative Class

7

8                UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT COURT OF CALIFORNIA

10  MARLYN SALI and DEBORAH          Case No. 14-CV-00985 PSG (JPRx)
    SPRIGGS, on behalf of themselves, all
11  others situated and the general public,
                                     DECLARATION OF PAUL
12              Plaintiffs,          PUNZALAN IN SUPPORT OF
                                     PLAINTIFFS' MOTION FOR CLASS
13  v.                               CERTIFICATION

14                                   Judge:   Hon. Philip S. Gutierrez
    UNIVERSAL HEALTH SERVICES        Crtrm:   880—Roybal
15  OF RANCHO SPRINGS, INC.;
    UNIVERSAL HEALTH SERVICES
16  OF PALMDALE, INC.; UHS-
    CORONA, INC.; INLAND VALLEY
17  MEDICAL CENTER; RANCHO
    SPRINGS MEDICAL CENTER;
18  PALMDALE REGIONAL MEDICAL
    CENTER; TEMECULA VALLEY
19  HOSPITAL; UHS OF DELAWARE,
    INC.; and DOES 2 to 100, inclusive,
20
                Defendants.
21

22

23        I, PAUL PUNZALAN, declare:

24        1.    I am an adult, over 18-years old.  I am a prospective class member

25  in the case of *Marilyn Sali, et al. v. Universal Health Services of Rancho*

26  *Springs, Inc., et al.*, Case no. 14-CV-00985 PSG (JPRx), pending in the United

27  States District Court—Central District Court of California.  I have personal

28  knowledge of the matters stated herein, and if called to testify about these facts, I

1   could and would do so in a competent and truthful manner.

2   ## Background

3   2.   I am currently employed by Corona Regional Medical Center

4   ("Corona") as a Registered Nurse ("RN") and have worked for Corona since July

5   2007.

6   3.   As an employee of Corona, I work an Alternative Workweek

7   Schedule ("AWS"). I am regularly scheduled to work three 12-hour shifts a

8   week. I clock in and out for each shift and each meal break using my employee

9   badge at a magnetic-strip reader located in my unit of the hospital. I am paid an

10  hourly wage.

11

12  ## "Rounding Time" Policy

13  4.   I was instructed by Corona that our mission is to deliver high

14  quality service to our patients through regular attendance and promptness. I

15  would usually and regularly arrive minutes before my scheduled shift and

16  accurately clock in to receive briefing from nurses completing the prior shift. I

17  would also regularly leave minutes after my scheduled shift to debrief the nurses

18  relieving me. I was not aware that Corona was rounding my actual time punches

19  to avoid overtime. I did not know that I was not being fully paid for all the

20  regular and overtime hours I worked.

21  ## "Flexing" Off Policy

22  5.   Corona has a policy of "flexing" off nurses before completing their

23  AWS shift, or calling nurses before their shift to instruct them not to show up to

24  work, due to low patient census. I have experienced both situations. I have been

25  "flexed" off before completing my AWS shift, and I have been called before my

26  scheduled shift and instructed not to show up for that particular shift.

27  6.   On the occasions I was called before my shift began and instructed

28  not to show up to work due to low patient census, I was given two options. First,

DECLARATION OF PAUL PUNZALAN ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I was told that if I wanted to get paid for the lost hours because I was "flexed" off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to compensate myself for the lost hours. Second, if I did not want to cash out my PTO or if I had no PTO to use, I could claim the lost shift as a Hospital Convenience Day ("HCD") to maintain my benefits; however, I would receive no pay for that shift.

7.      On the occasions I reported to work and then told to go home before completing my AWS shift, I was usually and regularly "flexed" off involuntarily due to low patient census. I was not told that I was entitled to overtime on occasions I worked over 8 hours but less than my scheduled 12-hour shift. I was not told about "short-shift" penalties. The employee handbook provided to me does not discuss short shifts or what I am entitled to when I am not provided a full AWS shift. I was not told during my new hire process or new hire orientation about short shifts and my entitlement to overtime if I am "flexed" off after 8 hours of work, but before completing my AWS shift. I was not given any written policies on short shifts or "short-shift" penalties. Corona did not make me fully aware of my entitlement to "short-shift" penalties. Therefore, I do not believe I was paid overtime for all the hours I was "flexed" off after 8 hours of work, but before completing my 12-hour shift.

## "Meal Waiver" Policy

8.      I had to participate in a new hire process prior to working at Corona. During the new hire process, I was presented with a packet of paperwork to sign, including a Meal Period Waiver. I was told that I had to fill out and sign all of the documents as a condition of employment. If I did not fill out and sign all of the documents, including the Meal Period Waiver, my hiring process would be labeled "incomplete" and I could not work. I do not believe I signed the Meal Period Waiver voluntarily. I had to sign it if I wanted to work

DECLARATION OF PAUL PUNZALAN ISO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

for Corona.

9.   In addition, Corona characterized second meal breaks in a negative and false light to deter me from wanting to take a second meal break. I was told that for me to be entitled to a second meal I would have to work 13 hours. I did not know that if I had not signed the Meal Period Waiver, I would be actually working only 12 hours with two 30-minute meal breaks. To put further pressure on me, I was told that all the nurses have signed the Meal Period Waiver and that I should sign it as well.   I did not take a second meal during my employment with Corona.

### Lack of "Break" or "Relief" Nurses

10.   I did not take rest breaks, or when I tried to take one it was interrupted, because I had to be continuously ready and able to assist and attend to my patients during my entire shift. My other colleagues in my unit are also assigned patients, and if they are too busy taking care of their patients or handling an emergency, I could not take a rest break or had to cut my break short to attend to my patients or emergencies. Corona does not have enough "Break" or "Relief" nurses to relieve me so I can take a 10-minute, uninterrupted break. This problem is compounded when Corona "flexes" off nurses in my unit due to low patient census. Corona would schedule "Break" or "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief" nurse.   Corona does not hire specific "Break" or "Relief" nurses to ensure nurses in each unit are provided with 10-minute, uninterrupted rest breaks. Therefore, I do not believe I was authorized or permitted to take 10-minute, uninterrupted rest breaks because I was never fully relieved of all of my duties. I had to constantly be on my toes, ready to respond to patient calls or emergencies.

1       I declare under the penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct. Executed on February 19th, 2015, in

3  Ranch Cucamonga, California.

4                                                             

5                                           PAUL PUNZALAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PAUL PUNZALAN ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# EXHIBIT 38

1  BRIAN D. CHASE, Esq. (SBN 164109)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN, Esq. (SBN 211258)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, CA 92660
   Telephone: (949) 752-2999
5  Facsimile: (949) 752-2777

6  Attorneys for Plaintiffs and Putative Class

7

8                    UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT COURT OF CALIFORNIA

10 MARLYN SALI and DEBORAH            Case No. 14-CV-00985 PSG (JPRx)
   SPRIGGS, on behalf of themselves, all
11 others situated and the general public,   DECLARATION OF ROSEMARY
                                             KINNEY IN SUPPORT OF
12           Plaintiffs,                     PLAINTIFFS' MOTION FOR CLASS
                                             CERTIFICATION
13 v.
                                             Judge:  Hon. Philip S. Gutierrez
14 UNIVERSAL HEALTH SERVICES            Crtrm:  880—Roybal
   OF RANCHO SPRINGS, INC.;
15 UNIVERSAL HEALTH SERVICES
   OF PALMDALE, INC.; UHS-
16 CORONA, INC.; INLAND VALLEY
   MEDICAL CENTER; RANCHO
17 SPRINGS MEDICAL CENTER;
   PALMDALE REGIONAL MEDICAL
18 CENTER; TEMECULA VALLEY
   HOSPITAL; UHS OF DELAWARE,
19 INC.; and DOES 2 to 100, inclusive,
20
             Defendants.
21

22

23        I, ROSEMARY KINNEY, declare:

24        1.    I am an adult, over 18-years old.  I am a prospective class member

25 in the case of *Marilyn Sali, et al. v. Universal Health Services of Rancho

26 Springs, Inc., et al.*, Case no. 14-CV-00985 PSG (JPRx), pending in the United

27 States District Court—Central District Court of California.  I have personal

28 knowledge of the matters stated herein, and if called to testify about these facts, I

DECLARATION OF **ROSEMARY KINNEY** ISO **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

could and would do so in a competent and truthful manner.

## Background

2.     I am currently employed by Corona Regional Medical Center ("Corona") as a Registered Nurse ("RN") and have worked for Corona since 2012.

3.     As an employee of Corona, I work an Alternative Workweek Schedule ("AWS").  I am regularly scheduled to work three 12-hour shifts a week.  I clock in and out for each shift and each meal break using my employee badge at a magnetic-strip reader located in my unit of the hospital.  I am paid an hourly wage.

## "Rounding Time" Policy

4.     I was instructed by Corona that our mission is to deliver high quality service to our patients through regular attendance and promptness. I would usually and regularly arrive minutes before my scheduled shift and accurately clock in to receive briefing from nurses completing the prior shift. I would also regularly leave minutes after my scheduled shift to debrief the nurses relieving me. I was not aware that Corona was rounding my actual time punches to avoid overtime.  I did not know that I was not being fully paid for all the regular and overtime hours I worked.

## "Flexing" Off Policy

5.     Corona has a policy of "flexing" off nurses before completing their AWS shift, or calling nurses before their shift to instruct them not to show up to work, due to low patient census. I have experienced both situations. I have been "flexed" off before completing my AWS shift, and I have been called before my scheduled shift and instructed not to show up for that particular shift.

6.     On the occasions I was called before my shift began and instructed not to show up to work due to low patient census, I was given two options.  First,

**DECLARATION OF ROSEMARY KINNEY ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I was told that if I wanted to get paid for the lost hours because I was "flexed" off, I could cash out my earned Paid Time Off ("PTO") and use my own PTO to compensate myself for the lost hours. Second, if I did not want to cash out my PTO or if I had no PTO to use, I could claim the lost shift as a Hospital Convenience Day ("HCD") to maintain my benefits; however, I would receive no pay for that shift.

7.    On the occasions I reported to work and then told to go home before completing my AWS shift, I was usually and regularly "flexed" off involuntarily due to low patient census. I was not told that I was entitled to overtime on occasions I worked over 8 hours but less than my scheduled 12-hour shift. I was not told about "short-shift" penalties. The employee handbook provided to me does not discuss short shifts or what I am entitled to when I am not provided a full AWS shift. I was not told during my new hire process or new hire orientation about short shifts and my entitlement to overtime if I am "flexed" off after 8 hours of work, but before completing my AWS shift. I was not given any written policies on short shifts or "short-shift" penalties. Corona did not make me fully aware of my entitlement to "short-shift" penalties. Therefore, I do not believe I was paid overtime for all the hours I was "flexed" off after 8 hours of work, but before completing my 12-hour shift.

### "Meal Waiver" Policy

8.    I had to participate in a new hire process prior to working at Corona. During the new hire process, I was presented with a packet of paperwork to sign, including a Meal Period Waiver. I was told that I had to fill out and sign all of the documents as a condition of employment. If I did not fill out and sign all of the documents, including the Meal Period Waiver, my hiring process would be labeled "incomplete" and I could not work. I do not believe I signed the Meal Period Waiver voluntarily. I had to sign it if I wanted to work

DECLARATION OF ROSEMARY KINNEY ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1    for Corona.

2       9.     In addition, Corona characterized second meal breaks in a negative

3 and false light to deter me from wanting to take a second meal break. I was told

4 that for me to be entitled to a second meal I would have to work 13 hours. I did

5 not know that if I had not signed the Meal Period Waiver, I would be actually

6 working only 12 hours with two 30-minute meal breaks. To put further pressure

7 on me, I was told that all the nurses have signed the Meal Period Waiver and

8 that I should sign it as well. I did not take a second meal during my

9 employment with Corona.

10                       Lack of "Break" or "Relief" Nurses

11       10.    I did not take rest breaks, or when I tried to take one it was

12 interrupted, because I had to be continuously ready and able to assist and attend

13 to my patients during my entire shift. My other colleagues in my unit are also

14 assigned patients, and if they are too busy taking care of their patients or

15 handling an emergency, I could not take a rest break or had to cut my break

16 short to attend to my patients or emergencies. Corona does not have enough

17 "Break" or "Relief" nurses to relieve me so I can take a 10-minute,

18 uninterrupted break. This problem is compounded when Corona "flexes" off

19 nurses in my unit due to low patient census. Corona would schedule "Break" or

20 "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief"

21 nurse. Corona does not hire specific "Break" or "Relief" nurses to ensure

22 nurses in each unit are provided with 10-minute, uninterrupted rest breaks.

23 Therefore, I do not believe I was authorized or permitted to take 10-minute,

24 uninterrupted rest breaks because I was never fully relieved of all of my duties.

25 I had to constantly be on my toes, ready to respond to patient calls or

26 emergencies.

27

28                          Inaccurate Employer Name

**DECLARATION OF ROSEMARY KINNEY ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1         11.    I did not know I am employed by UHS-Corona, Inc.  My paystubs

2    indicate that my employer is Corona Regional Medical Center.

