BRIAN D. CHASE (Bar No. 164109)
bchase@bisnarchase.com
JERUSALEM F. BELIGAN (Bar No. 211258)
jbeligan@bisnarchase.com
BISNAR CHASE, LLP
1301 Dove Street, Suite 120
Newport Beach, California 92611
(949)752-2999 • FAX (949)752-2777

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| MARLYN SALI and DEBORAH SPRIGGS, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UHS- CORONA, INC. and UHS OF DELAWARE, INC.,<br><br>Defendants. | Case No. 14-CV-00985 PSG (JPRx)<br><br>Assigned to: Hon. Philip S. Gutierrez<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that plaintiffs Marlyn Sali and Deborah Spriggs, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an Order Denying Plaintiffs' Motion for Class Certification entered in this action on June 3, 2015.

Dated: September 23, 2015                    BISNAR CHASE LLP

                                             By: /s/ *Jerusalem F. Beligan*
                                                 BRIAN D. CHASE
                                                 JERUSALEM F. BELIGAN
                                                 Attorneys for Plaintiffs