UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 09 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARLYN SALI, on behalf of themselves, all others situated and the general public and DEBORAH SPRIGGS, on behalf of themselves, all others situated and the general public,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CORONA REGIONAL MEDICAL CENTER and UHS OF DELAWARE INC.,<br><br>        Defendants - Appellees. | No. 15-56460<br><br>D.C. No. 5:14-cv-00985-PSG-JPR<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

The judgment of this Court, entered May 03, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7