3         I declare under the penalty of perjury under the laws of the United States of

4    America that the foregoing is true and correct.  Executed on March___10___, 2015, in

5    Sun City, California.

6

7                           ROSEMARY KINNEY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ROSEMARY KINNEY ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# EXHIBIT 39

1  BRIAN D. CHASE, Esq. (SBN 164109)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN, Esq. (SBN 211258)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, CA 92660
   Telephone: (949) 752-2999
5  Facsimile: (949) 752-2777

6  Attorneys for Plaintiffs and Putative Class

7

8              UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT COURT OF CALIFORNIA

10 MARLYN SALI and DEBORAH          Case No. 14-CV-00985 PSG (JPRx)
   SPRIGGS, on behalf of themselves, all
11 others situated and the general public,   DECLARATION OF WAYNE HOO
                                             IN SUPPORT OF PLAINTIFFS'
12           Plaintiffs,                     MOTION FOR CLASS
                                             CERTIFICATION
13 v.
                                             Judge:  Hon. Philip S. Gutierrez
14 UNIVERSAL HEALTH SERVICES          Crtrm:  880—Roybal
15 OF RANCHO SPRINGS, INC.;
   UNIVERSAL HEALTH SERVICES
16 OF PALMDALE, INC.; UHS-
   CORONA, INC.; INLAND VALLEY
17 MEDICAL CENTER; RANCHO
   SPRINGS MEDICAL CENTER;
18 PALMDALE REGIONAL MEDICAL
   CENTER; TEMECULA VALLEY
19 HOSPITAL; UHS OF DELAWARE,
   INC.; and DOES 2 to 100, inclusive,
20
             Defendants.
21

22

23      I, WAYNE HOO, declare:

24      1.    I am an adult, over 18-years old. I am a prospective class member

25 in the case of Marilyn Sali, et al. v. Universal Health Services of Rancho

26 Springs, Inc., et al., Case no. 14-CV-00985 PSG (JPRx), pending in the United

27 States District Court—Central District Court of California. I have personal

28 knowledge of the matters stated herein, and if called to testify about these facts, I

1  could and would do so in a competent and truthful manner.

2                                  Background

3       2.     I am a former employee of Corona Regional Medical Center

4  ("Corona") and worked for Corona as a Registered Nurse ("RN") from

5  approximately January 2012 to June 2013.

6       3.     While employed at Corona, I worked an Alternative Workweek

7  Schedule ("AWS").  I was regularly scheduled to work three 12-hour shifts a

8  week.  I clocked in and out for each shift and each meal break using my

9  employee badge at a magnetic-strip reader located in my unit of the hospital.  I

10 was paid an hourly wage.

11                          "Rounding Time" Policy

12      4.     I was instructed by Corona that our mission is to deliver high

13 quality service to our patients through regular attendance and promptness.  I

14 would usually and regularly arrive minutes before my scheduled shift and

15 accurately clock in to receive briefing from nurses completing the prior shift.  I

16 would also regularly leave minutes after my scheduled shift to debrief the nurses

17 relieving me.  I was not aware that Corona was rounding my actual time punches

18 to avoid overtime.  I did not know that I was not being fully paid for all the

19 regular and overtime hours I worked.

20                           "Meal Waiver" Policy

21      5.     I had to participate in a new hire process prior to working at

22 Corona.  During the new hire process, I was presented with a packet of

23 paperwork to sign, including a Meal Period Waiver.  I was told that I had to fill

24 out and sign all of the documents as a condition of employment.  If I did not fill

25 out and sign all of the documents, including the Meal Period Waiver, my hiring

26 process would be labeled "incomplete" and I could not work.  I do not believe I

27 signed the Meal Period Waiver voluntarily.  I had to sign it if I wanted to work

28

for Corona.

6.      In addition, Corona characterized second meal breaks in a negative and false light to deter me from wanting to take a second meal break. I was told that for me to be entitled to a second meal I would have to work 13 hours. I did not know that if I had not signed the Meal Period Waiver, I would be actually working only 12 hours with two 30-minute meal breaks. To put further pressure on me, I was told that all the nurses have signed the Meal Period Waiver and that I should sign it as well. I did not take a second meal during my employment with Corona.

### Lack of "Break" or "Relief" Nurses

7.      I did not take rest breaks, or when I tried to take one it was interrupted, because I had to be continuously ready and able to assist and attend to my patients during my entire shift. My other colleagues in my unit are also assigned patients, and if they are too busy taking care of their patients or handling an emergency, I could not take a rest break or had to cut my break short to attend to my patients or emergencies. Corona does not have enough "Break" or "Relief" nurses to relieve me so I can take a 10-minute, uninterrupted break. This problem is compounded when Corona "flexes" off nurses in my unit due to low patient census. Corona would schedule "Break" or "Relief" nurses only if other nurses volunteered to be a "Break" or "Relief" nurse. Corona does not hire specific "Break" or "Relief" nurses to ensure nurses in each unit are provided with 10-minute, uninterrupted rest breaks. Therefore, I do not believe I was authorized or permitted to take 10-minute, uninterrupted rest breaks because I was never fully relieved of all of my duties. I had to constantly be on my toes, ready to respond to patient calls or emergencies.

DECLARATION OF WAYNE HOO ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

## Inaccurate Employer Name

8.     I did not know I was employed by UHS-Corona, Inc.  My paystubs indicate that my employer is Corona Regional Medical Center.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 7___, 2015, at Orange, California.

_____
WAYNE HOO

EXHIBIT 40

## Sali v. UHS of Delaware, et al

| I/O | Index No. | Employee Name | Date | Scheduled | Round In 1 | Round Out 1 | Actual In 1 | Rounding Time Amount | Actual Out 1 | Stay Before Clocking in Leaves | Rounding Time Amount | Round In 2 | Round Out 2 | Actual In 2 | Rounding Time Amount | Actual Out 2 | Rounding Time Amount | Round In 3 | Round Out 3 | Actual In 3 | Rounding Time Amount | Actual Out 3 | Rounding Time Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRMC006892 | Kimberly Hayde | 08/28/09 | No Data | 7:00am | 5:00pm | 6:57am | 0:03 | 4:57pm | 10:00 | 0:06 | 5:30pm | 7:45pm | 5:26pm | 0:04 | 7:43pm | 0:02 | | | | | | |
| 2 | CRMC006892 | Kimberly Hayde | 08/29/09 | No Data | 7:00am | 1:30pm | 7:00am | | 1:26pm | 6:00 | 0:04 | 2:00pm | 7:15pm | 1:56pm | 0:04 | 7:15pm | 0:04 | | | | | | |
| 3 | CRMC006892 | Kimberly Hayde | 08/31/09 | No Data | 9:15am | 2:45pm | 9:16am | 0:01 | 2:45pm | | | 3:15pm | 7:45pm | 3:15pm | 0:00 | 7:47pm | 0:02 | | | | | | |
| 4 | CRMC006892 | Kimberly Hayde | 09/02/09 | No Data | 7:00am | 3:00pm | 6:58am | 0:02 | 3:02pm | 8:00 | 0:04 | 3:30pm | 7:30pm | 3:31pm | 0:01 | 7:28pm | | | | | | | |
| 5 | CRMC006892 | Kimberly Hayde | 09/04/09 | No Data | 7:00am | 1:00pm | 7:00am | | 12:55pm | 6:00 | 0:05 | 1:30pm | 7:45pm | 1:25pm | 0:05 | 7:43pm | 0:03 | | | | | | |
| 6 | CRMC006893 | Kimberly Hayde | 09/07/09 | No Data | 7:00am | 4:30pm | 6:57am | 0:03 | 4:29pm | 9:00 | 0:04 | 4:45pm | 7:30pm | 4:58pm | 0:02 | 7:27pm | | | | | | | |
| 7 | CRMC006893 | Kimberly Hayde | 09/09/09 | No Data | 7:00am | 3:30pm | 7:02am | 0:02 | 3:35pm | 8:00 | | 4:00pm | 6:00pm | 4:04pm | 0:04 | 6:02pm | | | | | | | |
| 8 | CRMC006893 | Kimberly Hayde | 09/11/09 | No Data | 7:00am | 2:30pm | 7:00am | | 2:29pm | 7:00 | 0:01 | 3:00pm | 7:15pm | 3:01pm | 0:01 | 7:17pm | 0:01 | | | | | | |
| 9 | CRMC006893 | Kimberly Hayde | 09/13/09 | No Data | 7:00am | 12:45pm | 7:02am | 0:02 | 12:45pm | | | 1:15pm | 7:00pm | 1:16pm | 0:01 | 7:07pm | 0:06 | | | | | | |
| 10 | CRMC006894 | Kimberly Hayde | 09/16/09 | No Data | 7:00am | 2:13pm | 7:00am | | 2:13pm | 7:00 | | 2:45pm | 7:30pm | 2:38pm | 0:07 | 7:27pm | 0:04 | | | | | | |
| 11 | CRMC006894 | Kimberly Hayde | 09/18/09 | No Data | 7:00am | 3:30pm | 6:53am | 0:07 | 3:36pm | 8:00 | 0:03 | 4:00pm | 7:15pm | 4:05pm | 0:05 | 7:22pm | 0:02 | | | | | | |
| 12 | CRMC006894 | Kimberly Hayde | 09/19/09 | No Data | 7:00am | 1:30pm | 6:57am | 0:03 | 1:31pm | 6:00 | | 2:00pm | 5:45pm | 2:02pm | 0:02 | 5:38pm | | | | | | | |
| 13 | CRMC006894 | Kimberly Hayde | 09/22/09 | No Data | 8:45am | 7:15pm | 8:42am | 0:03 | 7:13pm | | 0:02 | | | | | | | | | | | | |
| 14 | CRMC006894 | Kimberly Hayde | 09/23/09 | No Data | 7:00am | 1:45pm | 6:59am | 0:01 | 1:43pm | | | 2:15pm | 3:30pm | 2:12pm | 0:03 | 3:24pm | | | | | | | |
| 15 | CRMC006894 | Kimberly Hayde | 09/26/09 | No Data | 7:00am | 1:00pm | 6:59am | 0:01 | 1:00pm | 6:00 | | 1:30pm | 7:13pm | 1:30pm | | 7:09pm | | | | | | | |
| 16 | CRMC006894 | Kimberly Hayde | 10/06/09 | No Data | 7:00am | 7:30pm | 6:56am | 0:04 | 7:26pm | | | | | | | | | | | | | | |
| 17 | CRMC006894 | Kimberly Hayde | 10/07/09 | No Data | 7:00am | 7:30pm | 6:54pm | | 7:26pm | | | | | | | | | | | | | | |
| 18 | CRMC006894 | Kimberly Hayde | 10/11/09 | No Data | 7:00am | 2:15pm | 6:59am | 0:01 | 2:20pm | 7:00 | 0:06 | 2:45pm | 7:30pm | 2:52pm | 0:07 | 7:25pm | 0:02 | | | | | | |
| 19 | CRMC006894 | Kimberly Hayde | 10/14/09 | No Data | | | | | | | | | | | | | | | | | | | |
| 20 | CRMC006894 | Kimberly Hayde | 10/21/09 | No Data | 7:00am | 9:45am | 6:56am | 0:04 | 9:45am | | 0:04 | 9:45am | 11:45am | 9:45am | | 11:45am | | 11:45am | 12:30pm | 11:45am | | 12:30pm | |
| 21 | CRMC006894 | Kimberly Hayde | 10/22/09 | No Data | 7:00am | 10:30am | 7:00am | | 10:29am | | 0:01 | 11:00am | 7:30pm | 11:04am | 0:06 | 7:24pm | | | | | | | |
| 22 | CRMC006894 | Kimberly Hayde | 10/23/09 | No Data | 7:00am | 2:00pm | 7:00am | | 2:00pm | 7:00 | | 2:30pm | 7:15pm | 2:30pm | | 7:23pm | | | | | | | |
| 23 | CRMC006894 | Kimberly Hayde | 10/27/09 | No Data | 7:30am | 1:00pm | 7:36am | 0:06 | 1:00pm | | | 1:30pm | 7:30pm | 1:30pm | | 7:23pm | | | | | | | |
| 24 | CRMC006895 | Kimberly Hayde | 10/30/09 | No Data | 11:45am | 3:30pm | 11:45am | | 3:23pm | | | 4:00pm | 7:15pm | 3:53pm | 0:07 | 7:16pm | 0:06 | | | | | | |
| 25 | CRMC006895 | Kimberly Hayde | 11/07/09 | No Data | | | | | | | | | | | | | | | | | | | |
| 26 | CRMC006896 | Kimberly Hayde | 11/10/09 | No Data | 7:00am | 12:30pm | 7:00am | | 12:28pm | | | 1:00pm | 7:30pm | 12:58pm | 0:02 | 7:36pm | 0:08 | | | | | | |
| 27 | CRMC006896 | Kimberly Hayde | 11/13/09 | No Data | 7:00am | 7:30pm | 7:07am | 0:07 | 7:37pm | | | | | | | | | | | | | | |
| 28 | CRMC006896 | Kimberly Hayde | 11/17/09 | No Data | | | | | | | | | | | | | | | | | | | |
| 29 | CRMC006896 | Kimberly Hayde | 11/18/09 | No Data | 7:00am | 3:15pm | 6:58am | 0:02 | 3:15pm | 8:00 | 0:02 | 3:45pm | 7:30pm | 3:48pm | 0:03 | 7:30pm | | | | | | | |
| 30 | CRMC006896 | Kimberly Hayde | 11/26/09 | No Data | 7:00am | 1:45pm | 6:59am | 0:01 | 1:50pm | 6:00 | | 2:15pm | 7:30pm | 2:20pm | 0:05 | 7:30pm | | | | | | | |
| 31 | CRMC006896 | Kimberly Hayde | 11/28/09 | No Data | 7:00am | 3:00pm | 7:00am | | 3:05pm | 8:00 | | 3:30pm | 7:30pm | 3:35pm | 0:05 | 7:24pm | | | | | | | |
| 32 | CRMC006896 | Kimberly Hayde | 12/01/09 | No Data | 7:00am | 1:15pm | 6:55am | 0:05 | 1:17pm | 6:00 | 0:03 | 1:45pm | 7:45pm | 1:47pm | 0:02 | 7:41pm | | | | | | | |
| 33 | CRMC006896 | Kimberly Hayde | 12/02/09 | No Data | 7:00am | 3:00pm | 6:59am | 0:01 | 3:00pm | 8:00 | 0:01 | 3:30pm | 7:30pm | 3:30pm | | 7:23pm | | | | | | | |
| 34 | CRMC006896 | Kimberly Hayde | 12/06/09 | No Data | 7:00am | 3:45pm | 6:56am | 0:04 | 3:46pm | 8:00 | 0:06 | 4:15pm | 7:30pm | 4:16pm | 0:01 | 7:26pm | | | | | | | |
| 35 | CRMC006896 | Kimberly Hayde | 12/11/09 | No Data | 7:00am | 1:45pm | 7:00am | | 1:40pm | 6:00 | | | | | | | | | | | | | |
| 36 | CRMC006896 | Kimberly Hayde | 12/13/09 | No Data | 7:00am | 11:15am | 7:00am | | 11:15am | | | 11:45am | 7:30pm | 11:44am | | 7:30pm | | | | | | | |
| 37 | CRMC006896 | Kimberly Hayde | 12/15/09 | No Data | 7:00am | 7:45pm | 7:00am | | 7:50pm | | 0:05 | | | | | | | | | | | | |
| 38 | CRMC006896 | Kimberly Hayde | 12/21/09 | No Data | 7:00am | 8:15pm | 7:00am | | 8:17pm | | 0:02 | | | | | | | | | | | | |
| 39 | CRMC006896 | Kimberly Hayde | 12/22/09 | No Data | | | 11:30am | | | | | | | | | 8:06pm | | | | | | | |
| 40 | CRMC006896 | Kimberly Hayde | 12/23/09 | No Data | 7:00am | 4:30pm | 7:00am | | 4:23pm | 9:00 | | 5:00pm | 7:30pm | 4:53pm | 0:07 | 7:30pm | 0:07 | | | | | | |
| 41 | CRMC006896 | Kimberly Hayde | 12/30/09 | No Data | 7:00am | 2:15pm | 7:04am | 0:04 | 2:13pm | 7:00 | | 2:45pm | 7:30pm | 2:49pm | 0:04 | 7:31pm | | | | | | | |
| 42 | CRMC006897 | Kimberly Hayde | 12/31/09 | No Data | 7:00am | 4:30pm | 6:56am | 0:04 | 4:30pm | 9:00 | | | | 5:00pm | | 7:07pm | | | | | | | |
| 43 | CRMC006898 | Kimberly Hayde | 01/06/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 44 | CRMC006898 | Kimberly Hayde | 01/07/10 | No Data | 7:00am | 1:00pm | 7:00am | | 1:00pm | 6:00 | | | | | | | | | | | | | |
| 45 | CRMC006898 | Kimberly Hayde | 01/08/10 | No Data | 7:30am | 1:00pm | 7:30am | | 1:00pm | | | 1:30pm | 7:30pm | 1:30pm | | 7:37pm | 0:07 | | | | | | |
| 46 | CRMC006898 | Kimberly Hayde | 01/09/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 47 | CRMC006898 | Kimberly Hayde | 01/13/10 | No Data | 7:30am | 2:45pm | 7:26am | 0:04 | 2:49pm | 7:00 | 0:06 | 3:15pm | 7:30pm | 3:18pm | 0:03 | 7:27am | | | | | | | |
| 48 | CRMC006898 | Kimberly Hayde | 01/14/10 | No Data | 7:00am | 1:00pm | 7:00am | | 1:00pm | | | 1:30pm | 7:30pm | 1:30pm | | 7:36pm | 0:06 | | | | | | |
| 49 | CRMC006898 | Kimberly Hayde | 01/20/10 | No Data | 7:00am | 7:30pm | 6:54am | 0:06 | 7:30pm | | 0:06 | | | | | | | | | | | | |

## Sali v. UHS of Delaware, et al

| I/O | Index No | Employee Name | Date | Scheduled | Round In 1 | Round Out 1 | Actual In 1 | Rounding Time Amount | Actual Out 1 | Has Better Clocking to Lunch | Rounding Time Amount | Round In 2 | Round Out 2 | Actual In 2 | Rounding Time Amount | Actual Out 2 | Rounding Time Amount | Round In 3 | Round Out 3 | Actual In 3 | Rounding Time Amount | Actual Out 3 | Rounding Time Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | CRMC006898 | Kimberly Hayde | 07/22/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 51 | CRMC006898 | Kimberly Hayde | 07/29/10 | No Data | 7:00am | 1:00pm | 7:00am | | 1:00pm | 6:00 | | 1:30pm | 7:30pm | 1:30pm | | 7:32pm | 0:02 | | | | | | |
| 52 | CRMC006898 | Kimberly Hayde | 01/30/10 | No Data | 7:00am | 11:00am | 7:00am | | 11:01am | | | | | | | | | | | | | | |
| 53 | CRMC006898 | Kimberly Hayde | 02/05/10 | No Data | 7:15am | 2:30pm | 7:33am | 0:02 | 2:30pm | 7:00 | | 3:00pm | 7:45pm | 3:00pm | | 7:52pm | 0:07 | | | | | | |
| 54 | CRMC006898 | Kimberly Hayde | 02/04/10 | No Data | 7:00am | 1:15pm | 6:54am | 0:06 | 1:20pm | 6:00 | 0:00 | 1:45pm | 7:45pm | 1:52pm | 0:07 | 7:45pm | | | | | | | |
| 55 | CRMC006898 | Kimberly Hayde | 02/06/10 | No Data | 7:00am | 2:00pm | 7:07am | 0:07 | 1:53pm | 6:00 | | 2:15pm | 7:15pm | 2:21pm | 0:06 | 7:21pm | 0:12 | | | | | | |
| 56 | CRMC006898 | Kimberly Hayde | 02/07/10 | No Data | 7:00am | 1:45pm | 6:59am | 0:01 | 1:49pm | 6:00 | 0:05 | 2:15pm | 7:00pm | 2:19pm | 0:04 | 6:56pm | | | | | | | |
| 57 | CRMC006898 | Kimberly Hayde | 02/09/10 | No Data | 7:00am | 12:30pm | 6:56am | 0:04 | 12:30pm | | 0:04 | 1:00pm | 7:30pm | 1:00pm | | 7:24pm | | | | | | | |
| 58 | CRMC006898 | Kimberly Hayde | 02/10/10 | No Data | 8:15am | 3:00pm | 8:12am | 0:03 | 2:57pm | 6:00 | | 3:30pm | 7:45pm | 3:27pm | 0:03 | 7:41pm | | | | | | | |
| 59 | CRMC006899 | Kimberly Hayde | 02/16/10 | No Data | 7:00am | 4:00pm | 7:00am | | 3:56pm | 8:00 | | 4:30pm | 7:15pm | 4:25pm | 0:05 | 7:16pm | | | | | | | |
| 60 | CRMC006899 | Kimberly Hayde | 02/17/10 | No Data | 11:00am | 4:45pm | 11:00am | | 4:38pm | | | | | | | | | | | | | | |
| 61 | CRMC006899 | Kimberly Hayde | 02/18/10 | No Data | 7:00am | 3:45pm | 7:00am | | 3:52pm | 8:00 | 0:07 | 4:15pm | 7:15pm | 4:15pm | | 7:16pm | 0:01 | | | | | | |
| 62 | CRMC006899 | Kimberly Hayde | 02/26/10 | No Data | 7:00am | 12:00pm | 7:02am | 0:02 | 11:57am | | | 12:30pm | 7:30pm | 12:30pm | | 7:24pm | | | | | | | |
| 63 | CRMC006900 | Kimberly Hayde | 02/27/10 | No Data | 7:00am | 12:00pm | 7:00am | | 11:57am | | | | | | | | | | | | | | |
| 64 | CRMC006900 | Kimberly Hayde | 03/06/10 | No Data | 7:00am | 1:15pm | 6:56am | 0:04 | 1:12pm | 6:00 | 0:01 | 1:45pm | 6:00pm | 1:42pm | 0:03 | 5:54pm | | | | | | | |
| 65 | CRMC006900 | Kimberly Hayde | 03/07/10 | No Data | 7:00am | 2:30pm | 6:59am | 0:01 | 2:28pm | 7:00 | | 3:00pm | 7:15pm | 2:58pm | 0:02 | 7:16pm | | | | | | | |
| 66 | CRMC006900 | Kimberly Hayde | 03/10/10 | No Data | 1:30pm | 5:45pm | 1:31pm | 0:01 | 5:38pm | | | | | | | | | | | | | | |
| 67 | CRMC006900 | Kimberly Hayde | 03/12/10 | No Data | 7:00am | 1:30pm | 7:00am | | 1:30pm | 6:00 | | 2:00pm | 7:15pm | 2:00pm | | 7:22pm | 0:07 | | | | | | |
| 68 | CRMC006900 | Kimberly Hayde | 03/15/10 | No Data | 8:00am | 3:15pm | 7:53am | 0:07 | 3:17pm | | 0:09 | | | | | | | | | | | | |
| 69 | CRMC006900 | Kimberly Hayde | 03/16/10 | No Data | 7:45am | 4:30pm | 7:49am | 0:04 | 4:37pm | | 0:03 | | | | | | | | | | | | |
| 70 | CRMC006900 | Kimberly Hayde | 03/18/10 | No Data | 7:15am | 2:00pm | 7:11am | 0:04 | 2:02pm | 6:00 | 0:02 | 2:30pm | 7:45pm | 2:30pm | | 7:38pm | | | | | | | |
| 71 | CRMC006900 | Kimberly Hayde | 03/20/10 | No Data | 7:00am | 3:00pm | 6:55am | 0:05 | 3:03pm | 8:00 | 0:02 | 3:30pm | 7:00pm | 3:30pm | | 7:07pm | 0:07 | | | | | | |
| 72 | CRMC006900 | Kimberly Hayde | 03/23/10 | No Data | 6:45am | 12:15pm | 6:51pm | 0:06 | 12:19pm | | | 12:45pm | 7:15pm | 12:49pm | 0:04 | 7:22pm | 0:11 | | | | | | |
| 73 | CRMC006900 | Kimberly Hayde | 03/25/10 | No Data | 7:00am | 1:00pm | 6:54am | 0:06 | 1:02pm | 6:00 | | 1:30pm | 8:45pm | 1:30pm | | 8:38pm | | | | | | | |
| 74 | CRMC006900 | Kimberly Hayde | 03/26/10 | No Data | 7:00am | 8:30pm | 7:00am | | 8:37pm | | 0:07 | | | | | | | | | | | | |
| 75 | CRMC006900 | Kimberly Hayde | 03/28/10 | No Data | 7:00am | 7:30pm | 6:59am | 0:01 | 7:33pm | | 0:04 | | | | | | | | | | | | |
| 76 | CRMC006900 | Kimberly Hayde | 03/30/10 | No Data | 7:00am | 1:00pm | 6:57am | 0:03 | 1:00pm | 6:00 | 0:03 | 1:30pm | 7:30pm | 1:30pm | | 7:25pm | | | | | | | |
| 77 | CRMC006900 | Kimberly Hayde | 04/02/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 78 | CRMC006900 | Kimberly Hayde | 04/13/10 | No Data | 7:00am | 1:30pm | 6:53am | 0:07 | 1:34pm | 7:00 | 0:03 | 2:00pm | 8:45pm | 2:02pm | | 8:40pm | | | | | | | |
| 79 | CRMC006901 | Kimberly Hayde | 04/14/10 | No Data | 7:00am | 4:45pm | 6:55am | 0:05 | 4:45pm | 9:00 | 0:05 | 5:15pm | 8:00pm | 5:15pm | | 7:57pm | | | | | | | |
| 80 | CRMC006901 | Kimberly Hayde | 04/18/10 | No Data | 7:00am | 1:30pm | 7:00am | | 1:27pm | 6:00 | 0:03 | 2:00pm | 6:30pm | 1:55pm | 0:05 | 6:29pm | 0:04 | | | | | | |
| 81 | CRMC006901 | Kimberly Hayde | 04/21/10 | No Data | 7:00am | 2:15pm | 6:56am | 0:04 | 2:10pm | 7:00 | 0:09 | 2:45pm | 7:15pm | 2:41pm | 0:04 | 7:18pm | 0:07 | | | | | | |
| 82 | CRMC006901 | Kimberly Hayde | 04/22/10 | No Data | 7:00am | 12:15pm | 6:59am | 0:01 | 12:17pm | | 0:09 | 12:45pm | 7:30pm | 12:46pm | 0:03 | 7:27pm | | | | | | | |
| 83 | CRMC006902 | Kimberly Hayde | 04/26/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 84 | CRMC006902 | Kimberly Hayde | 04/29/10 | No Data | 7:00am | 12:00pm | 6:53am | 0:07 | 11:53pm | | 0:07 | 12:15pm | 7:45pm | 12:22pm | 0:07 | 7:48pm | | | | | | | |
| 85 | CRMC006902 | Kimberly Hayde | 05/04/10 | No Data | 7:00am | 7:30pm | 6:54am | 0:06 | 7:27pm | | 0:03 | | | | | | | | | | | | |
| 86 | CRMC006902 | Kimberly Hayde | 05/06/10 | No Data | 7:00am | 7:45pm | 6:56am | 0:04 | 7:48pm | | 0:07 | | | | | | | | | | | | |
| 87 | CRMC006902 | Kimberly Hayde | 05/11/10 | No Data | 7:00am | 7:30pm | 6:55am | 0:05 | 7:57pm | | 0:05 | | | | | | | | | | | | |
| 88 | CRMC006902 | Kimberly Hayde | 05/13/10 | No Data | 7:00am | 12:15pm | 6:58am | 0:02 | 12:22pm | | 0:02 | 1:00pm | 7:00pm | 12:55pm | 0:05 | 7:06pm | 0:05 | | | | | | |
| 89 | CRMC006902 | Kimberly Hayde | 05/16/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 90 | CRMC006902 | Kimberly Hayde | 05/19/10 | No Data | 7:00am | 3:30pm | 7:00am | | 3:31pm | 8:00 | | 4:00pm | 7:30pm | 3:59pm | 0:01 | 7:33pm | 0:04 | | | | | | |
| 91 | CRMC006902 | Kimberly Hayde | 05/24/10 | No Data | 7:00am | 7:30pm | 6:55am | 0:05 | 7:27pm | | 0:02 | | | | | | | | | | | | |
| 92 | CRMC006902 | Kimberly Hayde | 05/29/10 | No Data | 7:00am | 2:30pm | 7:00am | | 2:25pm | 7:00 | | 3:00pm | 7:30pm | 2:54pm | | 7:28pm | 0:04 | | | | | | |
| 93 | CRMC006902 | Kimberly Hayde | 05/31/10 | No Data | 7:00am | 1:30pm | 7:00am | | 1:26pm | 6:00 | | 2:00pm | 7:15pm | 1:54pm | 0:06 | 7:15pm | 0:06 | | | | | | |
| 94 | CRMC006902 | Kimberly Hayde | 06/01/10 | No Data | 7:00am | 1:30pm | 6:56am | 0:04 | 1:34pm | 6:00 | | 2:00pm | 7:30pm | 2:04pm | 0:04 | 7:30pm | | | | | | | |
| 95 | CRMC006902 | Kimberly Hayde | 06/05/10 | No Data | 7:00am | 7:30pm | 6:57am | 0:03 | 7:36pm | | 0:06 | | | | | | | | | | | | |
| 96 | CRMC006902 | Kimberly Hayde | 06/07/10 | No Data | 7:00am | 2:45pm | 6:54am | 0:06 | 2:44pm | 7:00 | | 3:15pm | 7:15pm | 3:13pm | 0:02 | 7:16pm | 0:03 | | | | | | |
| 97 | CRMC006903 | Kimberly Hayde | 06/09/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 98 | CRMC006903 | Kimberly Hayde | 06/14/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 99 | CRMC006903 | Kimberly Hayde | 06/19/10 | No Data | 7:00am | 2:45pm | 7:00am | | 2:43pm | 7:00 | | 3:15pm | 7:30pm | 3:11pm | 0:04 | 7:34pm | 0:05 | | | | | | |
| 100 | CRMC006903 | Kimberly Hayde | 06/25/10 | No Data | 7:00am | 3:15pm | 6:57am | 0:03 | 3:22pm | 8:00 | | 3:45pm | 7:15pm | 3:52pm | 0:07 | 7:19pm | | | | | | | |

## Sali v. UHS of Delaware, et al

| I/O | Bates No | Employee Name | Date | Scheduled | Round In 1 | Round Out 1 | Actual In 1 | Rounding Time Amount | Actual Out 1 | Hrs Before Clocking in/Lunch | Rounding Time Amount | Round In 2 | Round Out 2 | Actual In 2 | Rounding Time Amount | Actual Out 2 | Rounding Time Amount | Round In 3 | Round Out 3 | Actual In 3 | Rounding Time Amount | Actual Out 3 | Rounding Time Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CRMC006903 | Kimberly Hayde | 06/26/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 102 | CRMC006904 | Kimberly Hayde | 07/02/10 | No Data | 7:00am | 3:00pm | 6:59am | | 3:05pm | 8:00 | 0:06 | 3:30pm | 7:30pm | 3:37pm | 0:07 | 7:37pm | | | | | | | |
| 103 | CRMC006904 | Kimberly Hayde | 07/03/10 | No Data | 7:00am | 2:30pm | 7:00am | | 2:32pm | 7:00 | | 3:00pm | 7:30pm | 3:01pm | 0:01 | 7:25pm | | | | | | | |
| 104 | CRMC006904 | Kimberly Hayde | 07/05/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 105 | CRMC006904 | Kimberly Hayde | 07/06/10 | No Data | 7:00am | 11:15am | 6:57am | 0:03 | 11:12pm | | 0:06 | 11:45am | 8:00pm | 11:41am | 0:04 | 7:59pm | 0:05 | | | | | | |
| 106 | CRMC006904 | Kimberly Hayde | 07/08/10 | No Data | 7:00am | 12:30pm | 6:58am | 0:02 | 12:31pm | | | 1:00pm | 7:30pm | 12:55pm | 0:05 | 7:24pm | | | | | | | |
| 107 | CRMC006904 | Kimberly Hayde | 07/18/14 | No Data | | | | | | | | | | | | | | | | | | | |
| 108 | CRMC006904 | Kimberly Hayde | 07/23/10 | No Data | 7:00am | 1:15pm | 6:58am | 0:02 | 1:18pm | 6:00 | 0:05 | | | 1:46pm | | 11:09pm | | | | | | | |
| 109 | CRMC006904 | Kimberly Hayde | 07/24/10 | No Data | 11:30am | 7:30pm | | | 7:32am | | 0:02 | | | | | | | | | | | | |
| 110 | CRMC006904 | Kimberly Hayde | 07/27/10 | No Data | 7:00am | 1:15pm | 6:56am | 0:04 | 1:15pm | 6:00 | 0:04 | 1:45pm | 7:15pm | 1:43pm | 0:02 | 7:21pm | 0:08 | | | | | | |
| 111 | CRMC006904 | Kimberly Hayde | 07/28/10 | No Data | 1:00pm | 7:30pm | 12:56pm | 0:04 | 7:27pm | | | | | | | | | | | | | | |
| 112 | CRMC006904 | Kimberly Hayde | 07/29/10 | No Data | 11:45am | 4:00pm | 11:47pm | 0:02 | 4:00pm | | | 4:30pm | 7:45pm | 4:39pm | 0:09 | 7:44pm | | | | | | | |
| 113 | CRMC006904 | Kimberly Hayde | 07/30/10 | No Data | 7:00am | 4:45pm | 6:55am | 0:05 | 4:40pm | 9:00 | 0:03 | 5:15am | 7:15pm | 5:11pm | 0:04 | 7:20pm | 0:09 | | | | | | |
| 114 | CRMC006904 | Kimberly Hayde | 07/31/10 | No Data | 7:00am | 1:15pm | 7:00am | | 1:12pm | 6:00 | | 1:45pm | 7:15pm | 1:41pm | 0:04 | 7:17pm | 0:06 | | | | | | |
| 115 | CRMC006904 | Kimberly Hayde | 08/02/10 | No Data | 7:00am | 10:30am | 6:53am | 0:07 | 10:23am | | | | | | | | | | | | | | |
| 116 | CRMC006904 | Kimberly Hayde | 08/06/10 | No Data | 7:00am | 2:00pm | 7:00am | | 2:04pm | 7:00 | | 2:30pm | 7:30pm | 2:30pm | | 7:32pm | 0:02 | | | | | | |
| 117 | CRMC006904 | Kimberly Hayde | 08/08/10 | No Data | 7:45am | 2:45pm | 7:43am | 0:02 | 2:38pm | 6:00 | | 3:15pm | 7:15pm | 3:08pm | 0:07 | 7:19pm | 0:11 | | | | | | |
| 118 | CRMC006905 | Kimberly Hayde | 08/09/10 | No Data | 7:00am | 2:15pm | 6:54am | 0:06 | 2:16pm | 7:00 | 0:07 | 2:45pm | 7:30pm | 2:50pm | 0:05 | 7:26pm | | | | | | | |
| 119 | CRMC006905 | Kimberly Hayde | 08/12/10 | No Data | 7:00am | 12:15pm | 7:00am | | 12:11pm | | | 12:45pm | 7:30pm | 12:38pm | 0:07 | 7:26pm | | | | | | | |
| 120 | CRMC006905 | Kimberly Hayde | 08/18/10 | No Data | 7:15am | 3:00pm | 7:17am | 0:02 | 2:59pm | 7:00 | | 3:30pm | 8:15pm | 3:27pm | 0:03 | 8:16pm | 0:04 | | | | | | |
| 121 | CRMC006905 | Kimberly Hayde | 08/20/10 | No Data | 7:00am | 11:30am | 6:54am | 0:07 | 11:23am | | | | | | | | | | | | | | |
| 122 | CRMC006905 | Kimberly Hayde | 08/23/10 | No Data | 7:00am | 7:30pm | 6:59am | 0:01 | 7:34pm | | | 12:00pm | 7:15pm | 11:55am | 0:05 | 7:22pm | 0:12 | | | | | | |
| 123 | CRMC006906 | Kimberly Hayde | 08/24/10 | No Data | 7:00am | 7:30pm | 6:56am | 0:04 | 7:30pm | | 0:05 | | | | | | | | | | | | |
| 124 | CRMC006906 | Kimberly Hayde | 08/27/10 | No Data | 2:45pm | 7:30pm | 2:42pm | 0:03 | 7:27pm | | | | | | | | | | | | | | |
| 125 | CRMC006906 | Kimberly Hayde | 08/28/10 | No Data | 1:00pm | 7:30pm | 1:00pm | | 7:27pm | | | | | | | | | | | | | | |
| 126 | CRMC006906 | Kimberly Hayde | 09/02/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 127 | CRMC006906 | Kimberly Hayde | 09/04/10 | No Data | 7:00am | 12:45 PM | 7:00am | | 12:38pm | | | 1:15pm | 7:00pm | 1:08pm | 0:07 | 7:07pm | 0:14 | | | | | | |
| 128 | CRMC006906 | Kimberly Hayde | 09/06/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 129 | CRMC006906 | Kimberly Hayde | 09/07/10 | No Data | 7:00am | 11:45am | 7:05pm | | 11:47am | | | 12:15pm | 7:30pm | 12:15pm | | 7:32pm | 0:02 | | | | | | |
| 130 | CRMC006906 | Kimberly Hayde | 09/08/10 | No Data | 10:30am | 2:15pm | 10:32am | 0:02 | 2:14pm | | | | | | | | | | | | | | |
| 131 | CRMC006906 | Kimberly Hayde | 09/12/10 | No Data | 7:00am | 7:30pm | 7:05am | | 7:23pm | | | | | | | | | | | | | | |
| 132 | CRMC006906 | Kimberly Hayde | 09/13/10 | No Data | 6:45am | 11:45am | 6:44pm | 0:01 | 11:45am | | 0:01 | 12:15pm | 7:45pm | 12:15pm | | 7:48pm | 0:03 | | | | | | |
| 133 | CRMC006906 | Kimberly Hayde | 09/19/10 | No Data | 7:45am | 1:30pm | 7:45am | | 1:02pm | | 0:02 | 1:30pm | 7:15pm | 1:31pm | 0:01 | 7:19am | 0:01 | | | | | | |
| 134 | CRMC006906 | Kimberly Hayde | 09/30/10 | No Data | 7:00am | 8:00pm | 6:58am | 0:02 | 8:00pm | | 0:02 | | | | | | | | | | | | |
| 135 | CRMC006906 | Kimberly Hayde | 10/03/10 | No Data | 7:00am | 2:15pm | 7:00am | | 2:19pm | 7:00 | | 2:45pm | 7:15pm | 2:50pm | 0:05 | 7:20pm | | | | | | | |
| 136 | CRMC006906 | Kimberly Hayde | 10/06/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 137 | CRMC006906 | Kimberly Hayde | 10/14/10 | No Data | 7:00am | 12:15pm | 6:53am | 0:07 | 12:14pm | | 0:06 | 12:45pm | 7:30pm | 12:43pm | 0:02 | 7:27pm | | | | | | | |
| 138 | CRMC006906 | Kimberly Hayde | 10/16/10 | No Data | 7:00am | 1:15pm | 6:53am | 0:07 | 1:49pm | 6:00 | 0:03 | 2:15pm | 7:00pm | 2:15pm | | 7:07pm | 0:07 | | | | | | |
| 139 | CRMC006907 | Kimberly Hayde | 10/17/10 | No Data | 7:00am | 1:00pm | 7:00pm | | 12:54pm | | | | | | | | | | | | | | |
| 140 | CRMC006907 | Kimberly Hayde | 10/21/10 | No Data | 7:00am | 1:45pm | 6:55am | 0:05 | 1:42pm | 6:00 | 0:07 | 2:15pm | 7:15pm | 2:10pm | 0:05 | 7:10pm | | | | | | | |
| 141 | CRMC006907 | Kimberly Hayde | 10/22/10 | No Data | 7:00am | 2:45pm | 6:56am | 0:04 | 2:33pm | 7:00 | 0:01 | 3:00pm | 7:30pm | 3:02pm | 0:02 | 7:24pm | | | | | | | |
| 142 | CRMC006907 | Kimberly Hayde | 10/24/10 | No Data | 7:00am | 12:00pm | 6:53am | 0:07 | 12:03pm | | 0:04 | 12:30pm | 7:15pm | 12:31pm | 0:01 | 7:18pm | 0:02 | | | | | | |
| 143 | CRMC006907 | Kimberly Hayde | 10/27/10 | No Data | 2:00pm | 7:00pm | 2:03pm | 0:03 | 7:00pm | | | | | | | | | | | | | | |
| 144 | CRMC006907 | Kimberly Hayde | 10/30/10 | No Data | 7:00am | 3:15pm | 6:54am | | 3:16pm | 8:00 | 0:01 | 3:45pm | 7:15pm | 3:45pm | | 7:14pm | | | | | | | |
| 145 | CRMC006908 | Kimberly Hayde | 11/02/10 | No Data | 7:00am | 1:00pm | 6:55am | 0:05 | 1:00pm | | 0:02 | | | | | | | | | | | | |
| 146 | CRMC006908 | Kimberly Hayde | 11/03/10 | No Data | 7:00am | 12:45pm | 7:00am | | 12:51pm | | | | | | | | | | | | | | |
| 147 | CRMC006908 | Kimberly Hayde | 11/04/10 | No Data | 7:00am | 12:00pm | 6:56am | 0:04 | 12:00pm | | 0:04 | 12:30pm | 2:15pm | 12:30pm | | 2:08pm | | | | | | | |
| 148 | CRMC006908 | Kimberly Hayde | 11/07/10 | No Data | 7:00am | 1:15pm | 6:55am | 0:05 | 1:11pm | 6:00 | 0:01 | 1:45pm | 7:15pm | 1:41pm | 0:04 | 7:11pm | | | | | | | |
| 149 | CRMC006908 | Kimberly Hayde | 11/08/10 | No Data | 7:00am | 12:00pm | 7:00am | | 11:56am | | | 12:30pm | 7:30pm | 12:24pm | 0:06 | 7:27pm | 0:03 | | | | | | |
| 150 | CRMC006908 | Kimberly Hayde | 11/09/10 | No Data | 9:00am | 1:30pm | 8:59am | 0:01 | 1:29pm | | | | | | | | | | | | | | |
| 151 | CRMC006908 | Kimberly Hayde | 11/11/10 | No Data | 9:00am | 1:45pm | 9:00am | | 1:45pm | | | 1:45pm | 3:45pm | 1:45pm | | 3:47pm | 0:02 | | | | | | |

# Sali v. UHS of Delaware, et al

| I/O | Bates No | Employee Name | Date | Scheduled? | Round In 1 | Round Out 1 | Actual In 1 | Rounding Time Amount | Actual Out 1 | Hrs Before Clocking in-Lunch | Rounding Time Amount | Round In 2 | Round Out 2 | Actual In 2 | Rounding Time Amount | Actual Out 2 | Rounding Time Amount | Round In 3 | Round Out 3 | Actual In 3 | Rounding Time Amount | Actual Out 3 | Rounding Time Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 152 | CRMC006908 | Kimberly Hayde | 11/15/10 | No Data | 7:00am | 11:45am | 6:55am | 0:05 | 11:46am | | | 12:15pm | 7:30pm | 12:13pm | 0:02 | 7:33pm | | | | | | | |
| 153 | CRMC006908 | Kimberly Hayde | 11/16/10 | No Data | 7:00am | 1:15pm | 6:58am | 0:07 | 1:22pm | | 0:14 | | | | | | | | | | | | |
| 154 | CRMC006908 | Kimberly Hayde | 11/17/10 | No Data | 8:00am | 12:15pm | 8:01am | 0:01 | 12:15pm | | | | | | | | | | | | | | |
| 155 | CRMC006908 | Kimberly Hayde | 11/18/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 156 | CRMC006908 | Kimberly Hayde | 11/19/10 | No Data | 12:30pm | 5:00pm | 12:24pm | 0:06 | 5:04pm | | | | | | | | | | | | | | |
| 157 | CRMC006908 | Kimberly Hayde | 11/21/10 | No Data | 7:00am | 1:45pm | 6:53am | 0:07 | 1:40pm | 6:00 | 0:02 | 2:15pm | 7:30pm | 2:10pm | 0:05 | 7:29pm | 0:04 | | | | | | |
| 158 | CRMC006908 | Kimberly Hayde | 11/22/10 | No Data | 7:00am | 12:15pm | 6:56am | 0:04 | 12:16pm | | 0:05 | 12:45pm | 7:30pm | 12:46pm | 0:01 | 7:34pm | 0:03 | | | | | | |
| 159 | CRMC006908 | Kimberly Hayde | 11/23/10 | No Data | 7:00am | 2:15pm | 6:54am | 0:06 | 2:13pm | 7:00 | 0:04 | 2:45pm | 7:30pm | 2:43pm | 0:02 | 7:36pm | 0:08 | | | | | | |
| 160 | CRMC006908 | Kimberly Hayde | 11/25/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 161 | CRMC006908 | Kimberly Hayde | 11/28/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 162 | CRMC006908 | Kimberly Hayde | 11/29/10 | No Data | 7:00am | 2:00pm | 6:55am | 0:05 | 1:54pm | 6:00 | | 2:30pm | 7:30pm | 2:23pm | 0:07 | 7:33pm | 0:10 | | | | | | |
| 163 | CRMC006908 | Kimberly Hayde | 11/30/10 | No Data | 7:00am | 3:45pm | 6:55am | 0:05 | 3:43pm | 8:00 | 0:03 | 4:15pm | 5:30pm | 4:30pm | 0:05 | 5:31pm | 0:06 | | | | | | |
| 164 | CRMC006909 | Kimberly Hayde | 12/01/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 165 | CRMC006909 | Kimberly Hayde | 12/02/10 | No Data | 7:00am | 8:00pm | 6:55am | 0:05 | 7:54pm | | | | | | | | | | | | | | |
| 166 | CRMC006909 | Kimberly Hayde | 12/05/10 | No Data | 7:00am | 2:00pm | 7:00am | | 2:01pm | 7:00 | | 2:30pm | 7:15pm | 2:31pm | 0:01 | 7:18pm | 0:02 | | | | | | |
| 167 | CRMC006910 | Kimberly Hayde | 12/07/10 | No Data | 7:00am | 3:45pm | 6:57am | 0:03 | 3:51pm | 8:00 | | 4:15pm | 4:30pm | 4:18pm | 0:03 | 4:36pm | 0:03 | | | | | | |
| 168 | CRMC006910 | Kimberly Hayde | 12/13/10 | No Data | 11:15am | 4:30pm | 11:12am | 0:03 | 4:36pm | | | 5:00pm | 7:45pm | 5:06pm | 0:06 | 7:42pm | | | | | | | |
| 169 | CRMC006910 | Kimberly Hayde | 12/14/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 170 | CRMC006910 | Kimberly Hayde | 12/15/10 | No Data | 10:00am | 11:30am | 10:05am | 0:05 | 11:30am | | | 11:30am | | 3:15pm | | | | 3:15pm | 3:30pm | 3:15pm | | 3:25pm | |
| 171 | CRMC006910 | Kimberly Hayde | 12/19/10 | No Data | | | | | | | | | | | | | | | | | | | |
| 172 | CRMC006910 | Kimberly Hayde | 12/24/10 | No Data | 7:00am | 2:00pm | 6:58am | 0:02 | 1:54pm | 6:00 | 0:01 | 2:26pm | | 7:31pm | | | | | | | | | |
| 173 | CRMC006910 | Kimberly Hayde | 12/30/10 | No Data | 7:00am | 1:13pm | 6:58am | 0:02 | 1:14pm | 6:00 | 0:01 / 3:11 | 1:45pm | 8:15pm | 1:40pm | 0:05 | 8:21pm | 0:11 | | | | | | |

| Rounding Cnt 5 | Rounding Cnt 4 | Actual In 1 | Rounding Time Amount | Actual Out 1 | Rounding Time Amount | Punch Note | Stand By Hours Owed | On Call Hours Owed | PTO | "Other" Paid Time | Total Actual Hours Worked Based on Plaintiff's Calculations from Actual Punches | On-smsls converted to Actual Recorded Hours Per Day (Per Time) | Total Recorded Hours Per Day Based on Defendant's Recorded Punches | Difference Hours Worked Owed from Rounding/Actual | Short Shift Over Time Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Stayed to discharge patient | | | | | 12.77 | 12.78 | 12.79 | 0.02 | |
| | | | | | | Left early | | | | | 11.45 | 11.45 | 11.25 | | |
| | | | | | | On Call | | 2.00 | | | 10.01 | 10.00 | 10.00 | 0.01 | |
| | | | | | | | | | | | 12.01 | 12.00 | 12.00 | 0.01 | |
| | | | | | | | | | | | 12.13 | 12.15 | 12.25 | | |
| | | | | | | | | | | | 12.01 | 12.00 | 12.00 | 0.01 | |
| | | | | | | Voluntary | | | | | 10.31 | 10.30 | 10.50 | 0.61 | |
| | | | | | | Left Early | | | | | 11.45 | 11.45 | 11.75 | | |
| | | | | | | | | | | | 11.54 | 11.30 | 11.50 | 0.04 | |
| | | | | | | | | | | | 11.59 | 12.00 | 12.00 | | |
| | | | | | | Left Early | | | | | 12.00 | 11.45 | 11.75 | 0.15 | |
| | | | | | | Voluntary | | | | | 10.10 | 10.15 | 10.25 | | |
| | | | | | | Missed Meal/Rest | | | | | 10.31 | 10.30 | 10.50 | 0.01 | |
| | | | | | | Voluntary | | | | | 7.56 | 8.00 | 8.00 | | |
| | | | | | | Ded .50 HR for Lunch, Ded .25 HR DT and .25 HR Reg Adj 10/10/09 | | | | | 11.40 | 11.45 | 11.75 | | |
| | | | | | | Missed Meal | | | | | 12.28 | 12.30 | 12.50 | | |
| | | | | | | Missed Meal/Rest | | | | | 12.52 | 12.30 | 12.00 | 0.02 | |
| | | | | | | | | | | | 11.54 | 12.00 | 12.00 | | |
| | | | | | | On Call | | 12:00 | | | | | | | |
| 1:00pm | 5:45pm | 1:00pm | | 5:40pm | | Skills day/ Voluntary | | | | | 10.14 | 10.15 | 10.25 | | |
| | | | | | | | | | | | 11.47 | 12.00 | 12.00 | | |
| | | | | | | | | | | | 11.45 | 11.45 | 11.75 | | |
| | | | | | | Voluntary | | | | | 11.17 | 11.30 | 11.50 | | |
| | | | | | | | | | | | 7.01 | 7.00 | 7.00 | 0.01 | |
| | | | | | | On Call - ADJ PPE 11/21/09 | | 12:00 | | | | | | | |
| | | | | | | | | | | | 12.06 | 12.00 | 12.00 | 0.06 | |
| | | | | | | Missed Meal/Rest | | | | | 12.30 | 12.30 | 12.50 | | |
| | | | | | | PTO | | | 6:00 | | | | | | |
| | | | | | | | | | | | 11.59 | 12.00 | 12.00 | | |
| | | | | | | | | | | | 11.41 | 12.00 | 12.00 | 0.01 | |
| | | | | | | | | | | | 11.54 | 12.00 | 12.00 | | |
| | | | | | | Busy Shift | | | | | 12.16 | 12.15 | 12.25 | 0.01 | |
| | | | | | | | | | | | 11.54 | 12.00 | 12.00 | | |
| | | | | | | | | | | | 12.00 | 12.00 | 12.00 | | |
| | | | | | | Missed Meal and PTO | | | 5:00 | | 6.40 | 6.45 | 6.75 | | |
| | | | | | | | | | | | 12.00 | 12.00 | 12.00 | | |
| | | | | | | Missed Meal/Rest | | | | | 12.50 | 12.45 | 12.75 | 0.05 | |
| | | | | | | Missed Meal/Rest | | | | | 13.17 | 13.15 | 13.25 | 0.02 | |
| | | | | | | On Call/ Change of Shift C/S | | 3:25 | | 8:75 | | | | | |
| | | | | | | | | | | | 12.00 | 12.00 | 12.00 | | |
| | | | | | | | | | | | 11.51 | 12.00 | 12.00 | | |
| | | | | | | Left Early/ Voluntary | | | | | | | | | |
| | | | | | | On Call/PTO | | 6:00 | 8:00 | | | | | | |
| | | | | | | | | | | | 6.00 | 6.00 | 6.00 | | |
| | | | | | | | | | | | 11.37 | 11.30 | 11.50 | 0.07 | |
| | | | | | | Voluntary in late | | | | | | | | | |
| | | | | | | On Call | | 4:50 | | | | | | | |
| | | | | | | In Late Voluntary Car Accident | | | | | 11.32 | 11.30 | 11.50 | 0.02 | |
| | | | | | | Didn't Clock in ADJ PPE 1/21/10 | | | | | 12.06 | 12.00 | 12.00 | 0.06 | |
| | | | | | | Missed Meal | | | | | 12.50 | 12.50 | 12.50 | 0.06 | |

| Punch In # | Punch Out # | Actual In # | Rounding Time Amount | Rounding Out # | Rounding Time Amount | Punch (Note) | Stand By Hours Owed | On Call Hours Owed | PTO | "Other" Paid Time | Total Actual Hours Worked Based on Plaintiff's Calculations from Actual Punches | Decimals converted to Actual Rounded Hours Per Day (Dec Time) | Total Recorded Hours Per Day Based on Defendant's Rounded Punches | Difference Hours Worked Owed Time Rounding/Actual | Short Shift Over Time Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Paid Time Off | | | | 4:00 | | | | | |
| | | | | | | | | | | | 12.02 | 12.00 | 12.00 | 0.02 | |
| | | | | | | | | | | | 4.01 | 4.00 | 4.00 | 0.01 | |
| | | | | | | In Late | | | | | 12.09 | 12.00 | 12.00 | 0.09 | |
| | | | | | | | | | | | 12.19 | 12.15 | 12.25 | 0.04 | |
| | | | | | | | | | | | 11.46 | 12.00 | 12.00 | | |
| | | | | | | Voluntary | | | | | 11.27 | 11.30 | 11.50 | | |
| | | | | | | | | | | | 11.38 | 12.00 | 12.00 | | |
| | | | | | | Voluntary | | | | | 10.59 | 11.00 | 11.50 | | |
| | | | | | | Left Early | | | | | 11.46 | 11.45 | 11.75 | 0.01 | |
| | | | | | | Missed Rest | | | | | 5.38 | 5.45 | 5.75 | | |
| | | | | | | Left Early | | | | | 11.53 | 11.45 | 11.75 | 0.08 | |
| | | | | | | | | | | | 11.49 | 12.00 | 12.00 | | |
| | | | | | | PTO | | | 6:80 | | 4.57 | 5.00 | 5.00 | | |
| | | | | | | Voluntary | | | | | 10.28 | 10.30 | 10.50 | | |
| | | | | | | | | | | | 11.47 | 11.15 | 11.75 | 0.02 | |
| | | | | | | Baby Friendly Refresher | | | | | 4.07 | 4.15 | 4.25 | | |
| | | | | | | Didn't clock back from lunch ADJ 3/27/10 | | | | | 11.52 | 11.45 | 11.75 | 0.07 | |
| | | | | | | | | | | | 7.24 | 7.15 | 7.25 | 0.09 | |
| | | | | | | | | | | | 8.48 | 8.45 | 8.75 | 0.03 | |
| | | | | | | In Late "personal issues" | | | | | 11.59 | 12.00 | 12.00 | | |
| | | | | | | Voluntary | | | | | 11.45 | 11.30 | 11.50 | 0.15 | |
| | | | | | | | | | | | 12.01 | 12.00 | 12.00 | 0.01 | |
| | | | | | | Being trained to scrub by Queen | | | | | 13.16 | 13.15 | 13.25 | 0.01 | |
| | | | | | | Missed Meal - Multiple Deliveries | | | | | 13.37 | 13.30 | 13.50 | 0.07 | |
| | | | | | | Missed Meal no form | | | | | 12.34 | 12.30 | 12.50 | 0.04 | |
| | | | | | | | | | | | 11.58 | 12.00 | 12.00 | | |
| | | | | | | Paid time off | | | | 8:00 | | | | | |
| | | | | | | Patient crashed Emer. C/S | | | | | 13.39 | 13.15 | 13.25 | 0.04 | |
| | | | | | | Maternal Transport/Mag. Pt. | | | | | 12.32 | 12.30 | 12.50 | 0.02 | |
| | | | | | | Voluntary | | | | | 11.01 | 11.00 | 11.00 | 0.01 | |
| | | | | | | Out Early | | | | | 11.51 | 11.45 | 11.75 | 0.06 | |
| | | | | | | | | | | | 11.59 | 12.00 | 12.00 | | |
| | | | | | | On Call/ Paid Time Off | | 12:00 | 8:94 | | | | | | |
| | | | | | | | | | | | 12.26 | 12.30 | 12.50 | | |
| | | | | | | Missed Meal | | | | | 12.33 | 12.30 | 12.50 | 0.09 | |
| | | | | | | Missed Meal/Rest - Charg | | | | 6:00 | 12.52 | 12.45 | 12.75 | 0.07 | |
| | | | | | | Missed Meal | | | | | 12.42 | 12.30 | 12.50 | 0.12 | |
| | | | | | | Voluntary | | | | | 11.55 | 11.15 | 11.25 | 0.20 | |
| | | | | | | On Call | | 12:00 | | | | | | | |
| | | | | | | | | | | | 12.05 | 12.00 | 12.00 | 0.05 | |
| | | | | | | Missed Meal | | | | | 12.32 | 12.30 | 12.50 | 0.02 | |
| | | | | | | | | | | | 11.59 | 12.00 | 12.00 | | |
| | | | | | | Out Early | | | | | 11.47 | 11.45 | 11.75 | 0.02 | |
| | | | | | | | | | | | 12.04 | 12.00 | 12.00 | 0.04 | |
| | | | | | | Missed Meal no form | | | | | 12.38 | 12.30 | 12.50 | 0.08 | |
| | | | | | | Out Early | | | | | 11.55 | 11.45 | 11.75 | 0.08 | |
| | | | | | | Paid time off | | | 10:14 | | | | | | |
| | | | | | | On Call | | 12:00 | | | | | | | |
| | | | | | | | | | | | 12.06 | 12.00 | 12.00 | 0.06 | |
| | | | | | | Out Early | | | | | 11.52 | 11.45 | 11.75 | 0.07 | |

| | | | Rounding Time Assumed | | Rounding Time Assumed | On Call / Stand By — Reason/Note | Stand By Hours Owed | On Call Hours Owed | PTO | "Other" Paid Time | Total Actual Hours Worked Based on Plaintiff's Calculations from Actual Punches | Decimals converted to Actual Recorded Hours Per Day (Def Time) | Total Recorded Hours Per Day Based on Defendant's Rounded Punches | Difference Hours Worked Owed from Rounding/Actual | OVER TIME VI... Short Shift Over Time Owed |
| Scanned In # | Scanned Out # | Actual In # | | Actual Out # | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | On Call | 12:00 | | | | | | | | |
| | | | | | | | | | | | 12.06 | 12:00 | 12.00 | 0.06 | |
| | | | | | | | | | | | 11.56 | 12:00 | 12.00 | | |
| | | | | | | Paid time off | | | 7:00 | | | | | | |
| | | | | | | Chartine 3 shift change admits | | | | | 12.33 | 12:30 | 12.50 | 0.03 | |
| | | | | | | | | | | | 12.02 | 12:00 | 12.00 | 0.02 | |
| | | | | | | On Call | | 12:00 | | | | | | | |
| | | | | | | Short staffed for PM stayed to help | | | | | | | | | |
| | | | | | | Missed Meal | | | | | 8.02 | 8:00 | 8.00 | 0.02 | |
| | | | | | | Out Early | | | | | 11.57 | 11:45 | 11.75 | 0.07 | |
| | | | | | | Missed Meal | | | | | 6.38 | 6:30 | 6.50 | 0.08 | |
| | | | | | | | | | | | 7.24 | 7:30 | 7.50 | | |
| | | | | | | | | | | | 11.54 | 11:45 | 11.75 | 0.09 | |
| | | | | | | Out Early | | | | | 11.48 | 11:45 | 11.75 | 0.03 | |
| | | | | | | On Call/Paid Time Off | | 12:00 | 6:00 | | 3.50 | 3.50 | 3.50 | | |
| | | | | | | | | | | | 12.02 | 12:00 | 12.00 | 0.02 | |
| | | | | | | In Late | | | | | 11.06 | 11:00 | 11.00 | 0.06 | |
| | | | | | | | | | | | 11.56 | 12:00 | 12.00 | | |
| | | | | | | | | | | | 11.59 | 12:00 | 12.00 | | |
| | | | | | | Reports Charting | | | | | 12.31 | 12:30 | 12.50 | 0.01 | |
| | | | | | | Out Early | | | | | 11.57 | 11:45 | 11.75 | 0.07 | |
| | | | | | | Missed Meal | | | | | 12.35 | 12:30 | 12.50 | 0.05 | |
| | | | | | | Missed Meal | | | | | 12.54 | 12:30 | 12.50 | 0.04 | |
| | | | | | | | | | | | 4.45 | 4.45 | 4.75 | | |
| | | | | | | | | | | | 6.27 | 6:30 | 6.50 | | |
| | | | | | | Paid Time Off | | | 7:28 | | | | | | |
| | | | | | | Voluntary | | | | | 11.37 | 11:30 | 11.50 | 0.07 | |
| | | | | | | On Call | | 12:00 | | | | | | | |
| | | | | | | | | | | | 12.01 | 12:00 | 12.00 | 0.01 | |
| | | | | | | | | | | | 5.42 | 3.45 | 3.75 | | |
| | | | | | | Missed Meal | | | | | 12.18 | 12:30 | 12.50 | | |
| | | | | | | Busy/Report count for charge | | | | | 12.34 | 12:30 | 12.50 | 0.04 | |
| | | | | | | Clocked in late/Clocked out Early | | | | | 11.07 | 11:00 | 11.00 | 0.07 | |
| | | | | | | Missed Meal/Rest | | | | | 13.02 | 13:00 | 13.00 | 0.02 | |
| | | | | | | Clocked out early | | | | | 11.49 | 11:45 | 11.75 | 0.04 | |
| | | | | | | Paid time off | | | | 6:00 | | | | | |
| | | | | | | | | | | | 12.05 | 12:00 | 12.00 | 0.05 | |
| | | | | | | Voluntary | | | | | 11.48 | 11:30 | 11.50 | 0.18 | |
| | | | | | | | | | | | 5.54 | 6:00 | 6.00 | | |
| | | | | | | Out Early | | | | | 11.47 | 11:45 | 11.75 | 0.02 | |
| | | | | | | | | | | | 11.59 | 12:00 | 12.00 | | |
| | | | | | | Home Early | | | | | 11.57 | 11:45 | 11.75 | 0.07 | |
| | | | | | | | | | | | 4.57 | 5:00 | 5.00 | | |
| | | | | | | Out Early | | | | | 11.47 | 11:45 | 11.75 | 0.02 | |
| | | | | | | | | | | | 6.08 | 6:00 | 6.00 | 0.08 | |
| | | | | | | | | | | | 5.51 | 5:45 | 5.75 | 0.06 | |
| | | | | | | | | | | | 6.42 | 6:45 | 6.75 | | |
| | | | | | | Home Early | | | | | 11.46 | 11:45 | 11.75 | 0.01 | |
| | | | | | | | | | | | 11.59 | 12:00 | 12.00 | | |
| | | | | | | On Call | | 2:00 | | | 4.30 | 4:30 | 4.50 | | |
| | | | | | | Awhonn Fet. Monit. Class – Went to help unit after class | | | | | | | | | |

| | | | | | | | | On Call/Stand By | | | | | | | OVER TIME V? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Report Da e | Record Unit 4 | WEB DE e | Rounding Time Actual | Actual Units | Rounding Time Amount | Pass & Note | | Stand By Hours Owed | On Call Hours Owed | PTO | "Other" Paid Time | Total Actual Hours Worked Based on Plaintiff's Calculations from Actual Punches | Decimals converted to Actual Recorded Hours Per Day (Old Time) | Total Recorded Hours Per Day Based on Defendant's Recorded Punches | Difference Hours Worked Owed from Rounding/Actual | Short Shift Over Time Owed |
| | | | | | | | | | | | | 12.11 | 12.00 | 12.00 | 0.11 | |
| | | | | | | Missed Meal | | | | | | 6.29 | 6.15 | 6.25 | 0.14 | |
| | | | | | | | | | | | | 4.14 | 4.15 | 4.25 | | |
| | | | | | | On Call | | | 6:00 | | | | | | | |
| | | | | | | Lunch Relief | | | | | | 4.40 | 4.30 | 4.50 | 0.10 | |
| | | | | | | | | | | | | 12.06 | 12.00 | 12.00 | 0.06 | |
| | | | | | | | | | | | | 12.08 | 12.00 | 12.00 | 0.08 | |
| | | | | | | | | | | | | 12.12 | 12.00 | 12.00 | 0.12 | |
| | | | | | | On Call | | | 6:00 | | | | | | | |
| | | | | | | On Call | | | 12:00 | | | | | | | |
| | | | | | | | | | | | | 12.09 | 12.00 | 12.00 | 0.09 | |
| | | | | | | | | | | | | 10.09 | 10.00 | 10.00 | 0.09 | |
| | | | | | | Missed Meal - Lunch Cover Busy floor stayed to help | | | | | 6:50 | | | | | |
| | | | | | | Missed Meal/Rest - High Census | | | | | | 12.39 | 13.00 | 13.00 | | |
| | | | | | | Out Early | | | | | | 11.48 | 11.45 | 11.75 | 0.03 | |
| | | | | | | Voluntary | | | | | | 9.12 | 9.00 | 9.00 | 0.12 | |
| | | | | | | On Call | | | 4:00 | | | 8.00 | 8.00 | 8.00 | | |
| | | | | | | Paid Time Off | | | | 10:50 | | | | | | |
| | | | | | | Risk Meeting | | | | | | | | | | |
| | | | | | | Berev. Uncle | | | | | 12:00 | | | | | |
| | | | | | | | | | | | | 12.57 | 12.45 | 12.75 | 0.07 | |
| | | | | | | | | | | | | AVG SHIFT: 10:47 | | AVG SHIFT: 10:45 | AVG Min Owed: 0.05 | AVG |
| | | | | | | | | | | | | TOTAL HRS: | | TOTAL HRS: | TOTAL HRS | TOTAL HRS |
| | | | | | | | | | | | | TOTAL SHIFTS: 145 | | TOTAL SHIFTS: 173 | TOTAL SHIFTS: 90 | TOTAL SHIFTS |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | Our Calculations | | Actual Paid Her | Owed | Short Shift Premium Owed |
| | | | | | | | | | | | | $0 less than 12 | | | | |
| | | | | | | | | | | | | $6 More than 12 | | | | |
| | | | | | | | | | | | | $2% of shifts 12 or more | | | | |

| OLATION | MEAL BREAK VIOLATIONS | | | REST BREAK VIOLATIONS | | |
| --- | --- | --- | --- | --- | --- | --- |
| Daily Over Time Hours Per Punch Report | Short Meal Break | Late Meal Break | Missed Meal Break | Non-Provision of First Off-duty Un-interrupted 10-minute Rest Breaks | Non-Provision of Second Off-Duty Un-interrupted 10-minute Rest Breaks | Meal or Rest Credit |
| 0.17 | | 1 | | 1 | 2 | |
| | | 1 | | | | |
| 0.03 | | 1 | | | | |
| 0.12 | | 1 | | | | |
| 0.03 | | 1 | | | | |
| | | 1 | | | | |
| | | 1 | | | | |
| | 1 | 1 | | | | |
| | | 1 | | | | |
| | | 1 | | | | 2 |
| | | 1 | | | | |
| 0.28 | | | | | | 1 |
| | | | | | | 2 |
| | | 1 | | | | |
| | | 1 | | | | |
| | | | | | | |
| | | 1 | | | | |
| | | | | | | |
| | | | | | | |
| 0.05 | | | | | | |
| 0.30 | | | | | | 2 |
| | | | | | | |
| 0.04 | | 1 | | | | |
| | | 1 | | | | |
| 0.36 | | 1 | | | | |
| | | 1 | | | | |
| | | 1 | | | | 1 |
| 0.50 | | | | | | 2 |
| 1.17 | | | 1 | | | |
| | | 1 | | | | |
| | | 1 | | | | |
| | | 1 | | | | |
| | | 1 | | | | |
| 0.06 | | | | | | |
| 0.20 | | | | | | |

| OLATION Daily Over Time Hours Per Punch Report | MEAL BREAK VIOLATIONS | | | REST BREAK VIOLATIONS | | |
|---|---|---|---|---|---|---|
| | Short Meal Break | Late Meal Break | Missed Meal Break | Non-Provision of First Off-duty Un-interrupted 10-minute Rest Breaks | Non-Provision of Second Off-Duty Un-interrupted 10-minute Rest Breaks | Meal or Rest Credit |
| 0.4 | | 1 | | | | |
| 0.4 | | 1 | | | | |
| 0.7 | | 1 | | | | |
| | | 1 | | | | |
| | | 1 | | | | |
| | | 1 | | | | |
| | | | | | | 1 |
| | 1 | 1 | | | | |
| | | 1 | | | | |
| | | 1 | | | | |
| | | 1 | | | | |
| | | | 1 | | | |
| | | 1 | | | | |
| | | 1 | | | | |
| 0.0 | | | | | | |
| 1.1 | | 1 | | | | |
| 1.3 | | | | | | 1 |
| 0.2 | | | | | | 1 |
| | | 1 | | | | |
| 1.7 | | 1 | | | | |
| 0.3 | | 1 | | | | |
| | | 1 | | | | |
| | | 1 | | | | |
| 0.3 | | | | | | 1 |
| 0.3 | | | | | | 2 |
| 0.5 | | | | | | 1 |
| 0.0 | | 1 | | | | |
| 0.3 | | | | | | 1 |
| | | 1 | | | | |
| | | 1 | | | | |
| 0.0 | | | | | | |
| 0.3 | | | | | | 1 |
| | | 1 | | | | |
| | | | | | | |
| 0.0 | | 1 | | | | |
| | | 1 | | | | |

| Daily Gross Time Hours Per Punch Report | MEAL BREAK VIOLATIONS | | | REST BREAK VIOLATIONS | | |
|---|---|---|---|---|---|---|
| | Short Meal Break | Late Meal Break | Missed Meal Break | Non-Provision of First Off-duty Un-interrupted 10-minute Rest Breaks | Non-Provision of Second Off-Duty Un-interrupted 10-minute Rest Breaks | Meal or Rest Credit |
| 0.04 | | | 1 | | | |
| | | | 1 | | | |
| 0.33 | | | | | | |
| 0.02 | 1 | | | | | |
| | | | 1 | | | |
| | | | | | | 1 |
| | | | 1 | | | |
| | | | | | | 1 |
| | | | 1 | | | |
| | | | 1 | | | |
| 0.61 | | | 1 | | | |
| | | | 1 | | | |
| | | | 1 | | | |
| 0.31 | | | 1 | | | |
| 0.35 | | | | | | 1 |
| 0.34 | | | | | | 1 |
| | | | | 1 | | |
| | | | | 1 | | |
| | | | | | | |
| | | | | | | |
| 0.01 | | | | | | |
| 0.10 | | | | | | 1 |
| 0.36 | | | | | | |
| 1.02 | | | | | | 2 |
| | | | 1 | | | |
| 1.00 | | | | | | |
| | | | 1 | | | |
| | | | 1 | | | |
| | | | 1 | | | |
| | | | 1 | | | |
| | | | 1 | | | |
| | | | | | | |
| | | | 1 | | | |

| Daily Over Time Hours Per Punch Report | MEAL BREAK VIOLATIONS | | | REST BREAK VIOLATIONS | | |
|---|---|---|---|---|---|---|
| | Short Meal Break | Late Meal Break | Missed Meal Break | Non-Provision of First Off-duty Un-interrupted 10-minute Rest breaks | Non-Provision of Second Off-Duty Un-interrupted 10-minute Rest Breaks | Meal or Rest Credit |
| 0:11 | | | | | | 1 |
| | | | | | | |
| | | | | | | |
| 0:06 | | 1 | | | | |
| 0:08 | | | | | | |
| 0:12 | | 1 | | | | |
| | | | | | | |
| 0:08 | | 1 | | | | |
| | | 1 | | | | 1 |
| 0:09 | | | | | | 2 |
| | | 1 | | | | |
| | | 1 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | 1 | | | | |
| 0:07 | | 1 | | | | |
| AVG 0.25 | TOTAL SHORT MEAL: 3 | TOTAL LATE MEAL: 76 | TOTAL MISSED MEAL: 4 | | | |
| TOTAL HRS | | | | | | |
| TOTAL SHIFTS: 46 | | | | | | |

EXHIBIT 41

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| | Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|---|
| 1 | *Second Meal Period Violations* | A: As I've told you, my unit, I never—seldom I — I sit and eat because our unit — since the I worked at Corona, I al— we're always busy.<br><br>Deposition of Marlyn Sali ("Sali Depo.") p. 73:16-19, Ex. 2 to Sali Decl.<br><br>***<br><br>A: I always clock in, but I'm telling you as if I'm – I'm on my lunch break and if somebody going – somebody coming from E. R. going to deliver, if they call me, "Marlyn, somebody going to deliver," so I have to leave my lunch. Even if I', on my break, I have to go and run and attend the delivery. | Q: And how about – I believe that you mentioned the – also the meal and rest breaks. When- when did you become concerned that you weren't necessarily receiving meal and rest breaks?<br><br>A: Well, that's just nursing in general. I will say that's just an ongoing problem at — has always been an ongoing problem at Corona and other hospitals, as well. Nurses don't get breaks very often, I mean, not constantly anyway if there busy.<br><br>Declaration of Deborah Spriggs ("Spriggs Depo.") p. 33:13-23, Ex. 2 to Spriggs Decl.<br><br>Q: And did you have breakers who could cover for you so that | The data shows Plaintiffs were consistently not provided meal periods for shifts over 10, but less than 12 hours, and shifts over 12 hours.<br><br>**Sali:**<br>The data reveals that there are 51 shifts in which Ms. Sali worked over 10, but less than 12 hours, but was not provided a second meal period. The data reveals that there are 275 shifts Ms. Sali worked over 12 hours and was not provided a second meal period. This is a total of 326 second meal period violations. Ms. Sali was paid only 11 meal premiums during her entire employment. She was paid only 3.4% of the total premiums she is owed. |

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|
| | Deposition of Marlyn Sali<br><br>Sali Depo. p. 76:2-8.<br><br>Q: Okay. While you were working for Corona, did you have an understanding as to a policy regarding when you were to take your meal periods?<br><br>A: I'm aware that one, but as long as I get my break, if my charge nurse will tell me, "Go for your break," so I'll go for my break, if my charge nurse will tell me, "Go to your break," so I'll go for my break, but most of my break are interrupted.<br><br>Sali Depo. p. 97:8-14.<br><br>***<br><br>Q: Okay. Well, let's go back to did you understand that you were entitled to two 30- | you could take a meal period?<br><br>A: No, not at Corona. They—you had to find somebody to cover for you or the charge nurse would cover for you, but there was nobody designated as a breaker.<br><br>Spriggs Depo. p. 150:10-25 - p. 151:1.<br><br>***<br><br>Q: So would the time that you took your meal period vary from day to day?<br><br>A: Oh, yeah. Sometimes I wouldn't get a break till 5:00 in the evening.<br><br>Spriggs Depo. p. 152:15-18.<br><br>Q: And were you ever interrupted during your meal period and told to come back to work before the 30 minutes was up? | **Spriggs:**<br>The data reveals that there are 51 shifts in which Ms. Spriggs worked over 10, but less than 12 hours, but was not provided a second meal period. The data reveals that there are 98 shifts Ms. Spriggs worked over 12 hours and was not provided a second meal period. This is a total of 149 second meal period violations. Ms. Spriggs was paid only 5 meal premiums during her entire employment. She was paid only 3.4% of the total premiums she is owed. |

2

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|
| | minute rest periods -- or two 30- minute meal periods?<br><br>A: No. I know only 30-minute break.<br><br>Sali Depo. p. 99:25 - p. 100:1-3.<br><br>***<br><br>Q: And is that because you waived one of your meal periods?<br><br>A: You know, I don't want to sign that way because why should I sign for the third -- another 30-minute break and I'm working for a 12-hour shift? And then they always told me, "Oh, you have to sign. It's time for you to submit the policy. You have to sign now."<br><br>Sali Depo. p. 100:7-14. | A: Well, yeah. I mean, in this instance I was called to a delivery, but the person covering me wasn't able to handle it or maybe they were doing something else, but yeah.<br><br>Spriggs Depo. p. 177:13-19.<br><br>***<br><br>Q: Okay. Did you ever discuss meal breaks with any other employees or any of your supervisors in -- at Corona? | |

3

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|
| | Q: -- that I'm asking. And so from at least until 2007 or was it 2005 until the time you were terminated, did you understand that you had waived one of your meal periods?<br><br>A: Yeah, I know because the problem is before I signed this one, I have to ask everybody, "So what is this all about?" And they said, "Oh, we already si—we sign now. You have to sign. Everybody sign or else you will be in trouble."<br><br>Sali Depo. p. 104:20-25-p. 105:1-4.<br><br>Q: 30 minutes. And did you have anyone who would cover for you when you took your meal periods?<br><br>A: Sometimes. | A: Yeah, I'm sure—I mean, I can't think of something specific, but, you know, we would discuss the fact that we only got exactly 30 minutes, you know, things like that. I mean, yes, I - -<br><br>Q: Did you ever have any formal complaints about anything to do with the meal period process?<br><br>A: Well, yeah. My- my complaint was it- it was stressful to clock out and have 30 minutes to run downstairs to get your food, come up and eat it and clock back out before that, you know, 30 minutes - - you know, you didn't want to over your -- your time.<br><br>Spriggs Depo. p. 179:7-21. | |

4

## Summary of Plaintiffs' Deposition Testimony Re Typicality

| Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|
| | Q: And - - | Q: And this is the document - - the meal period waiver that you signed; correct? | |
| | A: If they are busy, nobody. | A: Yes, ma'am | |
| | Sali Depo. p. 112:21-25. | Spriggs Depo. p. 181:10-12. | |
| | | Q: Okay. And why do you remember this one? | |
| | | A: ...She – the charge nurse - - I don't remember who she was that day, it was on the 28th, whatever, | |
| | Q: Did you have an option of signing that meal period waiver? | you know, pulled this out, "Sign – you need to sign it and return it. Everybody's signing it. You need to sign it." | |
| | A: I don't have any option because, you know, I work so hard, very busy, and then everybody told me, "Oh, did you get your waiver to sign for the missed meal break?" "What is that all about?" They said, "That you have to | I was af - - I - - you know, I don't know the reality, but I was afraid I would be fired if I didn't sign it, and I was afraid that if I didn't that If I spoke up about it, that I could be fired. | |

5

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|
| | waive your lunch break." "How come that I will waive my lunch break?" They said, "Oh, everybody signed already." <br><br> So what can I do? I will be in trouble I will not sign, of course, so I have to sign. Everybody signed already. Only me. Okay. I don't want to lose my job. This is only my job, so what you can do? I have to sign. Everybody signed already. <br><br> Sali Depo. p. 234:19-25 - p. 235:1-8. <br><br> Q: No, but—I know that – my question is why is your charge nurse hesitant to sign off on a missed meal period? <br><br> A: She will be in trouble, also. That's what she said if she always sign for our rest meal break period, that "I | Spriggs Depo. p.182:18 - p. 183:1-9. <br><br> Q: Okay. And even though you had waived one of your meal periods, did you ever take a second meal period? <br><br> A: Oh, goodness. No, I don't really think so. We were lucky to get the 30 minute break. <br><br> Spriggs Depo. p.189:6-10. | |

6

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|
| | don't want to sign every now and then if you will not have your meal break." <br><br> Q: And who's that charge nurse that told you that? <br><br> A: Donna Toney <br><br> Sali Depo. p. 236:6-19. | | |

7

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| | Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|---|
| 2 | *Rest Break Violations* | Q: Any time wherein you could just take a – you know, relax for a minute?<br><br>A: Oh, no, nursery -- nursery, L&D, no. You have only the time to rest while you are doing your charting.<br><br>Q: How about between deliveries?<br><br>A: No.<br><br>Sali Depo. p. 64:21-25-p. 65:1-2.<br><br>Q: Okay. So I'm going to try and make sure that we're talking about rest breaks, I'm not talking about meal breaks. I'm only now talking about the 10-minute rest breaks. –<br><br>A: I don't know.<br><br>Q: -- Okay? | Q: And had you ever complained to anyone at Corona during your employment about rest breaks?<br><br>A: Yeah. I would say things to the charge nurse, "I need a break."<br><br>Q: Okay. And what was the response you usually got from the charge nurse?<br><br>A: She would see if she could find someone to relieve me. I was the only nursery nurse on, so I was the one that could attend -- I wouldn't say I was the only on, but it has to be somebody that was proficient in – in deliveries, so she couldn't just have anybody else so there wouldn't be time.<br><br>Spriggs Depo. p. 33:24-25 - p. 34:1-12. | **Sali:**<br>The data reveals Ms. Sali was eligible to take 383 rest periods. Out of the hundreds of potential rest violations, she was paid **only 1 rest premium.** This represents only 0.3% of the total rest premiums she is potentially owed.<br><br>Even assuming a 50% violation rate (191.5), she was still paid less than 1% (0.5%) of the total rest premiums she is potentially owed.<br><br>**Spriggs:**<br>The data reveals Ms. Spriggs was eligible to take 172 rest periods. Out of the hundreds of rest violations, she was paid **only 2 rest premium.** This represents 1.16% of the total rest premiums she is potentially owed.<br><br>Even assuming a 50% violation rate (86), She was paid only |

8

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|
| | A: I never had had that one.<br><br>Sali Depo. p.125:25 - p.126:1-6.<br>***<br>Q: Okay. Is it your testimony today that you never took 10-minute rest breaks during the day?<br><br>A: I'm not aware of the 10 minute break. I'm only aware of the 30-minute break.<br><br>Sali Depo. p. 143:10-12.<br>***<br>A: Because waived, that's what they said. We cannot take our 10-minute break, only the 30 minutes.<br><br>Q: And who told you that?<br><br>A: Charge nurse per the policy. They said once you waive, you can only make 30-minute break, lunch break. | Q: So was it -- would you say that you normally did take a rest break?<br><br>A: To be hon -- rest breaks weren't usually offered if -- to the best of my knowledge. The main concern was the meal breaks. I don't recall any body saying, "Did you get your 10-minute break today" -- you know "Yet?" That rarely occurred. I can't think of an instance where it did.<br><br>Spriggs Depo. p. 213:17-23.<br>***<br>Q: Did they do anything else that could have allowed nurses to take rest breaks? Like, for example, did -- did Corona institute a procedure by which it required charge nurses to set schedules in which RNs can take their rest breaks without being interfered with? | 2.32% of the total rest premiums she is potentially owed. |

9

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| | Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|---|
| | | Sali Depo. p. 243:4-10. | A: I - - I believe that they --- that they might have written it down, but, again, the reality is you don't necessarily get to go when your set time is to be so I guess they would attempt to - - to have some kind of idea when everybody was gonna go to lunch, but it didn't always work out if you were - - <br><br> Q: What about rest breaks? <br><br> A: Never <br><br> Spriggs Depo. p. 260:16-25 - p. 261:1-4. | |
| 3 | *Rounding Time Violations* | Q: Okay. And —and – and we were going through some policies that were produced by Corona and one of them talked about a grace period. Do you remember that? <br><br> A: Yes. | Q: Okay, And what is your understanding of what this lawsuit is about? <br><br> A: … Let's see, I was – the rounding, the policy at Corona to round your hour and was not neutral. | **Sali:** <br> Ms. Sali lost an average of eight minutes per shift, based on a total of 383 shifts, resulting in the loss of 38 hours and 52 minutes. <br><br> **Spriggs:** <br> Ms. Spriggs lost an average of six |

10

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|
| | Q: Of 7 minutes?<br><br>A: 7 minutes, yeah.<br><br>Sali Depo. p. 230:9-15.<br>***<br>Q: So if you – according to this rounding time practice, if you clocked in at 6:53, your time would be rounded to 7:00; correct?<br><br>A: Yes.<br><br>Q: All right. So you're missing 7 minutes of time worked in that one shift; correct?<br>A: Yes.<br><br>Q: All right. Also, if you clock in at the end of your shift at 7:07- clocked out –<br><br>A: Clocked out. | Spriggs Depo. p.27:21-22 - p. 28:4-5.<br>***<br>Q: And are you aware of any policy at Corona Regional Medical Center for rounding of time worked for payment purposes?<br><br>A: Yes.<br><br>Q: And what policy is that?<br><br>A: Well, I believe if - - if you clock in the earliest you can clock in is - - is, like, say, 6:53 in the morning and - - and then you're supposed to clock out by 7:30, but if you clocked out at 7:35, you would still - - they would round it back to 7:30. You would still – they would round to clock out 7 minutes later in order for it move up to the next - - I think it was, like 7-minute intervals. | minutes per shift, based on a total of 172 shifts, resulting in the loss of 17 hours and 20 minutes. |

11

## Summary of Plaintiffs' Deposition Testimony Re Typicality

| Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|
| | Q: At the end of your shift at 7:07, your time would be rounded back to 7:00; correct?<br><br>A: Yes.<br><br>Sali Depo. p. 231:11-23.<br>***<br>Q: Okay. So for that shift, you could lose up to 4 min- -- 14 minutes of time; correct?<br><br>A: Yes.<br><br>Sali Depo. p. 232:2-4 | Q: Okay. So, for example, if you clocked in 5 minutes before 7:00, it would round up to 7:00; correct?<br><br>A: Yes.<br><br>Spriggs Depo. p. 128:18-25 - p. 129:1-5 and 16-19. | |

12

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|
| 4 | *Short Shift (Flexing Violations)* | Q: Okay? And today during your deposition you testified that the term "flex" means when you're sent home due to – or when the census is low.<br><br>A: Yes.<br><br>Sali Depo. p. 223:13-16.<br>***<br>Q: Okay. What does that mean, "census"?<br><br>A: When there's no more patient going to deliver – –<br><br>Q: Okay.<br><br>A: – – the – – the supervisor or the charge nurse will flex me since no more going to deliver if we are two nurses and the nursery nurse in the unit. eight? | Q: What's your understanding of the term "flexing off"?<br><br>A: Well, its if you're a 12 hour employee and you get sent home early, I guess usually after 8 hours. I guess it could be before that, too, but flexing off, it just means sent home early.<br><br>Spriggs Depo. p. 304:19-25.<br>***<br>Q: And why – – what's your understanding of why you would be flexed off or sent home early? | **Sali:**<br>Ms. Sali was "flexed" on 81 shifts and she is owed a total of 275 hours in short-shift penalties. The data reveals she was paid only 9.50 hours of short-shift premiums during her entire employment.<br><br>**Spriggs:**<br>Ms. Spriggs was "flexed" on 55 shifts and she is owed a total of 193 hours in short-shift penalties. The data reveals she was paid only 2.25 hours of short-shift premiums during her entire employment. |

13

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|
| | Q: Were you aware when you were working at Corona Regional Medical Center that when Corona flexed you off or required you to leave before your AWS shift, they were required to pay you time and a half your regular rate of pay for all hours excess of eight?

A: No.

Q: You weren't aware of that?

A: I'm not aware of that.

Sali Depo. p. 223:17-25 - p. 224:1-7. | A: If the -- if the census, the amount of patients we have decreases, if the acuity decreases and so we font need as many nurses, a lot of discharges, thinks like that, then somebody's sent home, and it's usually -- first they look for volunteers, and then if there's no volunteers, they -- they go down a list. You know, you take your turn being sent home.

Spriggs Depo. p. 305:1-10.
***

Q: -- correct? All right. So during your employment with Corona, were there shifts where you were flexed off or told to leave early by Corona?

Q: Yes.

Q: Okay. And on all those occasions, were you paid a short shift penalty? | |

14

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|
| | | A: I believe so.<br><br>Q: You were?<br><br>A: I -- I -- I -- I don't -- I don't -- I -- I think I was. I -- I don't know cause, like I said, I didn't check my -- I don't check my thing that carefully.<br><br>Spriggs Depo. p. 305:25 - p. 306:1-11. | |

15

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| | Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|---|
| 5 | *Regular Rate of Pay Violations* | Q: Well, let me ask you this. Did Corona Regional Medical Center include your shift differentials, on call payments, and charge nurse pay —<br><br>Q: -- in your base rate to determine what your regular rate of pay should be?<br><br>A: No. They will calculate how many hours you– how many hours you worked for night shift. They'll put their night shift differential, and then the on call, they will put on call pay and charge nurse pay. They will not put all together. It's separate.<br><br>Sali Depo. p. 223:12-24.<br>***<br>Q: When you were paid meal premiums, was it ba – – were you paid at your hourly rate of pay? | Q: Okay. And do you know when - - when we say "base rate of pay" and regular rate of pay," do you know what that means?<br><br>A: Yes. The base is what you get when is - - its just you flat rate, and then your regular rate would include things live overtime and standby - -<br><br>Spriggs Depo. p. 32:3-9.<br>***<br>Q: And have you actually sat down and looked at, you know, what's supposed to be included in the regular rate of pay and done an analysis and determined whether or not you were actually paid at that rate?<br><br>A: No, I ne– – I didn't.<br><br>Q: So you don't actually whether you were paid according to the correct rate; right? | The data reveals that Ms. Sali was not properly paid at the correct regular rate of pay on 38 pay periods where she earned additional wage remunerations. Ms. Sali was underpaid by $10,673.76 for her entire employment. |

16

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|
| | A: No. | A: Cor - - correct. | |
| | Q: What was it based on? | Spriggs Depo. p. 222:16-24. | |
| | A: They pay you separately. | Q: and if we don't provide you a meal break, you're entitled to a premium; correct? | |
| | Q: Yes, but they paid you at your – your hourly rate of pay - - | A: Correct. | |
| | A: Yes. | Q: Now, read the sentence after "Employees will be paid one additional hour of pay for that day." What does it day? | |
| | Q: Okay. They didn't pay you at your regular rate of pay; correct? | A: "The additional one hour pay will be paid at the employee's base rate of pay." | |
| | A: Yes. | | |
| | Sali Depo. p. 264:10-17. | Q: Okay. It doesn't say you're supposed to be paid at your regular rate of pay; correct? | |
| | Q: Okay. And – and because they didn't take into account all the compensation you— you received, did it accurately records all of the – your regular rate of pay? | A: Correct. | |
| | | Spriggs Depo. p. 287:12-23. | |

17

**Summary of Plaintiffs' Deposition Testimony Re Typicality**

| Wage and Hour Violations | Excerpts From The Deposition of Marlyn Sali | Excerpts from the Deposition of Deborah Spriggs | Results Based on Time And Payroll Records |
|---|---|---|---|
| | A: Yes.<br><br>Q: Did it?<br><br>A: For the -- accumulating all of those?<br><br>Q: Yeah.<br><br>A: No, no.<br><br>Sali Depo. p. 289:4-12. | Q: So under this policy, if you're entitled to a meal premium, they're gonna pay you a meal premium at your base rate of pay, not at your regular rate of pay; correct?<br><br>A: Correct.<br><br>Spriggs Depo. p. 289:18-22.<br>***<br>Q: Can you tell from just looking at this document whether you were paid at the correct regular rate of pay?<br><br>A: No.<br><br>Q: Okay. And that is true also for March 2, 2012; correct?<br><br>A: Yeah, correct.<br><br>Spriggs Depo. p. 315:14-20. | |

18